

FILED
CLERK, U.S. DISTRICT COURT

JAN - 4 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV17-50- JFW ( JEMX)

ROBERT PANTON,                          Docket NO.

    Plaintiff,                          JURY TRIAL REQUEST

    v.

DANNY STRONG, DEBBIE ALLAN, LEE DANIELS,

BRIAN CRAZER, JOHN DOE 1,

AND STUDIO DOE 1, et. al..



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN  3 - 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

### COMPLAINT

1. The plaintiff Robert Panton, Pro se, (hereinafter, "plaintiff ") filing this civil action against the defendants  Danny Strong, Debbie Allen , Lee Daniels, Brian Crazer, and the "studio Doe", et. al., for the copyright infringement under title 17 U.S.C. S 501, S102 (a) (1). .

2. This action is filed based on the screenplay "Can You Cross Over", and the teleplay "Empire". Plaintiff is the author of the screenplay "Can You Cross Over"; in which the teleplay "Empire" (hereinafter, "EMP") was written based on the copyright infringement of the plaintiff's screenplay "Can You Cross Over" ( hereinafter, "CYCO"). CYCO is a 2hr. and 7 minutes film about black male drug dealer and a black gangster girl making money from drugs and investing into a music studio and record label, to legitimize there life.

3. EMP is approximately 8 episodes in the first season , about a black gangster girl and a black male making money from drugs and investing it into a record label and music studio to legitimize there life.

4. The screenplay CYCO was a finalist in the "Black Screenwriters Competition" in 1997.

5. CYCO was copy written in 1994, although written in or about 1993 (The First Draft).

6. CYCO was written by the plaintiff only, and submitted for copyright in his sisters name Greta Clarke, as a "work for hire"; due to his incarceration in federal prison.

7. Plaintiff have received exclusive rights of the CYCO in notarized letter from Greta Clarke, and have submitted it to the Library of Congress for "recordation".

8. The plaintiff sent screenplay CYCO to a friend of Debbie Allens, Guy Ficher who was housed in United States Penitentiary Allenwood in or about 2003, For him to send it to Debbie Allen for sale or production inquiries.

9. Debbie Allen was visiting Guy Ficher ( A girl friend from before Ficher went to prison  { I was told by Ficher} at USP Allenwood and later started assisting him with a " Creative Writing" program Ficher was facilitating at USP Allenwood by sending movies , etc . to the "education department" there ( and reviewing screenplays for submission to studios' for sale).

10. Guy Ficher is the author of a book " A Vicious Circle " and Codefendant of Drug Kingpin Leroy Nickey Barnes and Frank James ( a man known to me as a child as "uncle Frankie").

11. Plaintiff received a letter from Guy Ficher in or about 2003 critiquing the screenplay CYCO.

12. Plaintiff gingerly handled the letter so as not to temper or destroy the finger prints on the letter, and placed it in an envelope carefully ; marked "Guy Ficher "

2

13. Plaintiff was sent to United States Penitentiary Allenwood , from Federal Correctional Institution Schuylkill in or about January 2004, where he was eventually housed with Guy Ficher.

14. Guy Ficher stated Debbie Allen received the screenplay " Can you Cross Over ", read it and suggested a few things from the script may need changing.

15. And also that Debbie Allen is very busy and will get back to him. Debbie Allen never returned the script, nor was it requested.

16. An inmate nick named "POS", short for "Positive" accused Debbie Allen, to Guy Ficher , of passing off his screenplay to someone who used it to make a biker movie after rewriting it. Pos screenplay was not copy written, nor did he receive any compensation for his script ; and Ficher said he would contact Debbie Allen about it.

17. Debbie Allen is a director on EMP, Lee Daniels is Co- Creator, and Brian Crazer is the Executive Producer of "Empire". "Studio Joe 1 " produced the infringed copyrighted work. Danny Strong is the other Co- Creator.

18. EMP has numerous beats of the screenplay CYCO, that is not germane to the genre, that the plaintiff has listed.

19. The success of the record company in CYCO was left in the hands of a white girl, the star " the Don" met in college, and the black gangster girl would run a different part of the company over –seas, when the Don was going away.

20. The successful record company EMP was left in the hands of a white girl , the star's son met in college, with the black gangster girl, and a peseudo  white girl ( who is black) that ran the company at the end of EMP, when the black male star went away.


CONCLUSION

Pursuant to Rile  8 (f) of civil Rules of Procedures " provides that all pleadings shall be so construed as to do substantial justice ". The criteria of

3

1.) Copyrighted material 2).  Access to the material 3).  Similarities between " Empire " and "Can You Cross Over", will be proven in a jury trial, God Willing, if the court finds the extrinsic test is satisfied ; and /or a material contribution was made by the copyrighted infringed work. These pleadings should be construed pursuant to Haines V. Kerner, 404 US 519, 3 LED 2D 652 (1972) ("holds pro se Pleadings to lesser standandards, than pleadings drafted by lawyers") : Cruz V. Gomez, 202 F. 3d 593 (2nd Cir. 2000) ( "the court will interpret pro se pleadings to raise the strongest argument that they suggest").

The plaintiff sues the defendant Debbie Allen for $7,000,000 ( Seven million dollars) in punitive damages and $3,000,000 in compensatory damages ; plaintiff sues Lee Daniels for $7000,000 (Seven million dollars) in punitive damages and $3,000,000 in compensatory damages. Plaintiff sues Danny Strong for $7,000,000 (Seven million dollars) in Punitive damages and $3,000,000 in compensatory damages. Plaintiff sues Brian Crazer for $7,000,000 in punitive damages, and $3,000,000 in compensatory damages; and $4,000,000 in compensatory damages, and $10,000,000 in punitive damages for "studio doe 1".

### PRAYER

The plaintiff prays for the courts guidance and just construction in these pleadings, because he is out of his league.

~~September 8, 2016~~
December 22, 2016

Respectfully Submitted,

*Robert Panton*

Robert Panton , Plaintiff Pro se
United States PenitentiaryYAZOO

4

300 12-054
PO BOX 5000
YAZOO CITY, MS 39194

EXHIBIT A COPYRIGHT DOCUMENT FOR SCREENPLAY "CAN YOU CROSS OVER".

EXHIBIT B LETTERS FROM SISTERS USED IN RECORDATION OF RETURNED OWENRSHIP.

EXHIBIT C AFFIDAVIT BY ROBERT PANTON, AUTHOR AND OWNER OF EXCLUSIVE RIGHTS.

EXHIBIT D A FEW EXAMPLES FROM SCREENPLAYS: AND THERE ARE MORE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**UNITED STATES COPYRIGHT OFFICE**

**PAu 1 – 923 – 459**

#PAu0192345#6

**EFFECTIVE DATE OF REGISTRATION**

8 · 3 · 94
Month        Day        Year

EXHIBIT A

**OFFICIAL SEAL**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Can You Cross Over,

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**NATURE OF THIS WORK ▼** See instructions

Screen Play - Script

## 2

**a**

**NAME OF AUTHOR ▼**

GRETA CLARKE

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶ ~~States~~ U.S.A

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☒ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

Employer for hire of Robert Panton

### NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
    ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

Feb. 1994 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶        Day ▶        Year ▶        ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GRETA CLARKE
550 So. Dupont Parkway #19X
New Castle, Delaware 19720

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
NOV 14 1994
**ONE DEPOSIT RECEIVED**
8/3/94
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT B

Date: July 19, 2015

To:   Robert Panton (my brother)

From: Greta Clarke

Re:   Screenplay "Can You Cross Over"


Dear Robert,


I am writing this letter to formerly acknowledge the return
of the full, exclusive rights of your screenplay, "Can You
Cross Over" that you had me copyright with the library of
congress as my own, under "work for hire" status; although
you always were acknowledged by me as the owner and author.
Our sister Kandel Cornwall has power of attorney of any
property of your's and your estate in the case of death; so
i'm released of any burden or rights of said screenplay.


                          Respectfully submitted
                          Greta Clarke

Notary Public State of Florida
Grace Carrington
My Commission FF 105892
Expires 03/24/2018

8/2/2015

EXHIBIT B

Date: July 19, 2015

To:   Robert Panton (my brother)

From: Kandel Cornwall

Re:   Screenplays

Dear Brother Bob,

I am writing this letter to formerly acknowledge the return
of the full, exclusive rights of all your screenplays, that
you had me copyright with the library of congress as my own;
although you always were acknowledged by me as the owner and
author.  I still retain power of attorney for you with all
property and authority of your estate, in the case of your
death.  The screenplays are "Charge it", "Pay Day", and "The
Law".  Our sister Greta Clarke, has the screenplay "Can You
Cross Over" copyrighted in her name, although she also
acknowledges owner ship and authorship is exclusively your's;
and will be submitting a letter to that fact; releasing her
(Greta Clarke) of ownership and any rights thereof.

Respectfully submitted,

Kandel Cornwall

8401 W. Sample rd. #11

Coral Spring, Fl. 33065



JOHN M. MANNING
Notary Public - State of Florida
My Comm. Expires Apr 15, 2016
Commission # EE 189375

EXHIBIT C

AFFADIVIT

This affadivit is made under the penalty of perjury
pursuant to 28 U.S.C. § 1746.

The plaintiff Robert Panton certify that all information
in the complaint in civil action pertaining to the screenplay
"Can You Cross Over", is true to best of his knowledge and
belief.

Dated: 9-18-2015

Respectfully submitted,

*Robert Panton*

Robert Panton,

30012-054

plaintiff, pro se

USP Victorville

P.O. Box 3900

Adelanto, CA 92301

## SIMILARITIES OF BEATS

A)."CAN YOU CROSS OVER"          B) "EMPIRE"

A). Donneekie gives ownership of record label to white girl.

B). Black guy gives his stocks in record label to white girl.

A). At the end of screenplay a ladie is the head of the
record label.

B). At the end of screenplay a ladie is the head of record
label.

A). Donneekie is on the floor at end about to be murdered,
his love interest (a woman) saves him by killing the man.

B). Black guy laying on the floor about to be murdered, his
love interest (a woman) saves him by killing the man.

A). The discovery of the Don of the drug empire's name by
detectives is found out by a lady pronouncing his name out,
Don-nee-kie.

B). The discovery of the head of the record label empire, who
is an ex-kingpin drug dealer and murder is found out when a
crazy bum pronounces his name L-i-o-n.

A). A long time buddy snitches to the detectives of a drug
transaction going to take place concerning Donneekie;
Donneekie figures out its him and kills him.  Which the
investigation leads Detectives to the Don, looking to find
out who he is, and to arrest him.

B). A long time buddy threatens to snitch to the police about
past drug dealings and murders'; and Lions kills him. Which
leads the police looking for Lions, and another long time
buddy actually snitches to support them going to arrest him.

A). Teresa is left with her aunt as a child while her mom

-- | -

runs off, and she is molested sexually by her aunt's boy-
friend.

B). Black girl takes her daughter and leaves her with her
father (who is really her uncle) that didn't know she exist;
because of being abused by her boy friend.

A). Donneekie has both his love interest at the record label
studio, one works there, the other is a part of getting the
money to start the business; a white girl and a black girl.

B). Lions has both his love interest at the record label
studio building. One works there, the other one is a part of
getting the money to start the business; a black girl and a
pseudo white girl (very light-skin, black girl, nick named
"Boo Boo kitty".).

A). Donneekie has a partner that went to jail while they were
hustling together (kenroy), and came back out earlier than
expected, and then cooperated with law enforcement officials.
Donneekie put his partner on (Kenroy) by giving him his own
business when he came out of jail, and law enforcement is on
him again wanting him to cooperate as an informer.

B). Lions partner (Cookie) is put on by giving her some
millions and her own business (her son's contract) when she
comes home from jail; and law enforcement is on her again
wanting her to cooperate futher by being an informer.

A). Donneekie has a gangster girl that is street and carries
the movie (Teresa).

B). Lions has a gangster girl that is street and carries the
movie (Cookie).

A). Donneekie has a business minded white girl that runs the
record label and is also his love interest. With competition

- 2 -

from a black girl.

B). Lions has a business minded pseudo white girl who runs the record label, and is his love interest. With competition from a black girl.

A). Donneekie is a drug dealer that murdered people and crossed over to be legitimate.

B). Lions was a drug dealer that murdered people and crossed over to be legitimate.

A). Black guy signs over ownership of record label to white girl he met in school.

B). Black guy signs over ownership of stocks to record label to white girl he met in school.

A). Black guy in the ghetto selling drugs and then trys to legitimize his life after meeting a gangster black woman, also into getting money on her own (Teresa).

B). Black guy in the ghetto selling drugs and then trys to legitimize his life after meeting a gangster black woman who is into getting money on her own (Cookie).



Robert Panten
30012-054
United States Penitentiary YAZOO
P.O. Box 5000
YAZOO City, MS 39194

USP
SHU

Pro se Office CleRK
United States District Court
Central District of California

◇ 30012-054 ◇
Federal Court
312 N Spring ST
LOS Angeles, CA 90012
United States

CERTIFIED MAIL

JAN - 3 2017
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

"Legal Mail"
Material

PRIORITY MAIL ®
UNITED STATES POSTAL SERVICE
Visit us at usps.com

8.8
6871



FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5018
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON 12-27-16, THROUGH SPECIAL
MAILING PROCEDURES.

This letter has neither been opened or inspected. If
the writer raises a question or problem over which
this facility has jurisdiction, you may wish to
return material for further information or
clarification. If the writer encloses correspondence
for forwarding to another
addressee, please return to the above.

7004 2510 0001 6592 2422