1  ROBERT H. ROTSTEIN (SBN 72452)
      rxr@msk.com
2  ELAINE K. KIM (SBN 242066)
      ekk@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendant Debbie Allen
   (erroneously sued as Debbie Allan)
7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  ROBERT PANTON,                    CASE NO. 2:17-cv-00050-JFW (JEM)

12          Plaintiff,                Honorable John F. Walter

13      v.                            **DEFENDANT DEBBIE ALLEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 21) OR, IN THE ALTERNATIVE, SECOND AMENDED COMPLAINT (DKT. 49-1), WITH PREJUDICE PURSUANT TO FRCP 12(B)(6)**

14  DANNY STRONG, DEBBIE ALLAN, LEE DANIELS, BRIAN CRAZER, PETER RICE, and FOX STUDIO,

15

16          Defendants.

17

18                                    Date:     February 26, 2018
                                      Time:     1:30 p.m.
19                                    Ctrm:     7A, 350 W. 1st Street
20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

9645721.2

## I.      INTRODUCTION

Defendant Debbie Allen ("Allen") files this request, under Federal Rule of Evidence 201, seeking judicial notice of:

(1)     **Exhibit 1:**  The commercially available DVDs of the television show *Empire*, Season One.

(2)     **Exhibit 2:**  The copyright deposit copy of the 130-page screenplay titled *Can you cross over?*, Registration No. PAu002032153, from the U.S. Copyright Office.

(3)     **Exhibit 3:**  Copyright registration from the U.S. Copyright Office's Public Records Catalog online of a 130-page screenplay titled *Can you cross over?*, Registration No. PAu002032153, by Greta Clarke (employer-for-hire of Robert Parton).

(4)     **Exhibit 4:**  Copyright registration from the U.S. Copyright Office's Public Records Catalog online showing that the registration (No. PAu001923459) cited in Exhibit A to Plaintiff's First Amended Complaint and proposed Second Amended Complaint is incorrect because it pertains to a 9-page treatment, not the screenplay at issue in Plaintiff's infringement claim.

(5)     **Exhibit 5:**  Copyright registrations from the U.S. Copyright Office's Public Records Catalog online of the twelve episodes in Season One of the television series *Empire*, showing the claimant and author as Twentieth Century Fox Film Corporation.

(6)     **Exhibit 6:**  The publicly available decision, *Tanksley v. Daniels*, 259 F. Supp. 3d 271 (E.D. Pa. 2017) (dismissing claim of copyright infringement claim involving *Empire* pursuant to Rule 12(b)(6) with prejudice), *appeal docketed*, No. 17-2023 (3d Cir. May 8, 2017).

(7)     **Exhibit 7:**  The publicly available decision, *Newt v. Twentieth Century Fox Film Corp.*, 2016 WL 4059691 (C.D. Cal. July 27, 2016)

Mitchell
Silberberg &
Knupp LLP

9645721.2

**DEFENDANT ALLEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

1    (dismissing claim of copyright infringement claim involving *Empire*

2    pursuant to Rule 12(b)(6) with prejudice), *appeal dismissed sub nom.*

3    *Newt v. Daniels*, 2017 WL 3923362 (9th Cir. Jan. 3, 2017).

4    (8)   **Exhibit 8:**  The publicly available decision, *Astor-White v. Strong*,

5    2016 WL 1254221 (C.D. Cal. Mar. 3, 2016) (dismissing claim of

6    copyright infringement involving *Empire* pursuant to Rule 12(b)(6)

7    with prejudice), *appeal docketed*, No. 16-55565 (9th Cir. Apr. 19,

8    2016).

9    In this action, Plaintiff Robert Panton claims that *Empire*, Season One,

10   infringes his copyright in a "2hr. and 7 minutes screenplay" titled *Can You Cross*

11   *Over* ("*CYCO*").  *See* First Amended Complaint (Dkt. 21) ("FAC"), ¶¶ 21-23;

12   Second Amended Complaint (Dkt. 49-1) ("SAC"), ¶¶ 41-43.  Judicial notice of

13   these two works at issue—the *CYCO* screenplay and *Empire*—is warranted

14   because Plaintiff's FAC and proposed SAC incorporate them by reference.

15   Further, the Court may take judicial notice of copyright registrations from the U.S.

16   Copyright Office's Public Records Catalog online and the three federal judicial

17   decisions, because they are government records and matters of public record.

18   **II.    JUDICIAL NOTICE IS PROPER**

19   Federal Rule of Evidence 201 provides that facts are subject to judicial

20   notice when they are "not subject to reasonable dispute because they can be

21   accurately and readily determined from sources from sources whose accuracy

22   cannot reasonably be questioned."  Fed. R. Evid. 201(b).  A "court must take

23   judicial notice if a party requests it and the court is supplied with the necessary

24   information."  Fed. R. Evid. 201(c).  A "court may take judicial notice at any stage

25   of the proceeding."  Fed. R. Evid. 201(d).

26

27

28

Mitchell
Silberberg &
Knupp LLP

9645721.2

**DEFENDANT ALLEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

A.   **The Court May Properly Take Judicial Notice of the Works Whose Contents Are Alleged in the Complaint**

On a motion to dismiss, a court may take judicial notice of documents outside of the pleadings when the documents are referenced in the complaint. *See Knievel v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005) ("We have extended the 'incorporation by reference' doctrine to situations in which the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the complaint."); *Young Money Entm't, LLC v. Digerati Holdings, LLC*, 2012 WL 5571209, at *3-4 (C.D. Cal. Nov. 15, 2012) ("Documents not physically attached to the complaint may be considered if their authenticity is uncontested and the plaintiff's complaint necessarily relies on them.").

In copyright cases, courts routinely take judicial notice of the allegedly infringed and infringing works when evaluating substantial similarity on a Rule 12(b)(6) motion to dismiss, because works alleged in the complaint are deemed incorporated by reference and treated as a part of the pleading. *See*, *e.g.*, *Newt*, 2016 WL 4059691, at *2-3 (taking judicial notice of the television series *Empire* and deposit copy of the plaintiff's book and documentary); *Astor-White*, 2016 WL 1254221, at *2 n.1 (taking judicial notice of the television series *Empire* and the plaintiff's treatment); *Gadh v. Spiegel*, 2014 WL 1778950, at *3 n.2 (C.D. Cal. Apr. 2, 2014) (Walter, J.) (taking judicial notice of the plaintiffs' script and the defendant's film); *Thomas v. Walt Disney Co.*, 2008 WL 425647, at *2 n.1 (N.D. Cal. Feb. 14, 2008) (taking judicial notice of plaintiff's literary work and allegedly infringing motion picture), *aff'd*, 337 Fed. Appx. 694 (9th Cir. 2009); *Zella v. The E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1128 (C.D. Cal. 2007) (taking judicial notice of episodes of allegedly infringing reality talk show). Furthermore, courts will also "take judicial notice of generic elements of creative works" such as

stereotypical character types, formats, and other stock elements.  *Zella*, 529 F. Supp. 2d at 1129.

Here, Plaintiff has referenced the two works, *Empire* and *CYCO*, in his FAC and SAC, and has purported to allege that their contents are similar.  The copies of these works and their contents are not subject to reasonable dispute, and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Exhibit 1 hereto is an unopened, commercially available set of the DVDs of the television show *Empire*, Season One.  *See* Declaration of Elaine K. Kim ("Kim Decl."), ¶ 2.  Exhibit 2 is a true and correct copy of the copyright deposit copy of the *CYCO* screenplay that was received from the U.S. Copyright Office.  *See* Declaration of Mary McGuire, ¶ 2.  Thus, judicial notice is proper.

### B.    The Court May Properly Take Judicial Notice of the U.S. Copyright Office's Records

Exhibits 3, 4, and 5 are likewise subject to judicial notice because they are not subject to reasonable dispute, and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b), (b)(2).  Specifically, Exhibits 3, 4, and 5 are true and correct copies of copyright registration records obtained from the U.S. Copyright Office's Public Records Catalog online.  Kim Decl., ¶¶ 3-6.  *See Island Software & Computer Serv., Inc. v. Microsoft Corp.*, 413 F.3d 257, 261 (2d Cir. 2005) (courts are "entitled to take judicial notice of [ ] federal copyright registrations"); *Newt,* 2016 WL 4059691, at *2-3 (taking judicial notice of copyright registration); *Elohim EPF USA, Inc. v. Total Music Connection, Inc.*, 2015 WL 12655556, at *8 (C.D. Cal. Oct. 1, 2015) (printout from U.S. Copyright Office website judicially noticeable).

Exhibit 3 is the U.S. Copyright Office's record showing the copyright registration of the 130-page screenplay titled *Can you cross over?*, Registration

No. PAu002032153, by Greta Clarke (employer-for-hire of Robert Parton).  This registration corresponds to the work at issue in this case and the copyright deposit copy attached as Exhibit 2 to this Request.

Exhibit 4 is the U.S. Copyright Office's record showing the copyright registration for Registration No. PAu001923459, the number cited in Exhibit A to the FAC and SAC.  That citation is obviously incorrect because, as Exhibit 4 shows, that registration number pertains to a 9-page treatment, not the screenplay at issue in Plaintiff's claim of copyright infringement.

Exhibit 5 are the U.S. Copyright Office's records showing the copyright registrations for the twelve episodes in Season One of the television series *Empire*, which show that the claimant and author is Twentieth Century Fox Film Corporation.

### C.      The Court May Properly Take Judicial Notice of Judicial Decisions

Exhibits 6, 7, and 8 are judicial decisions in other cases in which plaintiffs have asserted that *Empire* infringed their copyright.  These decisions are publicly available and were obtained from the Westlaw database.  *See* Kim Decl., ¶¶ 7-9.  These decisions are the proper subject of judicial notice because they are matters of public record.  *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (a court may take judicial notice of pleadings and other documents that are matters of public record).

//
//
//
//
//
//
//

**DEFENDANT ALLEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

1

**III.     CONCLUSION**

2

　　　Accordingly, Defendant Allen respectfully requests that the Court take

3

judicial notice of the works incorporated by reference in Plaintiff's FAC and SAC,

4

the U.S. Copyright Office's records, and the three judicial decisions, which are

5

being submitted as Exhibits 1-8 hereto.

6

7

DATED: January 24, 2018                MITCHELL SILBERBERG & KNUPP LLP

8

9

By: _/s/ Elaine K. Kim_____

10

　　　　　　　　　　　　　　　Robert H. Rotstein
　　　　　　　　　　　　　　　Elaine K. Kim

11

　　　　　　　　　　　　　　　Attorneys for Defendant Debbie Allen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT ALLEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

# EXHIBIT 1

EXHIBIT 1 - PG 8

Name & Address:

Robert H. Rotstein (SBN 72454); rxr@msk.com
Elaine K. Kim (SBN 242066); ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064
Tel.: (310) 312-2000 ● Fax: (310) 312-3100
Attorneys for Defendant Debbie Allen

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PANTON,<br><br>                                   PLAINTIFF(S)<br><br>        v.<br><br>DANNY STRONG, DEBBIE ALLAN, LEE DANIELS, BRIAN CRAZER, PETER RICE, AND FOX STUDIO,<br><br>                                   DEFENDANT(S). | CASE NUMBER:<br><br>2:17-cv-00050-JFW (JEM)<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

        Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☒ Filed   ☐ Lodged: (**List Documents**)


Exhibit 1 to Defendant Debbie Allen's Request for Judicial Notice re: Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 21) or in the Alternative, Second Amended Complaint (Dkt. 49-1), With Prejudice Pursuant to FRCP 12(b)(6):

**DVDs of Television Series *Empire*, Season One**


**Reason:**

☐        Under Seal

☐        In Camera

☒        Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐        Per Court order dated: _____

☐        Other: _____


January 24, 2018
Date

/s/ Elaine K. Kim
Attorney Name
Elaine K. Kim

Defendant Debbie Allen
Party Represented                              EXHIBIT 1 - PG 9

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

American LegalNet, Inc.
www.FormsWorkFlow.com



EXHIBIT 1 - PG 10

# EXHIBIT 2

EXHIBIT 2 - PG 11



# COPY OF DEPOSIT

# PAu 2-032-153

EXHIBIT 2 - PG 12



PAu 2-032-153

  

EXHIBIT 2 - PG 13

1.

FADE IN:

EXT. NEW YORK STREET – AFTERNOON

A white ROLLS ROYCE and a CAPRICE CLASSIC come off the
TRIBOROUGH BRIDGE on 125th Street and 2nd Avenue.  They drive
side by side.  We SEE the cars for a few blocks, then we PICK
them back up still driving down the avenue.  From 125th
Street to 122nd Street, from 118th Street to 115th Street,
and 107th Street to 106th Street.  We SEE the cars for the
last time at 98th Street to 96th Street.  The Caprice Classic
doesn't cross 96th Street, it parks.  The Rolls Royce goes to
94th Street and it parks.  A WHITE MAN drives the Rolls
Royce, a BLACK MAN drives the Caprice Classic.

                                        CUT TO:

EXHIBIT 2 - PG 14

2.

EXT. NEW YORK STREET - EVENING

Three men stand across the street from a supermarket.  One is medium built, in his 20's.  His name is DONNEEKIE.  The other two are stocky/lean men who we call LENNY and JAKE.  Jake is stocky, Lenny is lean.

INT. SUPERMARKET - NIGHT

Closing time.  Two workers, BLACK and HISPANIC women, head towards the door.  The STORE MANAGER trails a step behind, the Spanish lady is holding the door open.

EXT./INT. SUPERMARKET - EVENING

Donneekie and Lenny walk towards the entrance of the supermarket.  They see the door opening.  They enter, guns drawn.  Jake is across the street at the bus stop.  He is the lookout, acts like he's waiting for the bus.

                    DONNEEKIE
                 (to Spanish lady)
            Get back inside, it's just a
            robbery, don't make it a
            murder.

The black lady, holding her shopping bag, makes Donneekie feel guilty when she looks him in the eye.  Both ladies back up.  Lenny moves in behind Donneekie.  Donneekie taps Lenny as he gets ready to take the manager to the back office, where the safe is.

                    DONNEEKIE
            Lenny, keep an eye on the
            ladies.

                    LENNY
            OK, ladies.  Could y'all take
            a seat on the floor, please?

INT. SUPERMARKET/OFFICE - NIGHT

Donneekie pushes the fat man towards the safe.

                    DONNEEKIE
            Alright, fat man, open the
            safe before I...

                    MANAGER
            I'll do whatever you want me
            to.  Just don't hurt me.

EXHIBIT 2 - PG 15

3.

> DONNEEKIE
> That's all you got to do,
> whatever I want.

Donneekie pushes the manager to the floor, towards the safe, which is in plain view.  The manager opens the safe quickly and moves back.  As Donneekie looks inside the safe, he grabs a bag and starts putting the money inside.  He sees a bag with a string around it.

> DONNEEKIE
> What's in this bag?

The manager hesitates before answering.

> MANAGER
> It's money, take it along with
> the rest.

Donneekie looks at him suspiciously, and notices that his hand is trembling.  Donneekie throws him the bag.

> DONNEEKIE
> Yeah, well you open it.

The manager hesitates again.

> DONNEEKIE (cont'd)
> Open the bag or I'm going to
> open up your head.

Donneekie, standing from a distance, points the gun towards his head and cocks the hammer.

INT. SUPERMARKET - NIGHT

Lenny, speaking to himself and looking out the window of the supermarket at Jake, wishes Donneekie would hurry up.

> LENNY
> Damn, why don't he hurry up?

INT. OFFICE - NIGHT

The manager pulls the string on the money bag making a loud gunshot noise.  Red die is all over the manager.  Donneekie almost pulls the trigger on the gun.  Lenny is in the front panicking, not knowing if Donneekie shot the manager.

EXT. SUPERMARKET - NIGHT

A POLICE CAR strolls by the supermarket, making Jake secure his gun, while acting like he was looking for the bus.  The

EXHIBIT 2 - PG 16

4.

police glance through the supermarket's big windows, while
driving and eating a donut.

INT. SUPERMARKET/OFFICE - SAME TIME

                    DONNEEKIE
          Oh, so traceable ink is
          supposed to be all over me,
          huh, fat man?

                    MANAGER
          I...

Donneekie hits him in the back of the head with the gun
before he can get a word out.  Knocking him unconscious, with
blood dripping all over the fat man.

                    DONNEEKIE
          I guess that bag of money I
          don't need.

Donneekie scrapes up the rest of the money from the safe and
heads out the office towards Lenny.  Lenny sees Donneekie
coming with a bag, and knows he got what they came for.

                    LENNY
              (half smile)
          Did you kill him?

                    DONNEEKIE
              (smiles)
          Nah, but he's going to have an
          awful headache when he wakes
          up.

Lenny turns to the ladies.

                    LENNY
          Ladies, could y'all stay put
          for five minutes and then go
          attend to your boss.  Or do I
          have to tie y'all up?

The ladies, as if rehearsed, shake their heads together,
indicating they will stay seated.

INT./EXT. SUPERMARKET - NIGHT

As Donneekie and Lenny make their way out of the store, they
walk slowly towards the car they have parked around the
corner, with Jake following behind, still looking out.

INT. CAR - NIGHT

EXHIBIT 2 - PG 17

5.

Donneekie, driving the car, with Jake in the back, as Lenny is already starting to look at the money.  He sits next to Donneekie while the radio plays.

                    JAKE
          That shit was another sweet
          robbery.  Not one thing went
          wrong.

                    DONNEEKIE
          With the exception of me
          having to bust the manager in
          the head with my gun.

Donneekie glances over his shoulder to Jake.

                    JAKE
          Not you, Donneekie, you're
          always against useless
          violence.

                    DONNEEKIE
          God damn asshole tried to slip
          me one o' them traceable ink
          money bags.  Instead of just
          telling me what it was.

                    LENNY
          Sounds like a good reason to me
          for busting a motherfucker's
          head wide open.

Lenny looks over to Donneekie and smiles, as they all start laughing.  They start dancing to the music.

INT. APARTMENT - AFTERNOON

Lenny and Jake are at Donneekie's mother's apartment.  It's the day after the robbery.  They have split up $3,300 dollars a piece.

                    DONNEEKIE
          Fellers, let's get out of
          here, before my mom comes in
          that door.  With her words of
          gospel.

Jake and Lenny start to laugh as a smile comes over Donneekie's face.

EXHIBIT 2 - PG 18

6.

     LENNY
   Yeah, 'cause I can hear her
   now.  You boys better not be
   up to no good, 'cause you'll
   pay for it later.
     (points to Donneekie)

As they get ready to stand up, they hear a key in the door.
Donneekie puts his hand on his forehead.

     DONNEEKIE
    (smiles)
   Oh shit, we wasn't fast
   enough.  Thanks to your fake
   imitation, we get to hear the
   real thing.

MS. PEARL steps in the apartment, looking directly at her
son, holding two shopping bags of groceries.

     DONNEEKIE (cont'd)
    (still smiling)
   Hey, ma, how the hell are ya?

Ms. Pearl puts the shopping bags down.

     MS. PEARL
    (smiles)
   Don't try to con me, what the
   hell you bad boys up to now?
   'Cause y'all could fool some
   of the people some of the
   time, but y'all can't fool me.

     LENNY
   Hello, Ms. Pearl.

     MS. PEARL
   Hi.  How is your mom?

     LENNY
   She's OK.

     MS. PEARL
    (smiles)
   And you didn't sleep with me
   last night, Mr. Jake.

     JAKE
   Oh, I'm sorry, Ms. Pearl.  How
   was your day?

EXHIBIT 2 - PG 19

7.

              MS. PEARL
        Oh not bad.  I just hate that
        walk from the train station.
        How is your mother doing?

              JAKE
        She's alright.

Donneekie tries to get up, so they can leave, and maybe
escape the lecture.

              DONNEEKIE
        OK, mom, gotta go make some
        moves.

              MS. PEARL
        Y'all could rush out there if
        y'all want, but that world out
        there is cruel, and it don't
        take no favoritism.

EXT. CLOTHING STORE - AFTERNOON

Donneekie stops to talk to a friend named KEVIN that he
hasn't seen in a while.  Kevin is coming out of the store
with a bag in his hand.  Donneekie, dressed in jeans,
sneakers and a sweat shirt, has on a goose down coat.  Kevin
puts his hand up in the air as he approaches Donneekie.

              KEVIN
          (smiling)
        Alright, don't shoot.  You can
        have the money.

              DONNEEKIE
          (smiles)
        What's up, Kev?  Where you
        been?

              KEVIN
        Chillin' man, you know.  Just
        laying low.

              DONNEEKIE
        Yo, I'm getting ready to make
        some moves.  I might need you,
        ya dig?

              KEVIN
        You the don, baby.  Just come
        get me.  You know where I'm
        at.

EXHIBIT 2 - PG 20

8.

                    DONNEEKIE
          Bet.

They hug and Donneekie goes in the store, while Kevin walks
away.

EXT. CLOTHING STORE - LATER

Donneekie comes out of the store with a sneaker box with
Nikes in a bag, with jeans and a sweat shirt.

INT. MOTHER'S APARTMENT - EVENING

Donneekie, dressed in his brand new clothes, walks up to his
mom.  They are in the kitchen.

                    DONNEEKIE
               Mom, I have a little something
               for you.

Donneekie, standing in front of his mom in new clothes, with
his hand out.  He has an envelope in it.  Ms. Pearl takes the
envelope.

                    MS. PEARL
               Don, you know I love you,
               you're the only child I have
               left.  Boy, I don't need all
               those things, or plenty money,
               all I need is you alive.

                    DONNEEKIE
               Mom, I'm gonna be alright
                    (glances at the door)

                    MS. PEARL
               Don, you can get anything you
               want in this world out there.
               But it's always better when
               you get it legitimately.

EXT. ATLANTIC CITY - NIGHT

A gorgeous black, brown-skinned prostitute is leaning in a
car with a white man in it.  TERESA is her name.  She is
sensing that he is a cop.

                    TERESA
               So, what can I do for you
               honey?

                    COP
               I don't know, what do you do
               best?

EXHIBIT 2 - PG 21

9.

                    TERESA
          Everything.

                    COP
          How much?

                    TERESA
          That depends on what you want.

Teresa notices a car about a block away, parked.  With what
looks to her like two men in the front.  Glancing out the
side of her eye, she looks around and sees a LADY parked in a
car half a block in the opposite direction.

                         COP
          Well, I want everything.

                         TERESA
          No, what you want is some
          coffee and donuts, so get the
          fuck out of here, copper.
          You'll never be brass.

Teresa stands up and walks away, smiling.  Proud of herself
for being alert, and starts swishing her ass extra hard.

INT. COP CAR - NIGHT

Undercover officer picks up radio and is mad as hell.

                         COP
          Damn bitch wouldn't bite the
          bait.  Smart ass bitch.

INT. COP CAR - NIGHT

                         COP #2
              (laughing)
          I guess you blew it.  Let's go
          get some coffee.

EXT. ATLANTIC CITY BLOCK - NIGHT

Teresa walks down the block in her high heel shoes and mini-
skirt.  She stops and reaches down to pick up her Desert
Eagle .357 hand gun from where she hides it, and gets it
before going home. She puts it in her pocketbook.

INT./EXT. CAB STAND - NIGHT

Teresa, waiting for her cab to pull up, is looking out the
window.  Her cab pulls up, she goes outside and gets in.

EXHIBIT 2 - PG 22

10.

                    CAB DRIVER
          Hey, Teresa, what's up?

                    TERESA
          Same old bullshit.  Cops wants
          bust me, tricks wants come
          twice for the same price.
          Same old bullshit.

                    CAB DRIVER
          I can't blame the tricks.  You
          keep slipping a damn rubber on
          their dick before sucking it
          without them knowing it for
          fifty dollars.  Shit, I would
          want a do-over too, from your
          fine ass.

Teresa and the cab driver laugh as the car pulls over to the
curve.

                    TERESA
          If they was smart, they would
          go and jerk off.  Same results
          and they could give the fifty
          dollars to their kids.

                    CAB DRIVER
          Amen to that.

Teresa pays him and gets out of the cab.

EXT./INT. RITZ CONDOMINIUM - NIGHT

Teresa walks into the plush hotel, past the DOORMAN watching
TV on a small portable.

                    DOORMAN
          Hello, Teresa.

                    TERESA
          What's up, Charles?  Anything
          good on TV?

                    DOORMAN
          Na, just repeats.

Teresa walks to the elevator and gets in.  She presses 24 and
the doors close.

INT. HALLWAY - LATER

The elevator doors open and Teresa gets off, walking towards
an apartment at the end of the hall on the plush carpet.  As

EXHIBIT 2 - PG 23

11.

she gets closer to the door, she HEARS a MAN cursing and
yelling in her apartment.  As she opens the door with her
key, she sees a short-looking pimp named DINOMITE on top of
her girlfriend, about to slap her.

                    TERESA
            Go ahead, slap her, because
            you ain't gonna slap another
            woman in this lifetime.

Teresa reaches inside her purse and pulls out the Desert
Eagle .357 and points it right at Dinomite.  Dinomite looks
at Teresa like he knows she means it.

                    DINOMITE
            Na, Teresa, it ain't like it
            looks.  She bullshitting on
            the job when she out on the
            stroll.  She be taking breaks
            when she should be getting
            money.

                    TERESA
            I told her she don't need to
            give no faggot ass man her
            money.  Because the nigger
            ain't born yet that's gonna
            pimp Teresa.  Charlet I should
            let him kick your ass, maybe
            you'll understand what I'm
            saying.

                    CHARLET
            Teresa, I love him.

Dinomite gets up off Charlet.  He's sweating and it shows,
but he still doesn't feel safe.

                    DINOMITE
            See, Teresa, this ain't none
            of your business.

Teresa steps up to him closer while Charlet is pleading for
her man.

                    CHARLET
            Come on, Teresa, leave it
            alone.  Please.

This upsets Teresa even more.

                    TERESA
                (to Dinomite)
            Get on your knees.

EXHIBIT 2 - PG 24

12.

Dinomite gets on his knees, begging.

                    DINOMITE
          Please, Teresa, don't shoot.
          I'll leave her alone.  I'll
          give her some money so she
          could leave.

Teresa hits him in the face with the gun, knocking him down.
She gets on top of him, and is beating him in his face with
the gun.  Charlet grabs a vase off a table and is about it
hit Teresa in the back of the head.  Teresa turns around and
sees Charlet raising her hand with the vase.  Teresa sticks
the gun up in her face.

                    TERESA
          You dumb bitch, do you like
          this punk beating you?  He
          don't care nothing about you.
          Why do you think you live here
          with me and he lives someplace
          else?

Teresa stands up and grabs her by her hair and pushes her
down to the floor by her man.

                    TERESA (cont'd)
          You could have him, y'all
          deserve each other.  I'm
          moving on.  This 'hoing shit
          ain't for me anyway.  I'm
          going to New York.  City of
          dreams.  At least somebody can
          dream about something.

INT. COKE SELLER'S HOUSE - NIGHT

Donneekie is talking to a DOMINICAN MALE.

                    DONNEEKIE
          So, Pablo, you didn't step on
          this cocaine, that's what you
          telling me?

                    PABLO
          Donneekie, I wouldn't shit
          you.  I know you usually take
          money, not buy and sell.
          Shit, I'm doing the public a
          favor by helping you be the
          best business man you can be.
          With good material too.

EXHIBIT 2 - PG 25

13.

                    DONNEEKIE
          Alright, here's twenty-two
          hundred for the eighth.  As I
          keep buying more, I want a
          better price.

                    PABLO
              (smiles)
          Anything for you, baby.
          You're the don.

EXT. THREE BLOCKS FROM DONNEEKIE'S HOUSE - NIGHT

Donneekie is leaning on a car on the avenue watching his
worker, Kevin, sell his crack to the customers.  A guy named
BLUE walks up to Kevin and taps him on the shoulder.

                    BLUE
          Yo, Kev, my boss, Kenroy,
          don't let nobody sell crack so
          close to our spot.  Our spot
          is around the corner.

                    KEVIN
          Well, maybe you better tell
          that to my boss.

Kevin looks behind Blue.  This draws Blue to turn around.
Blue turns to find Donneekie holding his .45 automatic in his
hand, pointed at the ground, and not smiling.  Blue looks
like he's seen a ghost.

                    DONNEEKIE
              (low voice)
          What seems to be the problem,
          Blue?

                    BLUE
              (nervously)
          There ain't no problem,
          Donneekie.  I was just telling
          Kevin that Kenroy don't
          usually let nobody sell crack
          so close to his crack spot.
          But since you and Kenroy know
          each other, I'll let y'all
          work this out.

Blue is shaking in his boots.  Donneekie puts the gun in his
waist.  Kevin finishes serving the customer.

EXHIBIT 2 - PG 26

14.

                  DONNEEKIE
               (to Blue)
          I think you better tell my old
          buddy to come talk to me.

                  BLUE
          Shit, that ain't no problem,
          Donneekie.  He's in the spot
          around the corner.  Let me go
          get him.

EXT. SAME PLACE - LATER

Kenroy walks off.  It is less than three minutes when a
light-skinned, short stocky man comes around the corner.
Kevin is making another sale.

                  KENROY
               (smiles)
          I thought you came to take the
          money.  I didn't know you just
          wanted the territory.

                  DONNEEKIE
               (smiles)
           Check this out.  I knew your
          spot was around the corner,
          but I didn't know you wanted
          the whole block.
               (to Kevin)
          Hey, Kevin, keep doing your
          thing.  Me and my man are
          going to have a talk in the
          bar.

EXT./INT. BAR - NIGHT

Donneekie and Kenroy walk into the bar and take seats at the
bar.

                  KENROY
          So what's up, Donneekie?  You
          tired of shooting people and
          taking the money?

                  DONNEEKIE
          That's about right.  Although
          I never shot nobody that
          didn't deserve it.

The BARTENDER comes, a pretty light-skinned girl, in her late
20's.  There is a drug dealer named BIG RED sitting at the
corner of the bar, eyeing the bar maid.  But we don't know
he's big red yet.

EXHIBIT 2 - PG 27

15.

                    BARMAID
                 (smiles)
            Hello, Donneekie, what brings
            you here?  We only got
            dollars.

INT. BAR - NIGHT

                    DONNEEKIE
                 (smiles)
            I just came to talk to my man,
            Kenroy.

                    BARMAID
                 (continues smiling)
            Yeah, well, if you change your
            mind, don't shoot.  I'll give
            you all the money.  Even me.

                    KENROY
                 (to Barmaid)
            Hi, Angela.

                    BARMAID
            Hi.  Well, what will it be,
            fellers?

                    DONNEEKIE
            I'll have my usual orange
            juice on the rocks.  Or have
            you forgot?

                    KENROY
            Make that a Remy Martin for
            me.

                    BARMAID
                 (winks eye at Don)
            Forget about you?  How could
            I?

The barmaid takes off, swishing her firm ass, hard.

                    KENROY
            So, Donneekie, I want you to
            be in business with me...I'm
            having a little beef with Joel
            and his boys down the block.
            They be having runners hanging
            out up this end, trying to
            steer customers down to their
            spot.

Donneekie looks at him with resentment for being a coward.

EXHIBIT 2 - PG 28

16.

                              DONNEEKIE
                    Don't worry about the beef.
                    You take care of the spot and
                    I'll take care of the beef.

                              KENROY
                    That's a deal, partner.

                              DONNEEKIE
                    I might be able to buy the
                    cocaine cheaper than what you
                    paying for it now.

                              KENROY
                    Well, as long as it's not
                    stepped on, we'll go see your
                    connection.

INT. CRACK SPOT - DAYS LATER

Donneekie is coming up the stairs from the spot, with Kenroy
following him.  Donneekie sees a guy talking to a customer
and pointing down the block.  Donneekie walks up to the
RUNNER and grabs him.  There are lines of customers waiting
to buy from Donneekie and Kenroy's spot.

                              DONNEEKIE
                    Who do you work for, 'cause
                    I'm about to shoot your stupid
                    ass.

                              RUNNER
                         (pleading)
                    Donneekie, Joel sent me up
                    here.  All I am is a runner.
                    I'm sorry.  I didn't know you
                    were involved.

The runner is crying and urinating on himself.  Donneekie
lets his clothes go.

                              DONNEEKIE
                         (to runner)
                    Take me to Joel.
                         (to Kenroy)
                    Kenroy, stay here.

                              RUNNER
                    No problem, Donneekie.

INT. JOEL'S CRACK SPOT - LATER

The runner knocks on the door.  The person inside wants to
know who it is.

EXHIBIT 2 - PG 29

17.

                    RUNNER
          It's me.

The door opens.  Donneekie pushes the runner in the
apartment.  Joel and his boys are counting money at a table.
They turn to see Donneekie at the door with a gun in his
hand.

                    JOEL
          Alright, Donneekie, take the
          money.  Just don't shoot us.

Joe's gun is almost within arm's reach.

                    DONNEEKIE
          Aren't you even going to try
          for the gun?

                    JOEL
          Ain't no money worth my life,
          Donneekie.

                    DONNEEKIE
          Well, that's smart, but you
          never knew me to rob guys I
          grew up with, or small-time
          drug dealers.

Donneekie puts his gun in his waist, which shocks Joel and
his boys.

                    DONNEEKIE (cont'd)
          I just came to let y'all know
          that I got business with
          Kenroy, so I don't...

Donneekie is cut off by Joel.

                    JOEL
          Say no more, we'll move.

                    DONNEEKIE
          No...Just don't send your
          runners up to the corner no
          more.

                    JOEL
          That's no problem, Donneekie,
          no problem.  I'm sorry about
          that.

INT. PABLO'S HOUSE - AFTERNOON DAYS LATER

EXHIBIT 2 - PG 30

18.

Kenroy and Donneekie are walking down the stairs from Pablo's building.

>                    KENROY
>           His cocaine is good, but next
>           week we'll see if my man will
>           beat the price.

>                    DONNEEKIE
>           That's cool with me.  I'm down
>           with saving a little cash.

INT. COLLEGE - AFTERNOON

There is a gorgeous WHITE GIRL named SUANY, talking to a PROFESSOR in the cafeteria.  Sitting at a table.

>                    PROFESSOR
>               (smiles)
>           So, Suany, the way you feel
>           about politics, I suggest you
>           take up political science or
>           criminal justice next
>           semester.

>                    SUANY
>           I think I will.  This way I
>           can better channel all this
>           energy I have.  Because this
>           government is corrupt.

>                    PROFESSOR
>           So there it is.

The period bell RINGS and people start getting up and leaving.  Suany and the professor get up.

>                    SUANY
>               (smiles)
>           I'm glad we had this little
>           conversation.

>                    PROFESSOR
>           Likewise.  Bye.

>                    SUANY
>           Bye.

INT. KENROY'S APARTMENT - TWO WEEKS LATER - EVENING

Kenroy is on the phone talking to Donneekie.

EXHIBIT 2 - PG 31

19.

          KENROY
So what's up, my man?  You
ready to go purchase those
three keys?

          DONNEEKIE (O.S.)
I told you never talk to me
like that over the phone.

          KENROY
My fault...So what's up?  You
coming?

INT. DONNEEKIE APARTMENT/BEDROOM - EVENING

Donneekie is lying in his brand new bed.  He has refurnished
his mother's whole apartment.  It shows that he is making a
lot of money in crack.

          DONNEEKIE
I ain't gonna be able to make
this trip.  Ride on out with
me.

          KENROY (V.O.)
That's cool.

          DONNEEKIE
You gonna get that same thing
from Pablo.  It was good, they
like it.

          KENROY (V.O.)
I hear my man got some new
potent shit.  I got to go
check it out.

          DONNEEKIE
If it ain't broke, don't fix
it.  That's what my momma
always said.

          KENROY (V.O.)
That's just it.  I hear
they'll love this new shit.

          DONNEEKIE
Do your thing, baby.  I'll
holler at you later.

          KENROY (V.O.)
Bet.  I'll give you a call
after I cop.

EXHIBIT 2 - PG 32

20.

                    DONNEEKIE
          Cool.

Donneekie hangs up the phone.

EXT. COCAINE CONNECTION'S BUILDING - EVENING

Kenroy gets out of a cab, stepping into the snow.  It's
around February.  There are Dominicans standing in front of
the building.  They see Kenroy and start to approach him.
Realizing who he is, they stop.

                    DOMINICAN #1
          Hey, Kenroy, what's up?

                    KENROY
          Just chillin'.  My man
          upstairs?

                    DOMINICAN #1
          Yeah, go on up.

INT. CONNECTION'S BUILDING - LATER

Kenroy is ringing the connection's doorbell.

INT. CONNECTION'S APARTMENT - EVENING

The boss' BODYGUARD jumps up to answer the door with his gun
in his hand.  He looks through the peephole, sees Kenroy and
starts opening up the door.  They take their fists and bang
them together.  EGGA, the boss, is sitting on a couch in
front of a table, with three kilos in front of him.  While
the bodyguard sits down by the door.

                    EGGA
          What's up, ponna?  I've been
          waiting for you.  I got your
          stuff right here.  Come take a
          sniff and a taste.  It's
          uncut, pure.

EXT./INT. CONNECTION'S BUILDING - EVENING

Four agent's cars pull up, making no noise, with a police
van.  They jump out and throw the Dominicans in front of the
building up against the cars.  Ten of the police run in the
building and up the stairs.  There's a Dominican man ahead of
them running up to warn Egga.  The police hear him up ahead
of them.  Four police follow him, the others stop at other
apartments.

INT. OUTSIDE EGGA'S APARTMENT - LATER

EXHIBIT 2 - PG 33

21.

The Dominican lookout is ringing Egga's doorbell and banging on it.

> DOMINICAN #2
> in Spanish)
> Police, police, get out.

ANOTHER ANGLE: INSIDE EGGA'S APARTMENT

Kenroy is about to put the cocaine in his nose.  He drops the bill full of cocaine.  The bodyguard and Egga head to the back room.  Kenroy, looking dumbfounded, gets ready to follow them when the door is kicked in.  Kenroy sees the lookout on the floor in the hallway, while the agents rush Kenroy.  The three kilos are still sitting on the table.

INT. DONNEEKIE'S BEDROOM - NIGHT

Donneekie lies in the bed with a pretty WOMAN, about 28 years old.  He picks up the phone that's ringing. It's Kevin.

> DONNEEKIE
> Hello?

> KEVIN (V.O.)
> Yo, Donneekie.  I was at the
> spot and Kenroy's cousin came
> by.  He said Kenroy is in jail
> for drugs.  Conspiracy to
> distribute cocaine and
> possession.  The feds got him.

> DONNEEKIE
> I'll be right there.

Donneekie hangs up the phone.  He is upset.

> DONNEEKIE
> (to himself)
> Damn...A hard head makes a
> soft behind.  He didn't even
> see the cars I bought us.
> (to Yolonda)
> Get up, Yolonda.  You gotta
> go.  I got some business to go
> take care of.

YOLONDA gets up naked and walks over towards her clothes. She has a beautiful body.

EXT./INT. CRACK SPOT - NIGHT

Donneekie rings the bell.  Kevin peeps through the peephole and opens the door.  Donneekie walks in.

EXHIBIT 2 - PG 34

22.

                    DONNEEKIE
          Don't ever talk to me on the
          phone like that again...So
          what you hear?

                    KEVIN
          The feds swept a building on
          Broadway.  Kenroy got caught
          up in the sweep with three
          keys.

                    DONNEEKIE
          Damn, that's fucked up.  Is
          the lawyer on the case?

                    KEVIN
          Yeah, but he said it looks
          bad. He's going for a good
          copout.

EXT. CRACK SPOT - NIGHT

Donneekie is walking towards his parked red 535 BMW, where
there is a cab driver and a gorgeous woman arguing about the
fare.  As the Don is approaching, the woman pulls out a gun
from her purse and puts it in the Puerto Rican man's face.
The woman is Teresa.

                    TERESA
          It don't cost no twenty
          dollars to come uptown from
          the Port Authority bus
          terminal.  You trying to rob
          me because I'm a woman.  I'll
          rob your ass.

The man is standing with his cab door open and hands at his
side, scared and dumbfounded.  Donneekie now stands behind
Teresa and butts in.

                    DONNEEKIE
          She's right.  It don't cost no
          twenty dollars for that trip.

Teresa hears the voice and turns around for a beat, looking
at Donneekie, and not feeling threatened.  She turns back to
the cab driver.

       TERESA                              CAB DRIVER
    (to Donneekie)                       (to Teresa)
Don't tell him nothing,              It's free to go ahead,
brother.                             it's free.
                                        (Spanish accent)

EXHIBIT 2 - PG 35

23.

Teresa lowers her gun and reaches in her purse with her other hand.  She reaches into a bank roll and pulls out a twenty dollar bill.

>                    TERESA
>                 (smiles)
>             I don't want nothing free.
>             Anything free ain't worth it.
>             And a lady ain't weak just
>             because she's a lady.  Here,
>             take the twenty dollars and
>             remember what I just said.

The cab driver is not moving, scared to reach for the money in Teresa's outstretched hand.  She puts the money in his shirt pocket and holds his chin gently for a beat.  She takes her suitcase out of the car.  She turns around swiftly and starts laughing also.

>                    DONNEEKIE
>             Young lady.  Could I possibly
>             invite you to a late dinner?
>             My car is right there.  Let's
>             go.
>                 (points to car)

>                    TERESA
>                 (soft, smiling)
>             I'm sorry, mister, but I don't
>             know you.  And I can't go
>             nowhere with a stranger.

>                    DONNEEKIE
>             Well, my name is Donneekie
>             Brown.  What's yours?

>                    TERESA
>                 (continues smiling)
>             For me to know and for you to
>             find out, handsome.

>                    DONNEEKIE
>             That's what I'm trying to do
>             right now, gorgeous.

>                    TERESA
>             Well you can try over
>             something to eat.  Let's go,
>             Donneekie.

Teresa starts walking towards the BMW, smiling, and leaving her suitcase on the sidewalk, implying for Donneekie to get it.  She goes to the car door.

EXHIBIT 2 - PG 36

24.

                    DONNEEKIE
                  (straight face)
              Hold up.  I can't let no
              stranger into my car.

Teresa turns around, smiling.  She makes a gesture with her
hand towards the gun in her purse.

                    TERESA
                  (smiling)
              You trying to play me?

Teresa holds one hand on her hip, the other on her purse.
Donneekie opens his jacket, revealing the handle of a .45
automatic stuck in his waist.  He smiles.

                    TERESA (cont'd)
              My name is Teresa.  Some call
              me lady Tee.

They both start laughing.  Donneekie picks up her suitcase.

                    DONNEEKIE
              Get your fine ass in the car.

Donneekie throws the suitcase in the trunk and gets in the
car.

INT. CAR - NIGHT

Donneekie picks up the car phone and calls the spot.

                    DONNEEKIE
              Kev, get Lenny and Jake, and
              tell them to meet me at my
              house tonight.

                    KEVIN (V.O.)
              Cool.

INT. RESTAURANT - MIDNIGHT

Donneekie and Teresa are eating and drinking orange juice.

                    TERESA
                  (looking seductive)
              Well, is it everyday you
              rescue a damsel in distress?
                  (sounding seductive)

EXHIBIT 2 - PG 37

25.

                DONNEEKIE
                  (smiles)
I was rescuing the cab
driver.. Where are you coming
from?

                TERESA
I just finished some business
out of town and I figured I'll
stay in a hotel for a day or
two until I find an apartment
and a job.

                DONNEEKIE
You must got a lot of money.

                TERESA
                  (smiles)
Why?  You gonna rob me too?

They both start laughing.

                TERESA (cont'd)
                  (continues smiling)
Na, I got some chump change,
but I ain't broke.

                DONNEEKIE
What is your business?

                TERESA
Selling and other people
buying.  What do you do for a
living?

                DONNEEKIE
I am a reformed businessman.
I would like to put that gun
of yours to use.

They both start laughing.

INT. COURTROOM – DAY

Donneekie, Teresa, Jake and Kevin sit in the back of the
courtroom.  MARSHALLS bring Kenroy out.  The JUDGE comes out.

                COURT CLERK
All rise.

Everybody stands up.  They all sit back down after the judge
enters the courtroom at the court clerk's order.

EXHIBIT 2 - PG 38

26.

                  JUDGE
               (to Kenroy)
I am familiar with the fact
that the defendant was in
someone else's house.  But the
situation presents itself in a
different manner.  How does
the defendant plea to a charge
of attempted possession?

                KENROY
Guilty.

                JUDGE
I hereby sentence you to six
years.  One in jail and five
on parole.

The judge slams the hammer.  Kenroy looks back to Donneekie.
Their eyes meet each other.  Donneekie nods.

              DONNEEKIE
          (to everybody)
HE could do that in a broom
closet.  Mr. Schechter got a
good deal.

INT. DONNEEKIE'S MOTHER'S APARTMENT - EVENING

Donneekie and his mom are in the kitchen, talking.  Donneekie
has a bag in his hand.

              DONNEEKIE
Ma, I'm 27 years old now.
I've done a lot of wrong.
I've always wanted the best
for you.  I have three hundred
thousand dollars aside.  I
want you to put 50,000 dollars
on a house down south and I'll
put 50,000 on a place to live
up here.

Donneekie's mother takes the bag and dumps the money on the
floor.

EXHIBIT 2 - PG 39

27.

> MS. PEARL
> I'm going to take this money
> and I'm going to buy the
> house.  But I don't want you
> to believe for one second that
> I want you to die living this
> kind of life.  Because that's
> DYING HARD.  Get something
> legitimate.  Then get out.

A tear forms in Donneekie's mother's eyes.  They hug.
Donneekie's beeper goes off, he looks at it.  It's Teresa.
He calls her.

> DONNEEKIE
> Hello?

> TERESA (V.O.)
> What's up, handsome?  You
> coming to take me out on the
> town?  A Detroit girl don't
> know her way around the big
> apple.

> DONNEEKIE
> Oh, you've been here plenty
> times before.  But I'll come
> get your fine ass just the
> same.

INT. CRACK SPOT - DAY

Kevin is in the spot counting money.  There are stacks of
money on the table.  Kevin hands each of the three workers an
envelope.  They pocket it.

INT. HARLEM STREET - REAL ESTATE OFFICE - DAY

Donneekie is with Teresa.  He finishes a deal with a real
estate BROKER for a luxury apartment.

> BROKER
> Well, Mr. Brown, you'll love
> the view.  It's one of the
> most beautiful views that
> Trump has of Central Park.
> And as you noticed, the
> terrace is roomy and gorgeous.

Teresa is watching Donneekie and smiling, just loving the way
he is in legitimate business.

EXHIBIT 2 - PG 40

28.

                    DONNEEKIE
          Well, I hope so.  I ain't
          exactly paying peanuts to live
          there.

EXT. HARLEM STREET - NEW YORK - DAY

Teresa and Donneekie are walking.  A LADY on crack stops a
MAN a few feet in front of them.  She says something to the
man.  But we don't hear.  She holds a three-month-old baby up
to the man.  He walks away looking back at her.  She walks up
to Donneekie and Teresa.

                    CRACKHEAD
          Y'all look like a happy
          couple.  Y'all want to buy a
          baby?  Just ten dollars.  I
          need a bottle of crack.  I
          didn't steal her.  She's mine.

A tear runs down Teresa's cheek.  Donneekie's eyes open wide
with surprise and his mouth is wide open.  But he's trying to
find the words.

                    DONNEEKIE
          You dumb bitch.  How could
          you?  That's a...that's a
          human.  How could you?  That's
          your own flesh and blood.

Teresa snatches the baby out of the lady's arms with one
hand, and with the other hand she draws her gun and puts it
up to the crackhead's face.  Donneekie, noticing, grabs
Teresa's arm down with the gun in it.

                    TERESA
              (to crackhead)
          I should blow your fucking
          head off.  You don't deserve
          to live.

Teresa flashes back in her mind to when she was small and her
mother was dropping her off at her aunt's house.  Her aunt
gave her mother some money.  That's the last time Teresa saw
her mom.

Teresa comes out of her daydream as the lady starts
screaming.  People walk by to stop and look.  Donneekie grabs
the baby from Teresa and pushes the baby back into the lady's
arms.  As the lady grabs the baby, Donneekie grabs Teresa's
arm and pulls her as he starts running.  Teresa and
Donneekie's eyes are full of tears.

INT. RESTAURANT - LATER

EXHIBIT 2 - PG 41

29.

Teresa and Donneekie sit down at a booth.

>                         DONNEEKIE
>                 Teresa, what the hell got into
>                 you?  You could've got us
>                 locked up for kidnapping.

Teresa starts crying hard.  Donneekie leans closer and hugs
her.

>                         TERESA
>                         (sobbing)
>                 That's what my mom and dad
>                 probably did to me.  My aunt
>                 raised me.  I never really
>                 knew my mom and dad.  I ran
>                 away at 17 because a new
>                 boyfriend my aunt had that she
>                 was in love with raped me.  I
>                 ran away and started working
>                 jobs that couldn't even pay
>                 the rent.  A few years later,
>                 I started selling my body to
>                 eat.  Then I went to Atlantic
>                 City with some girlfriends to
>                 sell that pleasure.  I never
>                 had a pimp because I hate men.

Donneekie squeezes her tighter as she lays on his chest.

>                         DONNEEKIE
>                 That's the past, baby.  You
>                 with the DON NOW.

A WAITRESS walks up.

>                         WAITRESS
>                         (to Donneekie)
>                 May I take your orders?

Donneekie waves her off.

>                         DONNEEKIE
>                         (to Teresa)
>                 Teresa, fuck that crack shit.
>                 We getting ready to get some
>                 heroin money.  I got to call
>                 Pablo.

INT. WAREHOUSE – NIGHT

Pablo, Donneekie, Lenny and Jake are standing next to four
Italians.  While behind them we SEE a DOPE FIEND with a
chemist set, testing the heroin.  The dope fiend turns to

EXHIBIT 2 - PG 42

30.

Donneekie and gives him the thumbs-up signal.  Lenny opens
the suitcase full of money to one of the Italians and hands
it to him.  Another Italian takes two kilos of heroin out of
a bag and hands it to Jake.

INT./EXT. CRACK SPOT - DAYS LATER - NIGHT

Kevin is in the old crack spot where they now sell dope.
There's mobs of customers outside buying dope from the
sellers in the street.  Kevin has bundles of money on the
table with three workers in the apartment, sorting out
different bills in piles.  Another worker is let in the door.
He pulls stacks of unorganized money out of his pocket and
throws it on the table.

INT./EXT. CAR - NIGHT

Teresa is driving Donneekie by his dope spot in the BMW.  One
of the workers sees Donneekie and puts his fist up in the
air.  Donneekie does the same.

                    DONNEEKIE
                 (smiling)
            Hey, Tee.  It looks like we
            gonna have to open up some
            more spots to spread this
            money out.

                    TERESA
                 (smiles)
            Ain't that the truth, baby.

As they leave the block, they drive straight up the street.

                    DONNEEKIE
            Teresa, this guy I went to
            school with told me about a
            recording studio I could
            purchase that distributes
            music also.  He went to
            college for music and he knows
            it from the ground up.  He
            says he'll manage it for me.
            How do it sound?

                    TERESA
            Baby, I'm down for whatever
            you want to do.

Teresa gestures for a kiss with her lips while driving.
Donneekie leans over and kisses her.

EXHIBIT 2 - PG 43

31.

INT. JAIL/VISITING ROOM - DAY

Kenroy talks to his male COUSIN on a visit.

                    KENROY
          Tell Donneekie I don't want my
          profit invested in heroin.
          I'm pulling out.

                    COUSIN
          That ain't no problem, man.
          I'll let the DON know you want
          yours.

                    KENROY
          The don?  Just give the fifty
          grand to Diana.

                    COUSIN
          Yeah, man, since Donneekie
          stopped taking and started
          making.  He's been good to the
          neighborhood.  He gave a trip
          for senior citizens to
          Atlantic City for free.  Where
          one lady won $10,000.

                    KENROY
             (sarcastically)
          Oh shit, they gonna make a
          monument by his tombstone when
          he dies.

                    COUSIN
          If I was you, I would stick
          with the DON, man.  I'm
          telling you.

                    KENROY
          WHAT'S THIS DON SHIT?
          Yesterday, he had this whole
          neighborhood terrified.

                    COUSIN
          It ain't like that no more.

INT. RECORDING STUDIO - DAYTIME

Donneekie and Teresa are walking around the studio.  In the
background you see Donneekie's high school buddy, ANTHONY
WOODS, talking to the owner.  Teresa walks into the recording
area of the studio, where an ARTIST is SINGING.  Donneekie is
walking towards the owner, as they gesture for him to come
over.

EXHIBIT 2 - PG 44

32.

                    OWNER
          Do we have a deal, Mr. Brown?

                    DONNEEKIE
          Well, this looks like a good
          investment.  And I just love
          music.  Yes, we have a deal.

                    OWNER
          Well, I tell you what.  This
          Anthony is one hell of a
          manager.  And we just started
          a deal to distribute our music
          in London.  So you got the
          right buy at the right time.

MONTAGE:

EXT. NEW YORK STREET #2 DOPE SPOT - AFTERNOON

Lenny gets out of the car.  There is a guy standing next to
the building with his hand in his pocket as if he has a gun.
A guy comes out of the building with two shopping bags full
of money and hands it to Lenny.  He jumps back into the car.
It pulls off.

EXT. NEW YORK STREET #3 DOPE SPOT - AFTERNOON

Lenny is driving through the new spot.  He looks at all the
customers being sold the drugs, as he keeps on driving.  As
he gets to the corner, Teresa is just coming out of the
building with two shopping bags full of money, and another
guy with her carrying a shopping bag.  They put it in the
back seat of Lenny's car.  Teresa jumps in the car with
Lenny, the guy turns and walks back in the building.

INT. NEW YORK STREET #1 DOPE SPOT - EVENING

Kevin is scraping the stacked money off the table and
stacking it into a shopping bag.  There are two workers with
kevin doing the same thing.  Another worker knocks on the
door.  WORKER #1 walks to the door with a gun in his hand.

INT./EXT. #1 DOPE SPOT - SAME TIME

The worker is in front of the door as three gunmen are at his
side.  While GUNMAN #1 holds a gun to his head, Worker #1
looks through the peephole and sees Worker #3.  He doesn't
see the man at his side.  He starts opening up the door.  As
he starts pulling the door open, he feels a strong impact on
the door pushing.  The gunmen come in shooting.  GUNMAN #3
shoots worker #3 in the head as soon as the door opens.

EXHIBIT 2 - PG 45

33.

                    GUNMAN #1
                  (to everybody)
            Give it up, motherfuckers.

As Kevin hears the impact on the door, he reaches for the
pump shotgun leaning down against the wall behind him, while
Worker #2 grabs and points his .45 automatic, and lets off
three shots at Gunman #1.  Two bullets hit Gunman #1 on his
bulletproof vest.  Gunman #1 has already opened fire with his
automatic Mac Ten, ripping Kevin up in the back and head as
he reaches down for the shotgun.  As Worker #2 fires, he runs
to the back room.  Worker #1 is still behind the door.  He
comes from behind the door firing, hitting Gunman #3 in the
face at point blank range.  Gunman #2 puts his gun in Worker
#1's chest and pulls the trigger twice, blowing him back and
down to the floor.  He then walks up to him and shoots him in
the face.

INT./EXT. #1 DOPE SPOT/BACK - EVENING

We see Worker #2 jumping out the back window, running.

INT. DOPE SPOT #1 - LATER

We see the two Stick-up Men grab the bags full of money and
get ready to leave.  Gunman #2 stops for a beat by the door
and looks at #3.

                    GUNMAN #2
            Damn.

                    GUNMAN #1
                  (to #2)
            Come on, man, let's get outta
            here before the police come.

As the gunmen leave, we can see the spot bloody with three
bodies dead.  Stacks of money are still left on the table.
Kevin had the shotgun lying close to his hand.

INT. TRUMP BUILDING - DONNEEKIE'S APARTMENT - NIGHT

Donneekie is laying on the carpet in his newly furnished
apartment, watching his big screen TV.  Teresa comes in from
the kitchen wearing a see-through negligee and carrying a
tray of food.  She places it by Donneekie on the carpet.

                    TERESA
            Come on, Boo, eat it up.

                    DONNEEKIE
            Only if you eat it UP with me.

They start eating.  Teresa starts feeding him with her hand.

EXHIBIT 2 - PG 46

35.

                    PROFESSOR
          My name is Mr. White.  I see
          some of you are wondering why
          I came in laughing.  But it's
          because every semester I have
          to remind myself not to take
          criminal justice so seriously.
          Which is hard, and almost
          impossible.  And some of you
          will find it so serious.
               (looks at Suany)
          Because of your feelings about
          crime.  We're going to jump
          right in and find out how each
          other feels about crime.

He looks around the room.

                    PROFESSOR (cont'd)
          Young lady in the back with
          the green sweater, what is
          your name?

                    TONYA
          My name is Tonya.

                    PROFESSOR
          Tell us your feelings about
          crime and why it exists.

                    TONYA
          Well, I feel crime takes place
          because people are greedy and
          don't want to work forty hours
          a week like everybody else in
          order to get what they want.

Tonya stops and looks around the classroom.  Tonya is a white
girl in her early 20's.  Donneekie raises his hand.  Suany
and a few other people raise their hands.  The professor
picks a BLACK MAN that looks like his whole family are police
officers.

                    PROFESSOR
          Your name?

                    LEONARD
          My name is Leonard.

                    PROFESSOR
          State your opinion.

EXHIBIT 2 - PG 47

36.

                    LEONARD
          Well, I feel that if a person
          commits a crime they should be
          taught a lesson and made an
          example of.

                    PROFESSOR
          Well, that's original.

The class breaks out into laughter.

                    PROFESSOR (cont'd)
          Next.

Suany and Donneekie raise their hands at the same time,
beating the rest of the class.

                    PROFESSOR (cont'd)
          Since it's usually ladies
          before gentlemen, we're going
          to cry equal protection.  Go
          ahead, young man.

The class laughs briefly and stops.

                    DONNEEKIE
          Well, I have to address an
          issue that's not often looked
          at.  Because it seems like
          when the question was
          presented, the whole class
          focused on common everyday
          criminals.  Their answers
          implied that.  But the real
          criminals are in government.

Suany turns in her chair, facing Donneekie head on.

                    DONNEEKIE (cont'd)
          Yeah, that's right.  Because
          when an ex-president commits a
          crime in our government, and
          is getting ready to be
          punished, and the president
          that's sworn into office
          pardons him, then the
          executive branch becomes above
          the law.

                    PROFESSOR
          I see your point exactly.
          What did you say your name
          was?

EXHIBIT 2 - PG 48

37.

                    DONNEEKIE
                  (smiles)
               I didn't.

The class starts laughing.

                    DONNEEKIE (cont'd)
               But it's Donneekie Brown.

                    PROFESSOR
               Continue.

                    DONNEEKIE
               When a president is accused of
               a crime and is running for
               office again, and he then
               pardons everyone under him
               that has been indicted or
               accused of a crime, that is
               abuse of power.  And, yes, at
               first I was talking about
               Gerald Ford pardoning Nixon.
               Now I'm talking about Bush
               pardoning his aides.  That
               leaves anyone holding the
               office of the executive branch
               to know that they will never
               go to jail.  Now ain't that
               license to steal?

Suany starts smiling, while two guys in the class put their
hands up, making an arsenal hall gesture, and making the
noise.  The class joins in.  Mr. White looks at Donneekie
with guilt and then smiles.

EXT./INT. NEW YORK STREET - MORNING

Lenny is riding around with TYRONE (worker #2).  Lenny knows
what happened at the spot.

                    LENNY
               When Donneekie finds out, he's
               going to flip.

INT. COLLEGE CLASSROOM - MORNING

The period bell rings and everyone gets up to leave.  Suany
is smiling and walking over to Donneekie, as he is leaving
the classroom.

INT. COLLEGE HALLWAY - SAME TIME

                    SUANY
               Donneekie.

EXHIBIT 2 - PG 49

38.

Donneekie turns around, looking at Suany like there must be
another Donneekie around.

> DONNEEKIE
> Hello.

> SUANY
> My name is Suany.  I just had
> to stop you.  You astonished
> me in class and I agree with
> you about where the real
> criminals are.
> (smiles)
> I have another class, but I
> would love to treat you to
> lunch after class so we can
> talk.  Are you free next
> period?

> DONNEEKIE
> Yeah.  I only have one more
> class for the day.

> SUANY
> Well, good.  I'll meet you by
> the main entrance.

EXT. NEW YORK STREET - AFTERNOON

Lenny, Jake and Tyrone are at a phone booth.  Lenny is
talking to Teresa on the phone.

> LENNY
> They killed Kevin and a
> worker, but one of the workers
> got away.  He is here with me
> now.  We have been calling
> Donneekie all morning, but he
> hasn't called back.

> TERESA (V.O.)
> Put Tyrone on the phone.

Lenny passes the phone to Tyrone.

> TYRONE
> Hello?

> TERESA (V.O.)
> You alright, honey?

EXHIBIT 2 - PG 50

39.

                              TYRONE
                    Yeah, but those guys was
                    playing for keeps.  They came
                    in shooting.  I hit one of
                    them in the chest twice with a
                    .45.  But he must've had on a
                    vest because he didn't go
                    down.

                              TERESA (V.O.)
                    Don't worry about it, baby.
                    Donneekie will get to the
                    bottom of this shit.  All
                    right?

                              TYRONE
                    I could dig it.

INT. RESTAURANT TABLE - AFTERNOON

                              DONNEEKIE
                    So what do you think we should
                    do to the president when he
                    gets caught selling the people
                    out?

Donneekie puts more food in his mouth.

                              SUANY
                    Cut his balls off.

Donneekie chokes on the food, almost spitting it all over,
while Suany starts giggling lightly.  Donneekie shakes his
head, implying yes.

                              SUANY (cont'd)
                    So what do you do for a
                    living?

Suany starts putting more food in her mouth.

                              DONNEEKIE
                    Rob supermarkets.

Suany chokes on her food just as Donneekie did.

                              DONNEEKIE (cont'd)
                         (smiles)
                    You see the problem when
                    someone surprises you while
                    you're eating.

Donneekie hands her the cloth napkin as she smiles while
chewing and wiping her lips.

EXHIBIT 2 - PG 51

40.

INT. FEDERAL PRISON YARD - DAYTIME

Kenroy is talking to an old Chinese Man, MR. CHIN, and
walking in the yard.

> MR. CHIN
> When you get out, go to my
> son's restaurant, after you
> tell him I sent you.  Order
> beef fried tomatoes.  He'll
> know I sent you.  And you can
> get your start.

> KENROY
> Thanks, Mr. Chin.  You'll
> never regret it.

Mr. Chin stops walking and puts his hand on Kenroy's
shoulder, looking him in the eyes.

> MR. CHIN
> You will reap what you sow, my
> son.

INT. GAMBLING CLUB - EVENING

Pimps, dope dealers and rich hustlers are surrounding a lot
of different gambling tables.  Gunmen #1 and #2 are walking
past the gambling tables with the shopping bags full of
money.  There's gorgeous waitresses walking around waiting on
tables and people dancing in the background on a dance floor.
A few women are by the gambling tables.

INT. GAMBLING SPOT - OFFICE - NIGHT

BIG RED is on the phone talking, while three of his boys are
sitting around him.  There is a knock on the door.  One of
Big Red's boys goes to answer it.

> PUBBIE
> Who is it?

> GUNMAN #1
> It's us.  Ally Moe and Pretty
> Black.

Pubbie opens the door and looks at the bags in Pretty Black
and Moe's hands.  He smiles at them as they walk in.  Big Red
sees them and gets off the phone.

> BIG RED
> Listen, ah, I'll call you back
> in a few minutes.

EXHIBIT 2 - PG 52

41.

Big Red hangs up the phone.

                           BIG RED (cont'd)
                Well, how the hell are you
                boys?  Did everything go
                alright?  What's in them bags?
                And where's Todd?

                           PRETTY BLACK
                He got shot up.  He's dead.
                We got two of them, but one of
                them got away.

Big Red stands up and starts pacing the floor.

                           BIG RED
                God damn, did he see y'all?

                           PRETTY BLACK
                Nah.

Stick-up Man #2 stands, not saying a word.

                           BIG RED
                So, Ally Moe, give me your
                goddamn input as to what went
                wrong.

                          ALLY MOE
                We came in shooting, but them
                niggers just started going all
                out.

                         BIG RED
                Shit, I heard this Donneekie
                nigger was supposed to be
                crazy, but ain't nobody said
                nothing about the help.

He glances to his boys.  Pretty Black walks closer to Big
Red's desk and dumps the stack of bills on the desk.

                         BIG RED (cont'd)
                Damn, I knew this young
                motherfucker was taking all my
                customers.  But he must be
                taking every customer in
                Harlem.

Big Red takes two stacks of money and hands them to Pretty
Black and Ally Moe.

EXHIBIT 2 - PG 53

42.

                          BIG RED (cont'd)
                    Y'all did good.  Contact
                    Todd's wife and tell her I got
                    some money for her.

INT. DONNEEKIE'S APARTMENT/LIVING ROOM – EVENING

Donneekie paces back and forth hysterically.

                          DONNEEKIE
                    You mean they killed my man,
                    Kevin, almost twenty-four
                    hours ago, and I'm just
                    finding out about this?

Teresa, Jake and Lenny hesitate before speaking.

      TERESA                  JAKE                  LENNY
   (to Donneekie)        (to Donneekie)        (to Donneekie)
I tried to beep you.    I beeped you then     We was looking
                        I called Teresa.      for you all over.

                          DONNEEKIE
                    One at a goddamn time.

Teresa walks up to Donneekie, whose eyes are filled with
water, but a tear doesn't fall.

                          TERESA
                    Baby, Jake and Lenny found out
                    this morning from Tyrone.
                    Last night, we didn't talk
                    much.

                          LENNY
                    You know Kev was my boy.

                          JAKE
                    Mine too.

                          TERESA
                       (to Donneekie)
                    All you told me is you
                    enrolled into college.  You
                    didn't say where and you left
                    your beeper home.  I didn't
                    know until I saw it on the
                    carpet.

Donneekie can't speak.  He just waves his hand and nods his
head, implying OK.

EXHIBIT 2 - PG 54

43.

                    DONNEEKIE
          I don't care what it takes, I
          want whoever did this found.
          They'll slip up.

He squeezes his fist and bites down on his lip.

                    DONNEEKIE (cont'd)
          Put out a twenty-five thousand
          dollar reward for these dumb
          motherfuckers.  The next
          motherfucker would rather drop
          kick his momma down a flight
          of stairs then to kill one of
          my boys.

Teresa watches her man like she's never seen him before.

INT. 28TH PRECINCT OFFICE - DAY

Three narcotics detectives are going into the Captain's
office where two homicide detectives are already talking to
the Captain.

                    CAPTAIN
              (to Narcotics Detectives)
          Well, I'm glad the three of
          your guys could show up.
              (to everyone)
          As y'all already know, you got
          three dead, a lot of money
          left behind and no answers.
          We don't know if it was a hit
          or a robbery.  But we know
          there are drugs involved.

The Captain glances towards the narcotics detectives.

                    MACOY
              (narcotics)
          The streets ain't saying shit
          on this one, Captain.

                    O'BRIAN
              (narcotics)
          It's like if they do know
          something, they're more afraid
          of them than they are of us.

The third narcotics detective is just a rookie that's there.

EXHIBIT 2 - PG 55

44.

                    HOMICIDE #1
          Well, Captain, as far as the
          dead guys are concerned, they
          all served time.  All of them
          have a record a mile long.

                    CAPTAIN
          Check their arrest records,
          and see who they got arrested
          with in the past.  Then we can
          go from there.  I want some
          damn results.  Now, y'all get
          the hell on this shit.

The rookie reaches and opens the door, while everybody starts
filing out.  As the room empties, the Captain runs his hand
through his balding hair.

                    CAPTAIN
               (to himself)
          Looks like there's gonna be
          hell up in Harlem.

The phone rings on his desk and he answers it.

INT. BAR - NIGHT

Jake and Lenny walk in the bar.  They're not happy.  A few
men at the bar greet them.

                    LENNY
          Hey.  How y'all fellers doing?
          Hey, Milton, come let me
          holler at you for a minute.
               (to the fellers)
          Excuse me, fellers, for a
          minute.

Lenny and Milton walk away from the bunch while Jake
continues to talk with the fellers.

                    MILTON
          I'm sorry to hear what
          happened to Kev.  That was an
          alright brother.

                    LENNY
          Yeah, that was my man.  Did
          you hear anything, like who
          did it?

EXHIBIT 2 - PG 56

45.

                    MILTON
          Lenny, don't dis me like that.
          You know if I heard something,
          I would have contacted you or
          the DON at once.

Lenny pulls out a roll of fifty dollar bills and hands it to
Milton.

                    LENNY
          Well, this is five thousand
          dollars.  Spread this around
          the street for me, and see if
          you can get me some
          information.  The Don will
          surely appreciate it.

                    MILTON
          Anything for you and the Don.

                    LENNY
          And put the word out that
          there is a twenty-five
          thousand dollar reward for any
          information that leads to the
          name of who is responsible for
          Kevin's death.

                    MILTON
          I'll spread this money around
          and add some more to it.
          Until we get the word.

Milton stares into Lenny's eyes for a BEAT as they shake
hands.  As Lenny heads to the door, Jake joins him.  Lenny
gives the fellers at the bar the peace sign as he walks by.

INT. SUANY'S APARTMENT - BEDROOM - MORNING

The alarm clock goes off.  Suany leans over and cuts it off.
She stretches and then gets out of bed.  Suany has on a short
t-shirt and panties.  She walks to the bathroom and washes
her face.  She looks into the mirror for a BEAT.  Suany's
apartment is elegant.

                    SUANY
          Suany, this single white
          female shit is getting boring.
               (smiles)
          So what's up with that
          handsome, jazzy, educated,
          smooth-dressing black guy?
          Nah, he don't want no white
          woman.

EXHIBIT 2 - PG 57

46.

INT./EXT. BAR - AFTERNOON

Lenny and Jake enter another bar.  They walk up to the BAR
MAID.

                    BAR MAID
                 (sad look)
               Hey, fellers, I'm sorry to
               hear what happened.

                    JAKE
               Don't worry.  Somebody gonna
               pay for it.  And it cost a
               whole lot.  Did you hear
               anything yet?

                    BAR MAID
               Nah, ain't nobody said nothing
               yet, but you know if I do, I
               know who and where to call.

Lenny pulls out a bank roll and peels off five hundred dollar
bills and hands them to the bar maid.  She pushes it back to
him.

                    BAR MAID
                 (half smile)
               Lenny, you can't pay me to
               bring justice to my boy, Kev.
               He damn near bought my car
               with his tips.  And he kept me
               company at this bar plenty of
               nights when I needed someone
               to talk to.  The tip I give
               y'all is from me to my boy,
               Kev.

Lenny smiles for the first time in days.

                    JAKE
               Brenda, you're the sweetest
               baby.  The Don always said you
               was a real sister.

                    LENNY
               Brenda, put the word out.  The
               Don is giving up twenty-five
               thousand dollars for a name of
               whoever is responsible for
               Kevin's death.

                    BRENDA
               Anything for the Don.

EXHIBIT 2 - PG 58

47.

INT./EXT. CAR - AFTERNOON

Teresa is driving Donneekie through the #1 dope spot in the Mercedes Benz.  There are still lines of customers outside buying Donneekie's dope.  The car reaches the corner and Teresa sees a pimp on the corner slapping a prostitute.  She pulls the Benz over to the curve.  She knows the girl but Donneekie doesn't know that.  Teresa jumps out of the car, drawing her pistol out of her purse.  Donneekie just sits there.  He knows the pimp.  Donneekie puts his hand over his eyes for a BEAT.  Then he peeps through his fingers.  He sees Teresa holding the pimp by the neck with the gun pointed in his face.

> TERESA
> One of you chumps are really
> gonna make me kill you.  You
> like preying on women, don't
> you?

> PIMP
> What's wrong with you, woman?
> I don't even know you.

The pimp is scared to death.  Donneekie gets out of the car and comes up behind Teresa, while Charlet just watches nervously.

> DONNEEKIE
> (to Teresa)
> Baby, you can't just keep
> scaring men to death on this
> same corner.

> PIMP
> Donneekie, you know her?  Get
> this bitch off of me.

Teresa hits the pimp on the head with her gun.  It knocks him out.  She keeps beating him until his body just falls. Donneekie walks away.  Teresa sees him and follows.  They get in the car.  Charlet stands there in shock.

> TERESA
> (to Charlet)
> Bring your dizzy ass on.

Charlet looks around as if Teresa is talking to someone else. Then she hurries to the car and gets in the back door.  The car pulls off.

INT. CAR - AFTERNOON

EXHIBIT 2 - PG 59

48.

Donneekie is driving the car while Teresa turns around,
talking to Charlet in the back.

              TERESA
        You gonna keep on violating
        yourself to give your money to
        some punk of a man.

             DONNEEKIE
        Teresa, you can't keep putting
        your life on the line for
        every whore you see getting
        slapped up by their man.

              TERESA
        I know, baby.  But she lived
        with me in Atlantic City.  And
        I could see she is still a
        freak for pain.

              CHARLET
         (sobbing)
        Teresa, just because you got
        the heart of a lion, you can't
        expect everybody to be like
        you.  You may have the will to
        make every trick wear a rubber
        before giving him some pussy
        or head.  Which I still can't
        understand.

Donneekie still drives and looks at Teresa again.  But she
doesn't notice because she is looking at Charlet.  Charlet
starts to cry.  Teresa glances towards the Don, who is
looking at the road.  They drive through another one of their
dope blocks, looking at the customers buy their dope.

              TERESA
        That's right, because ain't no
        nigger putting his flesh in me
        anywhere unless he's my man.
        Not pimp, man.  Because as you
        know, the nigger ain't been
        born yet that could pimp
        Teresa.

Teresa turns in her seat facing the direction they are
driving.

Teresa and Donneekie turn to look at each other for a BEAT
and they smile.  Donneekie pulls the Mercedes Benz to the
curve at his dope spot.  There are lines of customers across
the street.

EXHIBIT 2 - PG 60

49.

      DONNEEKIE
     (to Teresa)
   I'll be a minute, baby.

      TERESA
     (smiles)
   Do you thing, you the Don.

INT. FEDERAL PRISON/TIER – EVENING

Kenroy is on the phone with his mom.

      KENROY
     (happy)
   Yeah, ma, I'll be home
   tomorrow.  I've had my release
   date for weeks.  I just wanted
   to surprise you.

      MOM (V.O.)
   Well, Kenroy, I got some bad
   news for you.

      KENROY
   What?  What happened?

      MOM (V.O.)
   Well to start out, that woman
   of yours been messing with
   another nigger for some time
   now.  But that's the least of
   your problems if she still got
   your money.

      KENROY
     (eyes watery)
   How long has this shit been
   going on, ma?  You should've
   told me.

      MOM (V.O.)
   I told you to have your cousin
   bring your money over here as
   soon as you got arrested.  No,
   but you wanted to leave a
   hundred and thirty thousand
   dollars with some woman.  So
   that's your mistake.  And your
   cousin, he's on crack.  So
   that fifty thousand Donneekie
   gave him, I don't know if
   Diana ever got it or not.  I
   ain't seen her in months.

EXHIBIT 2 - PG 61

50.

> KENROY
> Ain't this a bitch.

> MOM (V.O.)
> Watch your mouth, boy.

> KENROY
> Ma, you should've said
> something sooner.  I probably
> could've done something.

> MOM (V.O.)
> You couldn't have done
> nothing, you already cut your
> ties with Donneekie, so you
> know he ain't gonna care.
> Besides, I just recently found
> out about Diana and your
> cousin.

> KENROY
> Ma, I'm gonna kill them.

> MOM (V.O.)
> Boy, you better watch your
> mouth over this phone.

> KENROY
> I'm on an attorney client
> phone.  It ain't monitored.

> MOM (V.O.)
> Don't worry.  I still got
> sixty thousand dollars of the
> money you gave me.  We'll talk
> tomorrow when you come home.
> I'll have a big dinner ready
> for you.

> KENROY
> Alright, ma, we'll deal with
> it later.

Kenroy hangs up the phone and starts crying.

INT. COLLEGE - CRIMINAL JUSTICE CLASS - MORNING

The whole class is seated.  The professor is talking to the
class about the background of suburban youths.

EXHIBIT 2 - PG 62

51.

                    PROFESSOR
          I want to spend a little time
          this morning finding out your
          theories on suburban, ghetto
          and ethnic upbringing of
          youths.  And what role does
          that play in a criminal mind
          or nature.  Who would like to
          answer the question?

The whole class puts their hands in the air, except for
Donneekie.

                    PROFESSOR (cont'd)
          Sorry, class, I'm not playing
          favoritism or anything, but
          Mr. Brown is tampering with my
          curiosity.  Mr. Brown, I don't
          see your hand in the air on
          this question.

Suany turns and looks at Donneekie and smiles.

                    DONNEEKIE
          Well, that's really because
          the question really hits home
          for me.  Growing up in the
          ghetto, and my family being
          able to work their way out,
          which most people are not able
          to do.

                    PROFESSOR
               (to Donneekie)
          Elaborate, please.

                    DONNEEKIE
          In suburban areas, based on
          what I see on TV, young kids
          get brought up real positive
          by their environment.  I mean,
          look at it like this...All
          kids grow up spending eight
          hours a day sleeping and eight
          hours in school and four hours
          a day watching TV or I hope
          doing homework.

The class breaks out into laughter.  The professor smiles.
Donneekie glances to Suany, who winks her eye at him.

EXHIBIT 2 - PG 63

52.

                    DONNEEKIE (cont'd)
Now, I think most people would
agree that a child is a
product of their parent and
their environment.  What
happens when the child spends
most of his or her time living
where the value for life is
nothing?  I grew up hearing
about this guy who got shot
for his leather jacket.  And
that guy got stabbed because
he stepped on somebody's feet.
Not to mention the drugs and
violence we in the ghetto see
every day, along with police
brutality.  But in the
suburbs, the closest a child
comes to this is Channel Seven
news.

The class breaks out into laughter.  Suany, laughing, puts
her hand on her forehead as she looks at the desk and shakes
her head in a no fashion.  The professor is standing
dumbfounded and amazed.

                    DONNEEKIE (cont'd)
So I conclude that no matter
how much a parent teaches a
child that grows up in the
ghetto, they are going to
learn another set of values in
the street.  And they are
going to make some difficult
decisions when dealing with
the world...Segregation plays
a great part in the ghetto's
problem of crime.  While is
the government's fault.  I'll
let someone that grew up in
the suburbs address that
issue.

The Professor, not wearing a hat, gestures towards Donneekie
with his hand as though tipping his hat.

                    PROFESSOR
Do we have anyone that grew up
in the suburbs to address this
issue?

Suany and a few other people's hands shoot in the air.

EXHIBIT 2 - PG 64

53.

                    PROFESSOR (cont'd)
          Ms. Brooks.  Go ahead.

                    SUANY
          Well, I would have to agree
          with Mr. Brown, and not about
          the ghetto.  Because I don't
          know the ghetto.  But in the
          suburbs, growing up for me, I
          never saw drugs and violence
          on the street.  Nor police
          brutality.  I always felt the
          police were there to help a
          cat out of the tree.

The class starts laughing.

                    SUANY
          When I was a child.  I'm
          serious.

EXT. FEDERAL PRISON/PRISON GATE - AFTERNOON

                    GUARD
          Alright, Kenroy, don't come
          back too soon.

                    KENROY
          They'll have to kill me first.

Kenroy has a taxi waiting for him.  He gets in.

                    CAB DRIVER
          New York, huh?

                    KENROY
          Yeah, city of dreams.

                    CAB DRIVER
          That will be a hundred and
          seventy-five dollars.

Kenroy hands him two hundred dollar bills.

                    KENROY
          Keep the change.  There's
          plenty of money where I'm
          going.

                    CAB DRIVER
          Well, one good tip deserves
          another.  Keep your nose
          clean, kid.  You don't want to
          spend your life behind bars.

EXHIBIT 2 - PG 65

54.

The car takes off and starts forward, while Kenroy turns around and looks back out the window at the prison.

INT. COLLEGE CLASSROOM - AFTERNOON

The period bell rings.  The whole class gets up to leave. Suany walks over to Donneekie, who is packing up his books.

                    SUANY
          Hey, Mr. Brown, are you free
          for lunch?

                    DONNEEKIE
              (smiles)
          No, I'm not.  I've got a busy
          day ahead of me.
              (looks in her eyes)
          But I'll pick you up for
          dinner.  Write your address
          down and I'll be there at
          seven-thirty.

Suany puts her hand in her hair in a sexy fashion.  She has her glasses on.  The classroom is empty.

                    SUANY
          And I'll be there waiting.

Donneekie laughs.  He picks up his books and heads out of the classroom as Suany follows.

INT./EXT. QUEENS - KENROY'S MOTHER'S HOUSE - AFTERNOON

Kenroy is banging on the door.  His mother is in the kitchen, taking a pan out of the oven.  She starts to smile.  She places the pan on the table and heads to the front door. Kenroy keeps banging, non-stop.

                    MS. JENKINS
              (smiles, jolly)
          I'm coming, boy, I'm coming.
          Don't break down my door.

Ms. Jenkins opens the door.  Kenroy has a bunch of daisies in his hand from the lawn.

                    KENROY
          Your boy's back.

They hug.

EXHIBIT 2 - PG 66

55.

                    MS. JENKINS
          Thank you, Jesus.  Come on in
          here and get yourself
          something to eat.

Kenroy walks in and his mother closes the door behind him.

INT. DONNEEKIE APARTMENT - BATHROOM - EVENING

Teresa is almost finished taking a bath.  She is singing in
the tub.

                    TERESA
          You are everything and
          everything you are.  Oh, oh,
          you are everything.

INT./EXT. CHINESE RESTAURANT - NIGHT

Kenroy pulls up in his two-year-old Volvo, dressed to meet
JOHNNY CHIN in a suit.  He parks the car and goes into the
restaurant.  He is met by an ORIENTAL MAN wearing a tuxedo.

                    ORIENTAL MAN
                 (Chinese accent)
          Dinner for one?

                    KENROY
          Yes, I would like to speak to
          the owner, Mr. Chin.

                    ORIENTAL MAN
          One moment.  Please be seated.

The Oriental Man gestures to a WAITER, who comes over to
Kenroy and gestures for him to follow.  He leads Kenroy to a
table, gives him a menu and walks away.  Kenroy glances at
the menu, noticing that there is no beef-fried tomatoes.

The waiter returns with a glass of water and a basket of
bread.

                    WAITER
                 (Chinese accent)
          Can I take your order?

                    KENROY
          Yes, I would like beef fried
          tomatoes.

                    WAITER
          That is a special order.  One
          moment.

EXHIBIT 2 - PG 67

56.

The waiter walks away.  Kenroy breaks a piece of bread and
puts butter on it.

INT. CHINESE RESTAURANT - OFFICE - SAME TIME

The Oriental Man is talking to Johnny Chin, but we don't know
it's him yet.  The Waiter comes into the office.

> WAITER
> Mr. Chin, he ordered beef
> fried tomatoes.

> JOHN CHIN
> OK.  Bring him to me.

The Waiter turns and goes out the door.  He walks over to
Kenroy.

> WAITER
> Mr. Chin will see you now.
> Follow me.

The Waiter turns and walks.  Kenroy gets up and follows him.

INT. CHINESE RESTAURANT - OFFICE - SAME TIME

There is a knock on the door.  The Oriental Man opens it.
The Waiter comes in with Kenroy following.

> JOHNNY
> Come on in, Kenroy.  My father
> told me you would be coming by
> to see me.  But not on your
> first day home.

As they walk out the door, Mr. Chin gestures with his hand
for Kenroy to have a seat.

> JOHNNY (cont'd)
> Have a seat, Kenroy.  So I see
> you're very ambitious.  I like
> that in a man...But it can
> also be dangerous.

> KENROY
> That depends on the man.

They both start laughing.  Johnny Chin reaches in his desk
and throws an envelope to Kenroy.

EXHIBIT 2 - PG 68

57.

                    JOHNNY
               There's ten thousand dollars
               in there.  Get yourself
               situated, then come back and
               see me.  I'll front you with a
               half a brick of china white
               heroin.  My father tells me
               you were busted for cocaine,
               but you have connections to
               move china white.

                    KENROY
                  (smiles)
               That's a fact, Mr. Chin.

                    JOHNNY
               Call me Johnny.  After all, we
               are about the same age.

Kenroy nods yes and throws the envelope back to Johnny Chin.

                    KENROY
               Thanks, Johnny, for the money,
               but I'm on the street now.  I
               shouldn't have a problem
               making money.

Kenroy smiles and rolls his thumbs around each other.  Johnny
smiles, rises and comes from around the desk.  They shake
hands and hug.

                    JOHNNY
               This could be the beginning of
               a beautiful friendship.

                    KENROY
               My thoughts exactly.

Kenroy is smiling as they walk towards the door.

EXT. DONNEEKIE'S APARTMENT - SUNNY DAY

Jake, Lenny and Donneekie are eating lunch on the Don's
patio.  Teresa, wearing a white pants suit and her hair fixed
nicely, is bringing the men a tray of orange juice.  She sets
it on the table.

                    TERESA
                  (to Donneekie)
               Anything else I could get you
               baby before I take Ms. Dizzy
               to buy some clothes?

EXHIBIT 2 - PG 69

58.

Teresa holds Donneekie's chin towards her and looks down at him in his chair.  She gives him a kiss.

> DONNEEKIE
> (smiles)
> Nah, baby, do your thing.
> Just get back before
> lovemaking time.

Teresa walks away smiling. She looks back.

> TERESA
> (sexy voice)
> I wouldn't miss it for the
> world.

Jake and Lenny look at Donneekie and smile.

INT./EXT. FIRST DOPE SPOT – AFTERNOON

Kenroy, dressed in brand new jeans and sneakers, is knocking at the door.

> DELROY
> Who is it?

> KENROY
> Who it look like, nigger?

Delroy peeps through the peephole, knowing the voice sounds familiar.  He sees Kenroy.  He starts smiling and unlocks the door.

> DELROY
> If it ain't my main man.
> Nigger, when you get out?

> KENROY
> (phony smile)
> Yesterday.

They hug and Delroy closes the door behind him.

> DELROY
> You should've told somebody.
> I would've picked you up.  Did
> you see the Don yet?

> KENROY
> Nah, he don't even know I'm
> home yet.

EXHIBIT 2 - PG 70

59.

                      DELROY
              Well, sit down, brother.  I'll
              beep him and put in 911.  Ah
              shit, man.  It's good to see
              you.

Delroy picks up the phone and starts dialing.

INT. DONNEEKIE'S APARTMENT - AFTERNOON

Donneekie's phone is ringing.  Teresa walks towards the door.
She stops and turns back towards the kitchen to pick up the
phone.  Donneekie picks up the patio phone.  Teresa hears the
phone stop ringing and turns back to the door.  Teresa starts
singing and puts one finger in the air, swinging it around.

                      TERESA
              Merry go round and round.

ANOTHER ANGLE - PATIO

                      DONNEEKIE
              Yeah, hello, who's this?

                      TWANDA (V.O.)
              It's me, boss.  You left your
              beeper at the office.  I heard
              it and figured you might be
              home.  Do you want the number?

                      DONNEEKIE
              Yeah, what is it?

                      TWANDA
              583-3916, 212 area code.  Oh
              yeah.  There's a 911 after it.

                      DONNEEKIE
              Alright.  Bye.

Donneekie hangs up the phone hard and turns to Jake and
Lenny.

                      DONNEEKIE (cont'd)
              There's a 911 call from the
              spot.

                      LENNY
              Which one?

                      DONNEEKIE
              The main one.  But we can't
              call from here.

EXHIBIT 2 - PG 71

60.

Jake jumps up, followed by Donneekie and Lenny.  They head to the door.

INT. FIRST DOPE SPOT - AFTERNOON

There's a knock at the door.  Delroy goes to answer it.

> DELROY
> Who is it?

> JOE JOE
> Me, boss.

Delroy opens the door.

> JOE JOE (cont'd)
> There's too much money
> upstairs, boss.  What do you
> want me to do with it?

The phone rings.  It's Donneekie.

> DELROY
> Leave it.  I'll get it in a
> minute.

Joe Joe leaves.  Delroy goes to answer the phone.

INT. NEW YORK STREET - CAR - AFTERNOON

Donneekie is on his car phone.

> DONNEEKIE
> What's going on over there?

> DELROY (V.O.)
> Someone wants to talk to you.

INT. FIRST DOPE SPOT - SAME TIME

Kenroy is on the phone.

> KENROY
> What's happening, brother?

> DONNEEKIE (V.O.)
> My motherfucking man.  When
> you get out?

> KENROY
> Yesterday.

EXHIBIT 2 - PG 72

61.

> DONNEEKIE (V.O.)
> Well, I'm two blocks away.
> Come outside.

> KENROY
> Alright.  See you in a minute.

INT. CAR - AFTERNOON

Donneekie hangs up the phone.

> DONNEEKIE
> (happy)
> That was Kenroy.  He got out
> yesterday.

> LENNY
> Word.  That's cool.  I know
> he's happy like a
> motherfucker.

> JAKE
> The nigger didn't even do a
> year.  Shit, anybody can do
> that in a shoebox.

EXT. FIRST DOPE SPOT - SUNNY AFTERNOON

Kenroy is standing in front of the building, watching the
customers across the street lined up buying Donneekie's dope.
Two guys pull up in a four-door car.  They double-park in the
street.  They walk up behind the sellers with guns out.
Kenroy, shocked, is just watching.

> ROBBER #4
> (to Seller)
> Turn around slowly.  You move
> fast, it's your ass,
> motherfucker.
> (to Robber #5)
> Get the money, Charlie.

Stick-up man #5 grabs a stack of money out of one of the
worker's hands.  There are three workers.  He pats the first
one down and takes a gun out of his waist.  Everybody has
their back to the street.  The customers are just watching.
Kenroy is about to go knock on the door of the spot, but he
notices Donneekie and the others pulling up behind the
double-parked car in the Mercedes Benz.

EXHIBIT 2 - PG 73

62.

INT. CAR – AFTERNOON

> DONNEEKIE
> We must've been sweet the
> first time.  Jake, y'all see
> this shit.

> JAKE
> Yeah, and I like what I see.

Donneekie's hand goes to a switch on the dashboard.  This is
not noticeable.  He switches a switch.

EXT. CAR – ANOTHER ANGLE

The back license plate moves to the side and another one
comes in place.

INT. CAR – ANOTHER ANGLE

Donneekie switches another hidden switch.  Panels under his
and Lenny's seat slide traps out under their legs, with nine
millimeter handguns on them.  Jake has his gun on him.
Robber #5 is up to the third seller, when Donneekie walks up
to the gunman from behind and puts the gun to his head.  Jake
and Lenny have the other stick-up man at gunpoint.

> DONNEEKIE
> (to Robber #4)
> Who is setting y'all up to rob
> this spot?
> (to customers)
> Y'all go to one of the other
> spots and cop.

They disperse quickly.

> ROBBER #4
> We're from out of town.  We
> copped here before.  We just
> needed some money.

Jake and Lenny look at the Don and wait for a cue.

> DONNEEKIE
> (to #4)
> Turn around so I can see your
> face.

As #4 turns around, he sees death in Donneekie's eyes.  As
Donneekie glances towards Lenny and Jake, #4 tries to raise
his gun.  Donneekie catches it from the side of his eye.  He
pulls the trigger three times, hitting #4 in the face before

EXHIBIT 2 - PG 74

63.

he hits the ground.  Jake and Lenny start pumping bullets
into the other stick-up man.  Money is all around Robber #4.

> DONNEEKIE
> (looking at #4)
> I never complained as long as
> I got the money I came for.

They walk fast to the car and jump in.  Jake signals to
Kenroy with his hand to come and get in.

> JAKE
> (smiles)
> Come on, Kenny boy.

Kenroy jumps in the car hesitatingly.  The car takes off,
making the green light.

INT. BOUTIQUE ON FIFTH AVENUE - AFTERNOON

Teresa and Charlet have five or six bags apiece in their
hands from other stores.  They are looking at clothes.

> TERESA
> I wonder if Donneekie would
> like this dress on me.

> CHARLET
> (jealous)
> The way he looks at you, he
> would like a garbage bag with
> you in it.

> TERESA (V.O.)
> (staring at dress)
> A good man is sure hard to
> find.  I'm glad he's mine.

INT. DONNEEKIE'S APARTMENT/LIVING ROOM - SUNDOWN

Donneekie is sitting on the couch talking to Kenroy, while
Jake and Lenny are making turkey and cheese sandwiches.

> DONNEEKIE
> So, you hook up with the
> connect, and I'll set you up
> with a block and show you how
> to fix up the dope.  Deal?

EXHIBIT 2 - PG 75

64.

                         KENROY
                    Yeah, but I hope I don't have
                    to be shooting people in the
                    head in broad daylight...I
                    never was strong in that
                    department.

Jake and Lenny come out of the kitchen with trays of
sandwiches.  They hear Kenroy.

                         JAKE
                    Well, don't worry, Kenny boy.
                    As long as you're alright with
                    the Don, I'll take care of all
                    your dirty work.

Lenny sits next to the Don and throws his arm around him.

                         LENNY
                         (smiles)
                    Well, it sounds like it's all
                    taken care of.

Kenroy reaches over to the phone.

                         KENROY
                    Donneekie, can I make the
                    call?

Teresa's keys open the door.  As she walks into the living
room, all eyes are on her and Charlet.

                         TERESA
                         (to Kenroy)
                    Long time no see, mister.
                    When did you get out?

                         KENROY
                    Yesterday.

                         DONNEEKIE
                         (to Teresa)
                    Baby, give him your portable
                    phone so he can make a call.

Teresa hands him the phone out of her pocketbook.  Kenroy
takes the phone and dials Johnny's restaurant.

                         KENROY
                    Hello.  May I speak to Mr.
                    Chin?

EXHIBIT 2 - PG 76

65.

                    CHINESE LADY (V.O.)
                  (Chinese accent)
           Who should I say is calling?

                    KENROY
           Kenroy.

The phone is silent for a BEAT.  Everyone is eating
sandwiches.  Charlet walks to the kitchen and comes back with
glasses and a big soda.  While Kenroy holds the phone,
Donneekie grabs Teresa and starts kissing her passionately.
Teresa enjoys it for a BEAT.  She pulls back.

                    TERESA
                  (smiles)
           Will you stop it?  We have
           company.

                    DONNEEKIE
           Oh, go ahead woman.  This is
           our family.  And you know you
           love it.

                    TERESA
                  (continues smiling)
           Damn, can't a girl play hard
           to get?  But I can't hold out
           no longer.

She leans into his arms fast and starts to kiss him
passionately.

Johnny comes to the phone.

                    JOHNNY (V.O.)
           Hello, Kenroy.

                    KENROY
           What's up, Johnny?  I talked
           with my friend and he wants us
           to have the birthday dinner at
           your restaurant.  He's anxious
           to try the beef fried
           tomatoes.

                    JOHNNY (V.O.)
           That's great.  How many should
           I expect for dinner?

                    KENROY
           Three.  Oh, but we might bring
           a guest or two.

EXHIBIT 2 - PG 77

66.

INT. CHINESE RESTAURANT - OFFICE - SUNDOWN

Johnny is on the phone, talking.

> JOHNNY
> I'll be waiting.

He hangs up the phone.  He presses a button on the desk.  An
oriental man comes in the door in a BEAT.

> JOHNNY
> Get three bricks ready.  We're
> having three for dinner.  So
> make your special beef fried
> tomatoes.

INT. DONNEEKIE'S APARTMENT - LIVING ROOM - EVENING

> KENROY
> (to Donneekie)
> Dinner will be served oriental
> style.  And it will be white.

Donneekie turns to Teresa.

> DONNEEKIE
> Honey, take Charlet to the
> guest and come back, please.

Teresa leads Charlet to the back.  Donneekie's beeper goes
off.  He looks at it.  Then he dials a number on the
apartment phone.

> SUANY (V.O.)
> Hello?

> DONNEEKIE
> I had a lovely dinner last
> night.  I'm kind of busy right
> now.  Can I call you in the
> morning?

INT. SUANY'S APARTMENT - BEDROOM - EVENING

> SUANY
> (smiles)
> Sure, Donneekie.  I just
> wanted to make sure my cooking
> didn't scare you away.

They both laugh.

EXHIBIT 2 - PG 78

67.

      DONNEEKIE (V.O.)
   You kidding me?  I'll be back
   for more...Talk to you
   tomorrow.

      SUANY
   Bye.

INT. DONNEEKIE'S APARTMENT/LIVING ROOM – SAME TIME

Teresa returns to the living room.  She stops and puts her
hands on her hips.

      TERESA
    (to Donneekie)
   What's next, baby?

      DONNEEKIE
   Go get $300,000 out.  We got
   business to take care of.
   Some people are expecting us
   for dinner and I'm hungry as
   hell.

Teresa turns and walks to their master bedroom.

INT. CHINESE RESTAURANT – OFFICE – EVENING

Johnny Chin is sitting in his office with three of his gang.
They are young men in their early 30's.

A fourth man comes in with three square packages and drops
them on the desk.

INT./EXT. CHINESE RESTAURANT – EVENING

Donneekie pulls up in the 560 Mercedes Benz.  Teresa is
sitting beside him, with Jake and Lenny in the back with
Kenroy.  The door man comes up to the car and opens the door
on Teresa's side.  She says thank you, but we don't hear
that.  The door man closes her door and walks around to the
driver's side, as everybody gets out of the car.  Donneekie
hands the door man the keys.  Kenroy has the briefcase full
of money.  As they walk in the restaurant, an oriental man
directs them to an elevator instead of straight into the
restaurant.  They get in and it goes down to another dining
area in the restaurant.  There are five plates set up for
dinner.  Three bodyguards are standing by.  Johnny Chin is
sitting at the table.  He rises.

      JOHNNY
   Welcome everyone.

Kenroy and Johnny shake hands.

EXHIBIT 2 - PG 79

68.

                    KENROY
          Johnny, I would like to
          introduce you to a friend of
          mine.  Johnny, this is
          Donneekie and his wife,
          Teresa.

Teresa smiles as Johnny and Donneekie shake hands.  Johnny
gives Teresa a slight bow.  Next to the dinner table, there
is another table with three packages on it.  Kenroy places
the suitcase with the money on that table.  Everyone is
relaxed.  Johnny gestures with his hand for them to have a
seat.

                    JOHNNY
          Please, be seated.
               (everyone sits)
          Shall we get down to business?

                    DONNEEKIE
          I hear you have china white
          heroin.  Pure.  At $100,000 a
          brick, which is 700 grams.
               (Johnny nods yes)
          Well, I'll take three if it's
          pure. My buddy right here will
          test it.
               (gestures towards Lenny)
          The $300,000 is right there.
          Your man can check it out.

One of Johnny Chin's bodyguards walks over to the suitcase on
the table.  Johnny gestures with a hand for him to go back.

                    JOHNNY
          This is our first deal
          together.  May I call you Don?

                    DONNEEKIE
               (laughs)
          Everybody else do.

                    JOHNNY
          We have to establish some kind
          of trust.  But I insist that
          you test the merchandise.
          Bolo, cut open a brick.

A very built oriental man pulls out a knife and sticks it
into one of the bricks.  A little white powder pours out.
Lenny takes out his chemist set and starts to walk over to
the heroin.

EXHIBIT 2 - PG 80

69.

> DONNEEKIE
> Hold up, Lenny.

Lenny stops in his tracks and turns to Donneekie.

> DONNEEKIE (cont'd)
> (smiles)
> I agree with Johnny.  We have
> to establish some kind of
> trust early in this
> relationship...if we're ever
> going to get married.

Everybody starts laughing.  Donneekie glances to Teresa.

> DONNEEKIE (cont'd)
> Bobo, you're going to have to
> empty the money on the table,
> though, because I want my
> briefcase.

Bolo walks over real quick and opens the suitcase, looks at
the stacked money and turns it over.  Johnny smiles, looking
at Bolo like he knows Donneekie is kidding.

> DONNEEKIE (cont'd)
> (smiling)
> Come on, Bolo, can't you take
> a joke?

Everyone starts laughing again, including Bolo.

INT. APARTMENT/KITCHEN AND LIVING ROOM - NIGHT

There are about 14 people in the apartment.  There is a long
table with heroin on it and a scale.  Jake and Lenny are
putting heroin on the scale.  They take it off and put it in
a blender.  In the background, you can see people in pairs of
two at little tables.  Some tables have a pile of dope and
people are putting a spoonful in bags.  Others are putting
tape on the bags and putting them in tens.  And putting the
tens in rubber bands.  At another table, people are wrapping
the bundles of tens into five bundles together in newspaper,
looking like a brick.  And at the last table, they are
putting eight bricks in the box the bags came in.  Then
wrapping that into newspaper, making it look like a bigger
brick.  Kenroy is walking around looking at this.

EXT. DOPE SPOT #1 - DAY

There are lines of customers more than usual.  They're out of
control trying to buy this new dope.  We see two workers with
bats trying to keep them in line and quiet.  AD LIB.  He
gestures with the bat like he is going to hit a man if the

EXHIBIT 2 - PG 81

70.

man doesn't get in line.  The man moves in line still
yelling, trying to buy his dope.

EXT. DOPE SPOT #2 - SAME TIME

There are no lines, just a mob of customers surrounding about
six sellers in an alley.  There are lookouts standing in the
street watching out for the police.  The customers are
pushing their money into the sellers' hands.  We hear the
customers yelling.  AD LIB.  The customer has one dollar
bills.

                    WORKER
                 (to customer)
             I only sell bricks.  You got
             to see the other pitcher for
             the bundles.  And none of us
             take singles.

INT. BUILDING - DOPE SPOT #3 - DAY

There's lines going from inside the hallway of the building
all the way up the stairs.  There are two different
apartments on the fifth floor. They're buying through a door.
Two workers are at the top of the steps with guns in their
hands.  One is on the main floor, the other is along the
stairs, trying to keep the noise down and people from
skipping each other. A guy comes in the building and opens up
a brown paper bag with money to one of the workers.  The
worker takes out a walkie-talkie and says something to the
worker up the stairs.

                    WORKER #1
             Big customer coming up.

                    WORKER #2 (V.O.)
             Copy.

The customer walks past the line as the other customers
stare.  AD LIB.

EXT. DOPE SPOT #1 - DAY

Jake and Lenny are walking out of the building with two guys
carrying army duffel bags full of money and put it in the
back of a Jeep Cherokee.  Jake and Lenny get in the front.
There is a guy standing by the building with a Mack 10 that
has a silencer on it in his hand, down by his leg.

INT. APARTMENT - DAY

Teresa and Charlet are with three young women, running stacks
of money through money counting machines and putting rubber
bands around them.  Everybody is half naked except Teresa and

EXHIBIT 2 - PG 82

71.

Charlet.  There's over a million dollars on the table.
Teresa has a Mack 10 lying close to her with a silencer on
it.

INT. DONNEEKIE'S APARTMENT/BEDROOM – DAY

Donneekie is in his bedroom, lying on his bed, talking to his
mom on the phone.

> DONNEEKIE
> So, how's everything, ma?  You
> been swimming today?

EXT. MOTHER'S HOUSE – BACKYARD POOL – DAY

> MOM
> The sun ain't hot enough
> today.  But I was in here
> yesterday.  That's for sure.
> You coming down here next
> weekend like you promised?

INT. DONNEEKIE'S APARTMENT/BEDROOM – DAY

> DONNEEKIE
> (laughing)
> By the will of God, I'll be
> there.  OK, ma?

> MOM (V.O.)
> Alright.  You should be out
> soon if you know what I mean.
> You can cross over, can't you?

> DONNEEKIE
> (straight face)
> OK, ma.  I'm working on it.
> Bye.

Donneekie hangs up the phone.  He just stares for a BEAT.
His beeper is going off.  He gets out of bed and walks over
to his jacket.  He removes his beeper and a portable phone.
He looks at the number.  And dials it.  The PHONE RINGS and
someone picks it up.

> JOE (V.O.)
> (Italian accent)
> Hello.  Joe's Pizza.

> DONNEEKIE
> Well I ain't call to order
> pizza.

EXHIBIT 2 - PG 83

72.

                    JOE (V.O.)
          Hey, Donneekie. What's
          happening?  I haven't heard
          from you in two months.  But I
          hear you're doing pretty good.

                    DONNEEKIE
               (sarcastically)
          Yeah, eating better pizza
          these days.  They don't cost
          as much either.

Donneekie's beeper is going off.  He picks it up and sees
Johnny Chin's number.  Joe is his old heroin supplier.

                    JOE (V.O.)
          Why don't you come on by and
          see me.  We can work it out.

                    DONNEEKIE
          With all due respect, that's a
          done deal, babe.  Got to go.
          Someone is on my other phone.

                    JOE (V.O.)
          Well, you know where I'm at if
          you need me.  Talk to you
          later.

Donneekie hears the phone go dead and he gets a dial tone.
He starts dialing Johnny Chin's portable phone.  Johnny picks
up the phone.

                    JOHNNY (V.O.)
          Hey, buddy, what's up?

                    DONNEEKIE
          I'm just here laying low.

                    JOHNNY (V.O.)
          Yeah.  How's Kenroy doing?

                    DONNEEKIE
          That 300 grams along with the
          $40,000 I gave him put him on.
          He been rolling months now.

                    JOHNNY (V.O.)
          You better watch these phones.

                    DONNEEKIE
          You know it's hard to buy
          portables.

EXHIBIT 2 - PG 84

73.

INT./EXT. JOE'S PIZZA SHOP - DAY

Two Italian men walk into the pizza shop.  They go straight
to the back.  Joe is at a table talking to another old
Italian man.  Joe is in his 50's.  The two men come in and
sit at the table.

>                    JOE
>                 (to the two men)
>          This is what I want you to do.
>          And remember this fucking
>          cocksucker Donneekie, he's
>          fucking wacko.  So don't miss.
>                 (makes gesture with hand)
>          Follow him from his studio and
>          shoot him in his fucking head.
>          But not in front of the
>          studio.

EXT. STUDIO - EVENING

Two men are watching Teresa and Donneekie get in the Benz
from their car.  They get in the Benz and pull off.  We see
the two hit men pull out behind them.

INT. PIZZA SHOP/BACK - LATER

We see Joe playing cards at a table with three other men.
Joe is smoking a cigar.  He looks at his watch.

EXT. DOWNTOWN MANHATTAN/MOVIE THEATER - NIGHT

Donneekie and Teresa come out of the theater with a crowd.
They are holding hands and talking.

>                    DONNEEKIE
>          The fucking bad guys always
>          get killed.

>                    TERESA
>          That's Hollywood, baby.

Two men come out of nowhere.  They are walking towards Teresa
and Donneekie fast from the back.  Teresa stops and lets
Donneekie's hand go to put on lipstick.  She LOOKS IN HER
MIRROR and she sees the men reaching for their weapons in
their waist behind her.

Teresa grabs Donneekie's hand and pulls him as she starts to
run.  The hit men, with guns drawn, start firing and running
as Teresa pulls Donneekie around a corner as the hit men
chase them around the corner with guns out.  Donneekie is
standing there with two nine millimeter guns pointed straight
at them.  Donneekie opens fire at point blank range, killing

EXHIBIT 2 - PG 85

74.

both of the hit men.  As their bodies hit the floor,
Donneekie looks at them for a BEAT.

> DONNEEKIE
> This ain't Hollywood.
> OR
> Suckers.  It was a camera
> shot.

Teresa backs up the Benz and hits the horn.  Donneekie jumps
in the passenger side as the car pulls off.  We see the
license plate in the back switch to another one.

INT. CAR - SAME TIME

> DONNEEKIE
> That Italian bastard.  That's
> how he wants to do it.  Bet.

Donneekie picks up the phone and starts dialing a number,
while Teresa just drives.

INT./EXT. JOE'S PIZZA SHOP - NIGHT

Joe is playing cards.  He looks at his watch again.  AD LIB.
The phone rings.  Joe picks it up.

> JOE
> Yeah.

> DONNEEKIE (V.O.)
> Yeah, Joe, I went to the
> movies tonight to see BLOWN
> AWAY.

EXT. DONNEEKIE'S APARTMENT/PATIO - NIGHT

Donneekie is talking on a portable to Joe, while Teresa is
holding another portable with Lenny on the line.  Donneekie
nods yes to Teresa.

> TERESA
> (to Lenny)
> I smell smoke.

INT./EXT. JOE'S PIZZA SHOP - SAME TIME

Lenny and Jake are in front of the pizza shop.  Lenny has the
phone.  Jake breaks the glass to the door of the pizza shop
and throws three grenades through the hole.  The grenades
roll to the back room where Joe and the men are playing
cards.

EXHIBIT 2 - PG 86

75.

Joe has the phone in his hand.  Joe and the men look at the
grenades on the floor.

EXT. PIZZA SHOP - SAME TIME

Jake and Lenny pull off with the window down and phone in
hand as the grenades go off.  We see the explosion.

EXT. DONNEEKIE'S APARTMENT/PATIO - SAME TIME

Donneekie and Teresa hear the explosion over the phone.

                    DONNEEKIE
                (smiles)
            Damn, them things are loud.

                    TERESA
                (smiles)
            Baby, I think the pizza is
            burnt.

They both start laughing as they hug.

EXT. NEW YORK STREET - AFTERNOON

There are two sellers standing by a lot.  There are customers
walking up to the other seller.  JAY turns after making the
sale and walks over to Kenroy in the car.

                    JAY
            What's up, boss?

                    KENROY
                (serious)
            Yo, we made $5,000 and it's
            only one o'clock in the
            afternoon.  I'm telling you,
            in a few weeks we'll be moving
            $50,000 a day.  'Cause we
            moving $20,000 a day now.

Kenroy glances at the customers approaching.

                    KENROY (cont'd)
            Keep up the good work.  You
            and Willie will be running the
            block for me.  Soon I'll get
            somebody else to be the
            pitcher.

                    JAY
            That's real fly, brother.
            Good looking out.

EXHIBIT 2 - PG 87

76.

Kenroy balls up his fist, and his and Jay's fists clash.
WILLIE, the other seller, walks up and he and Kenroy clash
fists.

> KENROY
> (points to Willie)
> Hip Willie to what I just
> said.  I got to go.

Kenroy pulls off.  He turns his car radio up.  We can hear it
as he goes down the block.

INT. DONNEEKIE'S APARTMENT/LIVING ROOM - AFTERNOON

Donneekie is dialing someone on the portable.  They answer.

> DONNEEKIE
> Hello?  Yeah, Johnny, meet me
> at the studio.  We'll talk
> then.

EXT. RECORDING STUDIO - AFTERNOON

Johnny Chin's 560 Benz is parked behind Donneekie's 560 Benz.

INT. STUDIO/DONNEEKIE'S OFFICE - SAME TIME

Donneekie is sitting behind his desk with his feet on top of
it.  Johnny is in front of the desk with his feet on top of
the desk, on the opposite side of the Don's.

INT./EXT. STUDIO - SAME TIME

Kenroy pulls up in his Audi. He goes into the studio.  The
only ones there are Johnny and Donneekie.  They don't hear
Kenroy come in.  He sees them in the office.  There is a
coffee machine on the side of the office.  Kenroy stops and
gets some coffee.  He hears Donneekie and Johnny talking.

> DONNEEKIE (O.S.)
> South Street seaport will be
> good.  Jake will send the same
> guy to buy as he did last
> time.

Kenroy's cup is almost full.

> JOHNNY (O.S.)
> That's cool.  I'll have Bolo
> meet him with the stuff
> tomorrow.

Kenroy is stirring the sugar and listening.

EXHIBIT 2 - PG 88

77.

                    DONNEEKIE
          Is one o'clock good for you?

                    JOHNNY
               (smiles)
          Shit, all the police should be
          still eating donuts and
          drinking coffee for lunch.

They start laughing as Kenroy opens the door.

                    KENROY
               (smiles)
          What's happening, fellers?

                    JOHNNY
          Just talking about the lazy
          pigs.

INT. 28TH PRECINCT POLICE STATION/CLASSROOM - AFTERNOON

The Captain is talking.  Everybody is standing in line,
listening.  Pete O'Brian and Henry Macoy are in the corner of
the second row.

                    CAPTAIN
          The mayor told the police
          commissioner that he wants a
          joint task force of DEA and
          two cops from every precinct
          in the five burroughs.  So we
          can stop the street
          distribution of china white
          heroin.  We all know that the
          name brand heroin die hard is
          a target for us with all those
          overdoses in our area.

O'Brian and Henry look at each other.  O'Brian puts his hand
over his chest, imitating a heart attack with his facial
expression.  Macoy taps him with an elbow to stop.

                    CAPTAIN (cont'd)
          So I want y'all on point out
          there.

EXT. PABLO'S COCAINE SPOT - EVENING

Kenroy pulls up and parks the Audi.  He gets out and walks
past some dealers selling cocaine to buyers.  He goes into
the building.

INT. PABLO'S COCAINE SPOT - LATER

EXHIBIT 2 - PG 89

78.

Kenroy is ringing Pablo's doorbell.  A GIRL comes and looks
through the peephole. She turns and says something to
someone.

                      GIRL
                (in Spanish)
            Pablo, there is a black guy at
            the door.

Pablo gets up and goes to look through the peephole.  He
opens the door as Kenroy walks in.

                    PABLO
            Oh, shit, Kenroy.  I didn't
            know you was out.  The Don is
            a large motherfucker, ain't
            he?  So what's up?  You
            should've been buying from me.
            You wouldn't have got busted
            that last time, God willing.

                    KENROY
            Yeah, well I'm here now.  You
            got an ounce of pure?

                    PABLO
             Yeah.  You still sniffing that
            shit?

A girls comes walking from the back, straight to the kitchen
carrying a tray, with only panties on.

                    KENROY
             Yeah, so don't give me no cut
            up shit.

Kenroy takes his coat off to sit down.  Pablo can see the .38
revolver as he removes his coat.  Pablo turns and reaches
under the couch and pulls out a shoebox full of cocaine.
There is a scale for small weights.  He puts a rock on it.
It weighs more than an ounce.  He gives it to Kenroy.

Kenroy pinches a piece off and crushes it.  He pulls out a
quilt and sniffs a long line.  He picks his head up and
sniffles.

                    KENROY
             This is good shit.  How much?

                    PABLO
             A coming home present.  Give
            me four hundred.

EXHIBIT 2 - PG 90

79.

                    KENROY
            Good looking out.

EXT. PABLO'S COCAINE SPOT/RAINING - EVENING

As Kenroy gets ready to put his key in the car door, two cops
approach with guns drawn.  It's O'Brian and Macoy.

                    O'BRIAN
            Hey, Kenroy, didn't know you
            got out.  Put your hands on
            the car and spread 'em.

The seller that was in front of the building when Kenroy came
in, runs in the building to tell Pablo, but we only see him
run in the building.

INT. 28TH PRECINCT/INTERROGATION ROOM - EVENING

Kenroy is sitting at a plain table, with the .38 and an ounce
of cocaine at the table.  Pete O'Brian has his foot on a
chair while Macoy plays the bad cop.

INT. SUANY'S APARTMENT/LIVING ROOM - EVENING

Suany and Donneekie have finished eating.  Suany is reaching
over Donneekie for his plate.  He grabs her arm and pulls her
closer to him.  They start kissing passionately.  Suany pulls
Donneekie up off the chair and leads him to her bedroom.  She
starts unbuttoning his shirt as he unzips her dress from the
back.  He is kissing her passionately.  He stops and takes
his shirt off as she unbuttons his pants.

INT. SUANY'S APARTMENT/BEDROOM - EVENING

Donneekie starts kissing her body, licking her breast with
his tongue.  They lay on the bed.  Suany starts to moan.

Donneekie licks further down her body to her vagina.  But all
we see is Suany's face and breast.  Suany is in heavy.  Her
eyes are almost closed.  Then she opens her eyes wide real
quick while she moans.

Suany turns him over on his back, sucking his chest nipples
and licking around his nipples.  She starts down towards his
penis.  But all we see is Donneekie's face and chest.  He is
in heaven.  Donneekie starts to shake.  Suany comes up,
sticking her tongue in his mouth.

                    SUANY
                (sexy voice)
            Not yet, baby.

EXHIBIT 2 - PG 91

80.

Suany gets on top of him.  She is feeling for his penis to insert it in her vagina.  But we don't see that.  She starts to ride him with her hair loose and flowing.  Donneekie leans up and starts to lick her breast. Suany starts to shake as she moans.

INT. 28TH PRECINCT/INTERROGATION ROOM - NIGHT

There's a glass of water in front of Kenroy, along with the cocaine and the gun.  O'Brian and Macoy are still there like vultures.

                    KENROY
                (sweating)
            Alright.  I don't know who is
            making the sale...But it's at
            one o'clock tomorrow
            afternoon.

The two cops look at each other and smile.  O'Brian takes a piece of cocaine off the rock and hands it to Kenroy, as Macoy removes the rest and the gun.

                    O'BRIAN
                (smiles)
            We'll be holding you until two
            o'clock tomorrow.  So take
            that with you to your cell.
            How do you like your eggs in
            the morning?  Don't worry if
            everything is legit, you'll be
            eating dinner at home tomorrow
            evening.

INT. MOVIE THEATER - NIGHT

Donneekie and Suany are sitting down watching the movie. Donneekie hands her his soda and gets up to go to the bathroom.

                    DONNEEKIE
            Hold this, baby.  I have to go
            to the bathroom.

Suany takes the soda.  As Donneekie is making his way out of the aisle, Big Red and three of his men see Donneekie.

                    BIG RED
            There goes that tough
            motherfucker who's fucking up
            my money.  Terrance and Tough
            Tony, y'all go take him out.

EXHIBIT 2 - PG 92

81.

As Tough Tony and Terrance get ready to go pursue Donneekie, ALLEN, still sitting with Big Red, grabs Tony's arm.

                          ALLEN
                      (to Tony)
                  Use my silencer.

Allen hands Tony a gun with a silencer on it.

INT. MOVIE THEATER - BATHROOM

Donneekie is washing his hands at a sink in front of a mirror.

ANOTHER ANGLE: OUTSIDE BATHROOM

Tough Tony and Terrance push the bathroom door open and walk in.  They look at Donneekie going to dry his hands under an automatic dryer.  Donneekie looks at them through the mirror while they are looking directly at him.  Donneekie senses something but doesn't act.  Both men go into the stalls with doors on them.  They close the doors.  Donneekie hears a CLICK of a gun hammer and notices the stall door coming open. He is alarmed and moves to the stall as Tony comes out aiming the gun first.  He grabs Tony's hand and pulls it up as Terrance is coming out of the other stall with his gun out. Donneekie points the gun in hand at Terrance and squeezes Tony's trigger finger.  Three bullets hit Terrance in the chest.  Donneekie twists Tony's arm and flips him.  Tony releases the gun in the Don's hand as his arm breaks. Donneekie shoots him in the head.

                          DONNEEKIE
                      (to Tony)
                  You got to clean up your act.

Donneekie tucks the silencer away and leaves the bathroom.

ANOTHER ANGLE:

Suany is watching the movie and drinking the soda.  Donneekie comes over to her.

                          DONNEEKIE
                  Baby, I feel sick.  Do you
                  mind if we leave?

                          SUANY
                  Of course not.  We'll come
                  back another time.

As Suany gets up and they are leaving the screen area, Big Red and Allen watch them.

EXHIBIT 2 - PG 93

82.

                    BIG RED
                  (to Allen)
          I wonder why the fuck he is
          still walking.

                    ALLEN
          Beats me.  Let me go check
          this shit out.

Allen walks at a distance behind Donneekie and Suany.  By the
time Donneekie and Suany are in the lobby, we hear a white m
an scream.  Allen gets to the bathroom to see the white man
looking at Tony, with Terrance not far away.  They are both
dead.  A BEAT later, Big Red walks up to the bathroom looking
over Allen's shoulder.

INT./EXT. SOUTH STREET SEAPORT/UNDER BRIDGE - AFTERNOON

Donneekie and Johnny Chin's cars are back to back.  They are
parked by the South Street Seaport, about three blocks from
where the $2 million sale is supposed to take place.  Johnny
pulls out two binoculars and hands one to Donneekie.
Donneekie looks at his watch.  We can see that it's one
o'clock.  At this time, we see a station wagon pull up three
blocks away at the South Street Seaport.

A few seconds later, we see a Honda pulling up and parking
parallel to the wagon.  Bolo walks to the station wagon and
opens the back door. He puts the duffel bag in.  Tyrone
drives the wagon and glances around.  He hands Bolo a half-
filled duffel bag.

EXT. SOUTH STREET SEAPORT/UNDER BRIDGE - SAME TIME

Detectives O'Brian and Macoy are about five blocks in the
opposite direction from the sale, and eight blocks from
Donneekie and Johnny.  Detective Macoy, looking through
binoculars, taps O'Brian.

                    MACOY
             It's a go.  Move in.

O'Brian picks up the walkie talkie and speaks into it.

                    O'BRIAN
             It's a go.  All cars move in.

ANOTHER ANGLE

Bolo is opening the car door to the Honda.  As the throws the
duffel bag in and starts to put his foot in the car, he sees
unmarked cars with sirens on top pulling up from everywhere.
Tyrone puts the wagon in reverse.  He slams into two cop cars
blocking the way.  Bolo gets out of the car and runs to the

EXHIBIT 2 - PG 94

83.

East River with the duffel bag and dives in.  A police boat
is driving towards the pier.  A helicopter comes out of
nowhere with Police written all over it.

ANOTHER ANGLE

Donneekie turns and looks at Johnny.  Johnny reaches for his
gun.  Donneekie reaches too.  They both have their guns drawn
on each other.

> JOHNNY
> (mad as hell)
> What the fuck is going on,
> Donneekie?  What kind of
> bullshit is this?

> DONNEEKIE
> (mad as hell)
> You tell me.  I'm losing two
> million dollars right this
> fucking minute.

> JOHNNY
> We were the only ones that
> knew the time and place.  We
> was alone in your office.  Is
> your fucking office bugged?

Johnny lowers his gun.  Donneekie does the same.

> DONNEEKIE
> If that was the case, we would
> be getting locked up, too,
> because in my office I told
> you to meet me five minutes
> earlier here.

Johnny puts his gun away.  Donneekie does the same.

> DONNEEKIE                      JOHNNY
>
>  Kenroy.                              Kenroy.

> DONNEEKIE
> Call me on my fucking car
> phone.  I'm getting the fuck
> out of here.

Donneekie and Johnny turn and jump into their cars and drive
off.

EXHIBIT 2 - PG 95

84.

ANOTHER ANGLE

The cops have a soaking wet Bolo handcuffed and leaning against an unmarked car. Tyrone is on the floor next to a police car. Officer O'Brian has the bricks of heroin turned out on the floor, while a cameraman is taking pictures of it and the money in the duffel bag wide open.

INT./EXT. DONNEEKIE'S CAR - AFTERNOON

Donneekie is driving and talking to Johnny on the phone. He's speaking through the intercom. They're both mad.

> JOHNNY (V.O.)
> So he's your fucking friend.

> DONNEEKIE
> Your father is the one who
> brought him in.

INT./EXT. JOHNNY'S CAR - AFTERNOON

Johnny is driving and speaking through his phone intercom.

> JOHNNY
> Listen, I want that piece of
> shit.

> DONNEEKIE (V.O.)
> As soon as I find him, I'll
> hold him until we're together,
> right?

> JOHNNY
> That's exactly what I want.
> So don't do nothing stupid.

> DONNEEKIE (V.O.)
> I'll try and restrain myself.
> Call me at my house tonight.
> Bye.

INT./EXT. DONNEEKIE'S CAR - AFTERNOON

> DONNEEKIE (V.O.)
> (tear falls)
> I got to get out of this
> fucking shitty business.

EXT. SOUTH STREET SEAPORT - AFTERNOON

News reporters are there. They start getting up to go live.

EXHIBIT 2 - PG 96

85.

INT. DONNEEKIE'S APARTMENT - AFTERNOON

Teresa is watching a soap opera on Channel 7 and eating.  A
special bulletin appears.  A MAN REPORTER comes on the TV.

> REPORTER
> We have just received a
> special news bulletin at the
> station.  There has been a
> drug bust at the South Street
> Seaport for millions of
> dollars worth of heroin and
> money.

Teresa chokes, spitting up the food in her mouth.

> REPORTER (cont'd)
> We are going now to our on-
> the-scene reporter, Thelma
> Thomas.

A lady with a microphone appears on the screen.

> LADY REPORTER
> I'm live at the scene where it
> appears to be a big sale of
> china white heroin.  From the
> assassins to an Afro American,
> cutting out the Italians.
> There's bricks of heroin right
> here.
> (points to heroin
> and money)
> We are not fully aware of the
> situation.  The mayor is going
> to give a speech at city hall
> tonight.  There have been
> recent complaints about an
> overabundance of china white
> heroin on the streets of New
> York.  City hall vows they'll
> be cleaning it all up.  And I
> think this shipment will be a
> start of the sweep on china
> white heroin.  I'm Thelma
> Thomas coming to you live from
> the scene.

She smiles slightly.

INT./EXT. DONNEEKIE'S CAR - AFTERNOON

Donneekie is calling his house on the car phone.  Teresa
picks up.

EXHIBIT 2 - PG 97

86.

                    TERESA (V.O.)
          Boo, you alright?

                    DONNEEKIE
          Yeah, baby, I'm just mad as
          hell.  Beep Lenny and Jake.
          If they don't know what
          happened, hip them.  How did
          you find out?

                    TERESA (V.O.)
          It's all on the news.

                    DONNEEKIE
          I'm almost home.  Tell them we
          think Kenroy is responsible.
          If they find him, don't let
          him out of their sight.  But
          don't alarm him either.  I'll
          see you in a minute.

INT. 28TH PRECINCT/CELL - AFTERNOON

Kenroy is sleeping on a bench.  Detective O'Brian comes to
Kenroy's cell with a tray.  He opens the cell smiling.  The
tray has eggs and steak on it, with orange juice and a
flower.

                    O'BRIAN
                 (sarcastically)
          Me and my partner can't thank
          you enough.

                    KENROY
          So when the fuck can I get out
          of here?

O'Brian hands him the tray, but he just looks at him.

                    O'BRIAN
          After you eat or before.  It
          don't make a difference to me.

Kenroy walks past the tray.

                    O'BRIAN (cont'd)
          Hey, Kenroy.  Wait.

Kenroy stops and looks back.  O'Brian hands him a card.  He
doesn't take it.  He just looks at him.

EXHIBIT 2 - PG 98

87.

                  O'BRIAN (cont'd)
           The tip was real good.  If you
           need some money or anything,
           just call.

                  KENROY
             (with an attitude)
           Can I go now?

O'Brian nods yes.  Kenroy walks away.

INT. KENROY'S APARTMENT - SAME TIME

Jake and Lenny are at Kenroy's place.  Jake is ringing the
bell.

                  JAKE
           Ain't nobody there.  We'll try
           later.

INT. DONNEEKIE'S APARTMENT/LIVING ROOM - EVENING

There are about twenty guys in Donneekie's living room,
including Teresa, Jake and Lenny.  Charlet comes out with a
tray of food and puts it in front of Donneekie on the table.

                DONNEEKIE
            (to Charlet)
           Thanks.

Charlet leaves the room and goes towards a guest room.

                DONNEEKIE
           I want y'all to comb through
           all the nightclubs and bars.
           Kenroy is bound to show up
           somewhere, sniffing that shit.

A guy in the crowd speaks.

                DANNY
           Suppose we catch him and he's
           getting ready to skip town?

                DONNEEKIE
           Then I'll take that to be an
           admittance of guilt.

Another one of the guys starts to speak.

                GREEN EYES
           So then it's alright to rip
           the dirty motherfucker's
           tongue out?

EXHIBIT 2 - PG 99

88.

                    DONNEEKIE
          No, I need him alive.  No
          matter what happens, I need
          him alive.

INT. COLLEGE/SOCIOLOGY CLASS - MORNING

Professor Collins is asking questions to the class.
Donneekie is leaning his head down on the desk.

                    MS. COLLINS
          How about you, Mr. Brown.  Mr.
          Brown, wake up.

Donneekie picks his head up.

                    DONNEEKIE
          What was that?  I didn't hear
          the question.

                    MS. COLLINS
          Give me a solution to
          society's problems.

                    DONNEEKIE
          Make everybody rich.

The class starts laughing as Ms. Collins smiles.  Donneekie
puts his head back down.

                    MS. COLLINS
          Come on, Donneekie.  I can't
          let you get off that easy.
          You know how much I love your
          theories.

Donneekie picks his head back up.  The whole class is looking
and waiting for his reply as usual.

                    DONNEEKIE
          Well, if everybody was rich
          there wouldn't be this theory
          of some people that they are
          better than others.  There
          wouldn't be so much hate,
          because everybody would be
          trying to have fun spending
          their money, not to mention
          crimes.  Because a lot of
          crime comes from people being
          hungry or bored.

EXHIBIT 2 - PG 100

89.

                    MS. COLLINS
                         (smiles)
                    That's somewhat true.  I knew
                    I need to wake you to help
                    stimulate this class.  But I
                    saw on the news yesterday
                    night a drug bust down at the
                    South Street Seaport.

Donneekie's eyes are wide awake at the thought.

                    MS. COLLINS (cont'd)
                         (curious look)
                    Somehow I don't think those
                    guys they arrested with all
                    that money and drugs were
                    hungry.

                    DONNEEKIE
                         (serious expression)
                    I bet they were when they
                    first started, but then it
                    probably became like a drug to
                    them.  They got addicted to
                    the money.

The bell rings.  Donneekie grabs his books and bag.

INT. COLLEGE HALLWAY - MORNING

Donneekie is walking down the hall towards Suany's class.  As
he gets close, she comes out of the door.  She sees him, they
start smiling.  They come together and Suany throws her arms
around his shoulders and gives him a kiss.  Donneekie is
still a little sleepy.

                    SUANY
                    It looks like you're not
                    getting enough sleep.  Gosh,
                    Donneekie, I respect your
                    private life, but you need to
                    take care of yourself.
                         (smiles)
                    Or let me take care of you.
                    You never take me to your
                    apartment.  And I've been to
                    your studio a few times.

                    DONNEEKIE
                    Not again, baby.  Can we talk
                    about this another time?
                    Please?

Suany smiles and takes her arms from around him.

EXHIBIT 2 - PG 101

90.

                    SUANY
          Whatever you say, baby.
          You're the man.

                    DONNEEKIE
          Listen, baby.  I want you to
          take over the account position
          for the distribution of
          records and I'll move Twanda
          to just the accounts for the
          studio.

                    SUANY
          Why?  Everything is alright,
          isn't it?

                    DONNEEKIE
          Yeah, but the company in
          London is booming so much.  I
          don't think Twanda can handle
          it all.

They turn around and start walking together.  Donneekie
pinches Suany's butt.  She smiles.

                    SUANY
          Ouch.  Maybe we should duck
          into one of these broom
          closets or something.

INT. KENROY'S APARTMENT/BATHROOM - MORNING

Kenroy is coming out of the shower.  He grabs a towel and
dries off.  Someone is ringing his doorbell.  Kenroy throws
his robe on.  He walks to his door and just opens it.  As he
is pulling the door open, he feels pressure on the door.  The
door is pushing him back.

                    KENROY
          What the fuck is this?

Kenroy sees guns in his face.  Five DEA agents walk in.
They're in street clothes.

                    JOHNSON
          I'm Oscar Johnson, DEA, and
          this is my partner, David
          Torres.

                    TORRES
               (sarcastically)
          Young man, we have to talk.
          There is some serious heroin
          around town.

EXHIBIT 2 - PG 102

91.

                    KENROY
          I told O'Brian and Macoy
          everything I know.

Oscar Johnson grabs Kenroy roughly.

                    JOHNSON
          Listen, punk, I don't got no
          time for this shit.  Either
          you gonna tell us what you
          know or I'll leak you name to
          the street as the snitch
          responsible for the South
          Street Seaport bust.

Oscar Johnson pushes Kenroy back and gestures to his partner
for them to leave.

                    JOHNSON (cont'd)
          Come on, David, let's move
          out, fellers.  Fuck this piece
          of shit.

As they all turn their backs heading towards the door,
Johnson takes one look back.  The agents stop and turn
around.

                    KENROY
               (about to cry)
          All I heard in a bar was a guy
          they called the Don was buying
          the heroin.  Don't do this
          shit to me.  I don't know
          nothing else.

Agent TORRES walks over to Kenroy.

                    TORRES
          Alright, relax.  We're going
          to take that lead.  Here's my
          card.  Don't leave town.
          We'll be in touch and if you
          get any more information, call
          us.

                    JOHNSON
          If I find out you bullshitted
          me, you'll wish you was in
          jail.

All the agents start towards the door.

INT. RESTAURANT - AFTERNOON

EXHIBIT 2 - PG 103

92.

Donneekie and Suany are finishing their food.  Donneekie is
acting funny, like he wants to tell her something.

                    SUANY
            What's up, baby?  You've been
            acting strange all morning.

                    DONNEEKIE
            It ain't nothing.  I just got
            some bad news yesterday.
            Something happened to a
            brother that I told you is
            partially responsible for me
            winning the lawsuit that got
            me the money for the studio.

                    SUANY
            I'm sorry, baby.  You want to
            talk about it?

Suany reaches her hand out and holds Donneekie's chin gently.

                    DONNEEKIE
                (stares in her eyes)
            Maybe later, okay baby?
            Later.

INT. DEA HEADQUARTERS - MANHATTAN - AFTERNOON

There are two different interrogation rooms.  Bolo is in one.
And Tyrone is in another.  Agent Johnson is with Bolo and
Torres is with Tyrone.

INT. INTERROGATION ROOM - SAME TIME

Tyrone is smoking a cigarette with his feet on the table.
David Torres is annoyed with his arrogance.

                    TORRES
            Look, motherfucker, you could
            do twenty years.  I don't give
            a fuck.  So keep playing tough
            guy.

                    TYRONE
                (smiles)
            So why don't you just go on
            home?

EXHIBIT 2 - PG 104

93.

                    TORRES
            You little piece of shit.
            I'll just get you the
            sentencing guidelines for
            heroin and see if you still a
            bad ass.

INT. INTERROGATION ROOM - AFTERNOON

Agent Johnson is getting nowhere with Bolo.  Bolo is drinking
coffee.  The agent is leaning against the wall, trying to
figure Bolo out.

                    JOHNSON
            You're looking at forty years.
            You can tell us who it's for
            and we'll see to it you get
            five years.  Just tell us who
            the fuck is the Don.  That's
            all.

                    BOLO
                (in Chinese)
            Your mother.

Bolo starts to laugh.

INT. INTERROGATION ROOM - LATER

                    TORRES
            Listen, all you have to tell
            me is who is the Don.  Because
            we already know he was the one
            you was buying the heroin for.

                    TYRONE (V.O.)
                (smiles)
            Your mama.

Tyrone starts laughing.  Agent Torres leaves the room.  He
goes in the room next door.  He signals Johnson to come
outside.  They go outside the room.

                    TORRES
            Piece a shit won't budget.
            What about yours?

                    JOHNSON
            Motherfucker speaks English
            when he wants coffee.  And
            laughs all the fucking time.

EXHIBIT 2 - PG 105

94.

                    TORRES
          Looks like we gotta hit the
          street.

                    JOHNSON
          Let's get the fuck outta here.

Johnson turns to the agents sitting at a desk close by the
rooms.

                    JOHNSON (cont'd)
          Take these assholes back to
          their cells.

Johnson and Torres start walking down the hall.

INT. GAMBLING SPOT - GAMBLING TABLES - EVENING

Big Red is at a craps table.  He's rolling the dice. He's
losing money and frustrated.  A GIRL walks through the
crowded tables and taps him on the shoulders.  She's
gorgeous.  AD LIB.

                    BIG RED
                    (angry)
          Go away.  Can't you see I'm
          losing money?

The girl walks away.  Big Red rolls the dice down the table.
It's two aces.  He loses.

                    BIG RED (cont'd)
                    (to the table manager)
          That bitch, where she at?  I
          should shoot that bitch up
          with battery acid.  Gimme the
          dice.

The table manager rolls the dice back to him.

                    BIG RED (cont'd)
          Can't sell no dope.  Bet 2,000
          more.  Can't win no money.
          What the fuck is going on?

INT. DONNEEKIE'S APARTMENT/BEDROOM - NIGHT

Teresa is lying in bed watching the news on TV.

EXHIBIT 2 - PG 106

95.

                    MAYOR (V.O.)
            Besides the commendations
            these gentlemen have received
            over the past days, I would
            like to make them the first
            two policemen to be a part of
            the joint task force with DEA.

We hear APPLAUSE, but we don't see the screen.

                    MAYOR (V.O.) (cont'd)
            Because of their zealousness,
            we have a lead into the china
            white heroin trade in this
            city.

ANOTHER ANGLE

                    TERESA
            Donneekie, come quick, baby.
            Come.

Donneekie comes out of the bathroom with a towel around him.
He looks at the TV.

        DONNEEKIE                         MAYOR (V.O.)
    Those beat walking            The South Street Seaport
    motherfuckers.  They musta    bust is entirely their
    busted Kenroy.  They from     professional work.  Law
    the 28th precinct, baby,      enforcement has got a new
    on Eighth Avenue.             name.  Batman and Robin.

We hear APPLAUSE again but we don't see it.  A commercial
comes on, but Teresa cuts the TV off and turns the CD player
on with the remote control.  Beautiful love music comes on.

                    TERESA
                    (smiles)
            Fuck that, bring your fine ass
            onto this bed.

Teresa removes the covers, revealing gorgeous shaped legs in
a short silk negligee, gesturing to Donneekie with her index
finger to come to her.  As Donneekie walks over to the bed,
he drops the towel.  He climbs into bed.  They start to kiss
passionately.

Donneekie starts to pull her negligee over her head.  She
raises her arms.  When it is off, Donneekie throws it to the
side of the room.

Donneekie starts sucking Teresa's neck on down to her
breasts.  Teresa closes her eyes and moans.  Donneekie licks
her body all the way down to her vagina.  But all we can see

EXHIBIT 2 - PG 107

96.

is Teresa's face, in ecstasy.  She is gasping for air.
Donneekie comes up licking her breasts and squeezing them.
Teresa rolls Donneekie over on his back.  She sticks her
tongue out on his chest and drags it around his nipples.

Donneekie leans over to her ear.  He sticks his tongue in her
ear.

>                    DONNEEKIE
>                   (soft voice)
>          You know I love you.

Teresa drags her tongue around his nipples.

>                    TERESA
>          I know.

A tear runs down Teresa's cheek and falls on his stomach.
She licks it up.

You can see Teresa licking down his body to his pants.  But
we lose sight of her head when she passes his navel.
Donneekie's eyes are in a dreamy state, closed.  They open
wide as he speaks quietly.

>                    DONNEEKIE
>                   (squirming)
>          Ah, ah...ah, ah, ah, ah.  Ah,
>          ah...ah, ah, ah, ah.

Donneekie starts to shake and reaches for Teresa's shoulder.
She comes up looking at him with dreamy eyes.  She sits up.
We can tell she is fumbling for his penis with her hand.  She
inserts his penis, but we don't see that.  She starts moving
in a riding motion.  Donneekie leans up.  Teresa is looking
dead in his eyes and riding him.

Donneekie has his hand in her hair.  Teresa watches him.  She
starts to reach an orgasm.  She starts clutching Donneekie
around the shoulders.  She sticks her tongue all in his
mouth.  Licking his face.  She starts to shake.

A tear runs down her cheek as Donneekie reaches his climax
and clutches her while shaking.  They both are shaking and
clutching each other and staring in each other's face.

INT. DONNEEKIE'S APARTMENT - BEDROOM - MORNING

Teresa comes into the bedroom with a tray of breakfast.
Donneekie is still asleep.  But he feels her climb on the bed
and turns and opens his eyes.

EXHIBIT 2 - PG 108

97.

                    TERESA
                 (smiles)
            Wake up, Mr. Brown.  You're
            alive to see another day.  God
            is the greatest.

As Donneekie sits up in bed, Teresa places the tray over his
legs.

                    TERESA (cont'd)
                 (smiles)
            I'm glad you opened your eyes.
            I almost thought I killed you.

Donneekie smiles and touches her face with his hand.  Teresa
sticks her tongue out, licking the middle of his hand.  He
lets go.

Teresa smiles and speaks to him in a sexy voice.

                    TERESA (cont'd)
            You act like you want some
            more.

Donneekie laughs.  Then he points to the food.  The tray is
right on top of the cover where his penis is.

                    DONNEEKIE
            Don't you think I should get
            some energy first?

                    TERESA
                 (smiles)
            You talking about the tray or
            what's under the tray?

Donneekie gives her a half smile as they stare at each other
for a beat.  They both start to laugh as Donneekie shakes his
head from left to right.

EXT. NEW YORK STREET/CLUB - MORNING

Kenroy is coming out of Club Fagazzies.  He's been sniffing
cocaine all night and drinking Jack Daniels.  Jake is looking
for Kenroy.  He is exhausted from going from club to club all
night.  Jake's car pulls right up in front of the club while
Kenroy is walking towards his car.  Jake gets out and walks
up to Kenroy.

                    JAKE
                 (to himself)
            My all-nighter has paid off.

Jake rolls down his car window.

EXHIBIT 2 - PG 109

98.

                         JAKE (cont'd)
                       (to Kenroy)
                  What's up, Kenroy?  Let's go
                  get some breakfast.  You
                  shouldn't be driving the way
                  you look, brother.

Kenroy is shocked to see him.

                         KENROY
                  Hey, Jake, what's up?  Nah,
                  I'm cool.  I'm cool.

                         JAKE
                       (smiles)
                  Look at you, cool.

Jake gets out of the car and snatches the keys from Kenroy's
hands gently.  Kenroy looks up, alarmed.

                         JAKE (cont'd)
                  Friends don't let friends
                  drive drunk.

Jake leads him with one hand on his shoulder to his car.

                         JAKE (cont'd)
                  Get in.  We'll have some
                  breakfast.  If you eat all
                  your food, you'll sober up.

Kenroy gets into the passenger side.  Jake goes around and
into the driver's side.  Kenroy looks back at his car.

INT. RESTAURANT/TABLE - MORNING

Jake and Kenroy are at a table facing the street.  The
WAITRESS walks up with a receipt book in hand.

                         WAITRESS
                  Can I take your order?

                         JAKE
                  We'll have two waffles and
                  eggs.  With two glasses of
                  orange juice.

The waitress walks off smiling at Jake.  Jake turns to
Kenroy.

                         JAKE
                  I got to go take a leak.

EXHIBIT 2 - PG 110

99.

Jake gets up and goes to the bathroom.  There is a pay phone
next to the bathroom.  The bathroom is out of sight from
where they are sitting.  Kenroy doesn't think Jake suspects
anything.  Jake gets on the phone and dials a number.  He
looks around for Kenroy.

INT. DONNEEKIE'S APARTMENT/BATHROOM - MORNING

Donneekie is drying Teresa's back off with a towel.  They
just came out of the shower.  Teresa turns her head towards
Donneekie.

                    TERESA
               Damn, baby, I didn't know you
               had that much energy in you.

                    DONNEEKIE
               I told you all I needed was to
               get some more energy.  I'm the
               real Superman.

Donneekie puts one arm in the air and makes a muscle.  The
phone next to them starts to RING.  Donneekie picks it up.

                    DONNEEKIE
               Hello?

                    JAKE (V.O.)
                 (speaking fast)
               Donneekie, I got Kenroy with
               me.

                    DONNEEKIE
               Where are you at?

                    JAKE (V.O.)
               We're in Peter Pan's
               restaurant.

                    DONNEEKIE
               Keep him right there.  Does he
               think we suspect him?

                    JAKE (V.O.)
               No.

                    DONNEEKIE
               Good.  Keep it like that.  And
               don't let him know I'm coming.
               I'm on my way.

Donneekie hangs up the phone and dials Johnny.

EXHIBIT 2 - PG 111

100.

                   DONNEEKIE
           Teresa, go get my clothes and
           bring them to me, please.  And
           get dressed.

Someone answers the phone.

                  FEMALE (V.O.)
             (Chinese accent)
           Hello?

                   DONNEEKIE
           Hello, may I speak to Johnny?
           Quick, it's an emergency.

INT. JOHNNY CHIN'S RESTAURANT/BEDROOM - MORNING

Johnny Chin is lying in bed with a gorgeous Chinese girl.
She hands him the phone.  And gets out of the bed with only
panties on.

                   JOHNNY
             (sounding sleepy)
           Hello?  Who is it?

                 DONNEEKIE (V.O.)
           Wake up.  I found him.

                   JOHNNY
           Donneekie?

                 DONNEEKIE (V.O.)
           Yeah.  Can you meet me on
           125th Street and Second Avenue
           in fifteen minutes?

                   JOHNNY
           What time is it?

                 DONNEEKIE (V.O.)
           It's ten o'clock.

                   JOHNNY
           Yeah, there shouldn't be no
           traffic.  I'm on my way.

                 DONNEEKIE (V.O.)
           I'll be parked in the gas
           station.

INT./EXT. PETER PAN'S RESTAURANT - CAR - LATER

Donneekie is looking through the big window at Kenroy and
Jake.

EXHIBIT 2 - PG 112

101.

                          DONNEEKIE
                     (to Teresa)
               Come on, baby.  Let's go get
               this piece of shit.

                          TERESA
               I'm with you, baby.

They both reach for their doors and get out.  Jake notices
the car first.  Donneekie and Teresa act like they are
walking to the phone on the corner.

INT. PETER PAN RESTAURANT - MORNING

Jake taps Kenroy.

                         JAKE
               Yo, there go Donneekie and
               Teresa.

Jake gets up and walks to the entrance of the restaurant
outside.

                         JAKE
                     (yelling)
               Yo, Donneekie, over here.

Donneekie glances around as if he doesn't know exactly where
the voice is coming from.  Then he looks.  Donneekie and
Teresa cross the street to the restaurant.  They walk in
together.  As soon as they get in front of Kenroy, they start
talking.

                        DONNEEKIE
                     (to Jake)
               I was just getting reach to
               beep you and Lenny.  Johnny
               wants you to meet with him in
               twenty minutes so we can talk.
               I figure it's best to go,
               right?

                         JAKE
               I could dig it.  Me and
               Kenroy, we'll go with you.
               Who knows where Lenny is right
               now.

                        DONNEEKIE
               Kenroy, I ain't seen you in a
               couple of days.  Where you
               been?

EXHIBIT 2 - PG 113

102.

                KENROY
Oh, I had a cold.  I just got
over it yesterday thoroughly.
So you know I went out to
party a bit.

                DONNEEKIE
    (smiles)
You look like you partied
enough to last you for the
rest of your life.

                KENROY
Yeah, I did my thing.

Kenroy still doesn't realize anything.

                DONNEEKIE
Come on, y'all, let's get
outta here.

EXT. 125TH STREET AND 2ND AVENUE GAS STATION - MORNING

Donneekie is pulling into the station and parking his car.
As soon as he gets parked, Johnny comes driving up from the
East River Drive.  He pulls up towards Donneekie.  Donneekie
brings down the window.

                DONNEEKIE
    (to Johnny)
Follow me.

Donneekie pulls off driving over the Triborough Bridge.
Johnny has two Oriental men with him.  This doesn't alarm
Kenroy because he knows them.

While driving across the bridge, Donneekie's beeper goes off.
Teresa takes it and looks at the code.  She knows it's Lenny.
She doesn't say anything.  She just dials the number on the
car phone and hands the phone to Donneekie.  Lenny answers
the phone.

                LENNY
Yo.

                DONNEEKIE
What's up?

EXHIBIT 2 - PG 114

103.

                LENNY
        Pablo sent somebody to the
        spot to beep me.  He wanted to
        know is Kenroy cool. He said
        Kenroy got busted coming out
        of his spot with an ounce of
        cocaine and a gun.  And he was
        worried about him.

                DONNEEKIE
        He's with me now.

                LENNY (V.O.)
        Word.  Where you at?

                DONNEEKIE
        Don't worry.  Everything is
        alright.  I'll see you a
        little later.

                LENNY (V.O.)
        Alright.  Later.

Donneekie hangs up the phone.

As the car drives, Kenroy is listening to Donneekie's phone
conversation.  Kenroy starts being suspicious. He starts
flashing back in his mind from his initial meeting with Jake,
to going in the restaurant, then Jake saying he's going to
take a leak.  While hearing the word bathroom, the picture in
his mind comes to focus and he sees the phone.  He then
pictures the five-minute drive from the Don's apartment to
the restaurant.  Which equals the time it took Donneekie to
get there.  Kenroy comes out of his reverie reaching for his
.38 revolver.  Jake grabs his hand.  They are parked on
Randall's Island under the bridge.

                JAKE
        You dumb motherfucker.  You
        gonna get exactly what you
        deserve now.  Bitch ass
        nigger.

The door is pulled open by Johnny.

                JOHNNY
        Kenroy, what type of
        motherfucker are you?  You
        snitched on us.

Johnny Chin's boys and Jake grab Kenroy and drag him towards
a pillar under the bridge.  Johnny and Donneekie follow
behind as Teresa sits in the car.  Johnny pulls a couple of
torture gadgets out of a bag one of his men was carrying.  He

EXHIBIT 2 - PG 115

104.

takes Kenroy's five fingers in one hand and puts a metal
object around them, while the men hold Kenroy.

> KENROY
> But I didn't do anything.  Why
> y'all think I would tell?

> DONNEEKIE
> (sad voice)
> We didn't deserve that from
> you.

> JOHNNY
> You are going to die fast or
> slow.  It's up to you.  As
> soon as you confess to your
> crime, we'll end the pain.

> KENROY
> I didn't do nothing.  I didn't
> tell.  You gotta believe me.

Johnny squeezes the metal gadget together and breaks all of
Kenroy's fingers on one hand.

> KENROY (cont'd)
> Ah, ah, ah, ah, why y'all
> hurting me?

> DONNEEKIE
> (sad)
> We know you got arrested after
> seeing Pablo with a gun and an
> ounce of cocaine.

Johnny pulls his pants down.  We see Johnny reach towards
Kenroy's penis with one hand as he sticks the metal device
towards his penis with the other hand.  But we don't see the
actual crunch.

> KENROY
> Ah, ah, ah.  OK, I told.  I
> told.  Stop, stop, you
> promised.

Johnny stops and takes the device off.  He backs up and
gestures to one of his men.

> JOHNNY
> Shoot him in his fucking head.

As Johnny's man starts to draw his gun, Donneekie puts his
hand up.

EXHIBIT 2 - PG 116

105.

               DONNEEKIE
Wait a minute.

Jake, Johnny and Johnny's men look at Donneekie puzzled.

                KENROY
Thanks, Donneekie.

Donneekie snatches the bag from Johnny's man and takes out a pair of scissors and goes towards Kenroy's balls.  We don't see the crunch.  Kenroy starts screaming before the scissors get to his balls.

               DONNEEKIE
           (to Kenroy)
Now you really don't have any balls.

All we see is Kenroy's balls hit the ground.  Donneekie hands the scissors to Johnny.

            DONNEEKIE (cont'd)
           (to Kenroy)
I didn't give you my word.

He just looks at Kenroy and smiles as they start walking.

INT. DONNEEKIE'S COLLEGE CLASSROOM - MORNING

The class has started and everybody is seated.  The professor is sitting at her desk.  Everyone else is doing their work. Donneekie opens the classroom door.  He still has on the same clothes from Randall's Island.  He has a drop of Kenroy's blood on his shoes.

             MS. COLLINS
           (smiles)
Woke up, late, didn't we, Mr. Brown?

As Donneekie gets ready to open his mouth, the end of the period bell rings.

             DONNEEKIE
           (smiles)
I do get an E for effort, don't I?

             MS. COLLINS
           (laughing)
Yes, you do.

EXHIBIT 2 - PG 117

106.

                    DONNEEKIE
            At least I could copy some
            notes.

Suany comes in the classroom as Ms. Collins nods her head in
approval.  The class is leaving.

                    SUANY
            Hey, baby, you were late.  You
            had me worried.

                    DONNEEKIE
            I'm alright.  Suany, did you
            finish the advertisement
            filing for the new album?

                    SUANY
            I sure did.  I was at the
            studio all night.  Twanda is
            having a big attitude problem
            also.

                    DONNEEKIE
                (sarcastically)
            You're her boss.  Fire her.

                    SUANY
            That's not what I want.  I
            understand her feelings about
            some white chick coming in and
            taking her position by banging
            the boss.

                    DONNEEKIE
                (smiles)
            She should've banged him
            first.

They both start laughing.

                    SUANY
            Just come by and talk to her
            tonight, please.

INT. STUDIO - EVENING

Suany is in her office doing some work.  Twanda walks past
Suany's office, glancing through the blinds and wishing she
could just make her disappear.  Twanda goes to her office and
sits down.  She looks over at the Avon she is selling for her
sister.  She picks up the phone and dials a number.  Then she
hangs up.

INT. DONNEEKIE'S APARTMENT/LIVING ROOM - SAME TIME

EXHIBIT 2 - PG 118

107.

Teresa's beeper goes off.  She takes it and looks at the
number.  She picks up the phone and dials a number.  The
phone rings.

INT. STUDIO/TWANDA'S OFFICE - EVENING

Twanda picks up the phone.

> TWANDA
> Hello?

> TERESA (V.O.)
> What's up, girl?

> TWANDA
> I just beeped you 'cause my
> sister got a whole new
> shipment of Avon here.  You
> know, that cheap stuff you
> always patronize me by buying.
> Although I know you use
> Elizabeth Taylor's White
> Diamonds.

> TERESA (V.O.)
> Nah, girl, I wear yours.

> TWANDA
> (smiles)
> Yeah, right, probably when you
> go play racquetball.
> (they start laughing)
> I'll be here late tonight.
> You got time?

> TERESA (V.O.)
> I'll be there in a half an
> hour.  Bye.

We hear a CLICK.  Teresa hangs up.

> TWANDA
> (smiles)
> Payback is a mother.

INT. STUDIO ENTRANCE - LATER

Donneekie walks through the front door.  It's raining and
he's wet.  He puts his umbrella in the garbage can.  Suany
walks up and kisses him.

> SUANY
> I know that rain ain't melting
> my sugar.

EXHIBIT 2 - PG 119

108.

> DONNEEKIE
> I'm like frozen sugar cubes
> today, baby.  Bring me some
> hot coffee.  Please.

Donneekie walks towards his office.  He opens the door and goes inside and closes the door behind him.

INT./EXT. STUDIO - EVENING

Teresa pulls up in the BMW.  She parks the car and gets out, running into the studio.  Suany is at the coffee machine. She is just about to pour the sugar.  The studio entrance door opens.  Teresa walks in.  She doesn't see Twanda, who is peeking from the recording area.  Suany turns around and sees a new face in the studio.

Teresa is not alarmed by Suany's presence.  She walks and glances toward Twanda's office.  She sees Twanda is not in there, so she walks in the same direction as Suany, who has the cup of coffee in a saucer and is walking to Donneekie's office.  Teresa is in the back.

> TERESA
> (to Suany)
> Excuse me.

Suany stops and turns to her.  Teresa notices Donneekie's light is on.  They are almost right in front of the Don's office.

> TERESA (cont'd)
> Is that cup of coffee for
> Donneekie?

ANOTHER ANGLE: DONNEEKIE'S OFFICE

Donneekie hears Teresa's voice.  An alarm goes off in his mind.  He takes his hand and puts it over his face in frustration.  He starts to the door.

ANOTHER ANGLE:  HALLWAY - DONNEEKIE'S OFFICE

> SUANY
> (politely)
> Yes it is.  And who are you?

Teresa, reaching for the coffee with one hand, is almost touching the saucer.  Teresa touches it.

> TERESA
> (politely)
> I'm his woman.

EXHIBIT 2 - PG 120

109.

Suany, in shock, still holds the cup.  Teresa glances at the
cup as if to say let it go.  Donneekie opens his office door
and looks at the two women he loves.  As he walks towards
Teresa, Twanda is peeking from where she is and smiles,
loving it.

                    DONNEEKIE
                 (to Teresa)
            Hi, what are you doing here?
                 (soft voice)

The two women, as if hypnotized, are staring at each other.
Then Teresa glances to Donneekie.  Teresa and Suany glance at
the cup at the same time again.  Teresa lets it go and looks
to Donneekie.

                    TERESA
                 (sarcastically)
            I didn't know the studio was
            off limits to me.

                    DONNEEKIE
            I didn't say that.  It's just
            that you haven't been here in
            months.

Suany walks up to Donneekie with the coffee, pushing it a
little in Donneekie's hand.  And a little coffee spills
towards him.  Teresa watches Suany's attitude.  Suany isn't
smiling.  Donneekie glances in Suany's eyes for a beat and
she stares him in the eyes.

                    SUANY
                 (to Donneekie)
            Here's your coffee.  Will that
            be all for the night?

Teresa knows what's going on.  Her eyes start to water.

                    DONNEEKIE
                 (politely, quietly)
            That will be all for now.
            Excuse me for a moment.

Suany starts walking to her office.  She goes in and slams
the door.  Donneekie gets ready to open his mouth to Teresa.

                    TERESA
            I'm outta here.  I'll be at
            home.

She turns and hits the streets before he can speak.

EXHIBIT 2 - PG 121

110.

Donneekie is standing there holding a cup of coffee, looking at the entrance to the studio as if Teresa was going to turn and come back.  Then he glances towards Suany's office.  She is snatching up things from her desk drawer and putting them in a bag.  He looks at the coffee for a beat and takes a sip.

INT. DEA OFFICE/SUPERVISOR OFFICE - NIGHT

Agents Johnson and Torres are in front of their supervisor. They are nervous.

                    SUPERVISOR
               (angry)
          What the hell did you guys do?
          Do you know you might've
          gotten a fucking informant
          killed?  You pushed into his
          house without a warrant, then
          left without him.  How the
          fuck do you think that looks
          to anyone that saw y'all?

                    JOHNSON
          We...

                    SUPERVISOR
          Shut up.  Don't say a word.
          Just go to his relatives and
          find a way to let them know
          the agency will pay for the
          burial.  Now get the hell
          outta here.  I'll deal with
          you later.

The agents turn and walks out of the office.

INT. BAR/AT BAR - NIGHT

The bar is not that full.  There's a lot of regulars.  BRENDA is serving drinks to a group of three.  There are two guys in a corner, drunk.  They are still trying to order more drinks. Music is playing.  Three couples are dancing next to the jukebox.

                    PRETTY BLACK
               (yelling)
          Excuse me, may we have another
          round?  Excuse me, may we have
          another round?

Brenda turns around and gestures to them to wait.  She finishes serving the group and goes over to Ally Moe and Pretty Black.

EXHIBIT 2 - PG 122

111.

                    BRENDA
          Did you say another round?

                    ALLY MOE
                (smiles)
          That's just what we said.

Brenda fakes a smile and gets a bottle off the shelf behind
her and starts pouring drinks.

                    PRETTY BLACK
          Yo, Moe, we should've kept
          some of that fucking money we
          stuck that dopehouse up for
          last year.

Brenda hears this and is alert immediately, but keeps
pouring.

                    ALLY MOE
                (talking over music)
          Yeah, trying to be down with
          that ungrateful motherfucker.
          We should've shot him in the
          fucking head.

                    PRETTY BLACK
          like we did that one
          motherfucker that was reaching
          for the shotgun.  He was
          stupid.

They both start laughing.  Brenda just finishes pouring the
drinks.

                    ALLY MOE
          Ain't nothing like free dope
          money.

Brenda hears that loud and clear as she turns to hand them
their drinks.  Ally Moe slips her a ten dollar bill.  She
gets ready to give him some change.  He waves her off.  She
smiles and walks away.  Brenda waits for a beat, then she
tells one of the waitresses to handle the bar for her.  But
we don't hear that.  Brenda goes towards the ladies' room.
But she stops at a pay phone and pulls out her phone book.

INT. GAMBLING SPOT/OFFICE - NIGHT

Big Red is playing 21 Blackjack with his nephew.  His nephew
is Little Red.  He has red hair and complexion just like his
uncle.  Sexy women are all around.  Red has an ace of hearts
showing and a four of clubs not showing.  Little Red has a

EXHIBIT 2 - PG 123

112.

king of diamonds showing.  He peeks at his other card.  It's an ace of clubs.  Big Red is the dealer.

> LITTLE RED
> (smiles, happy)
> I'm good, I'm good.  I'm gonna
> be driving a fresh jeep
> tomorrow with some fine young
> bitches in the back.

Big Red turns Little Red's cards up.  It's 21.  Big Red turns up his card, showing 15 or 5.  He gives himself a card.  It's a jack.  He gives himself another card.  It's a seven.

> LITTLE RED (cont'd)
> (continues smiling)
> Yeah, motherfucker, I got a
> new motherfucking ride coming
> tomorrow.

Big Red leans back in his chair and smiles as the woman starts laughing.

> BIG RED
> You red little motherfucker.
> I'm doing bad, but 20,000 is
> still short money to me.
> (Little Red laughs)
> Get your ass outta here.  I'll
> see you at 9:00 in the morning
> if God spares your Little Red
> ass life until then.

Big Red puts his hand out to slap Little Red five.

> LITTLE RED
> (smiles)
> I'll give you five if I wake
> up tomorrow, motherfucker.

They all start laughing as Little Red walks towards the door.

INT. BAR ENTRANCE - NIGHT

Jake and Lenny enter the bar with three of their boys.  They glance around for Brenda.  They see Brenda at the bar in the corner talking to two men.  She turns to serve a lady and notices Jake with Lenny and the boys.  Pretty Black and Ally Moe coincidentally get up.  Lenny and Jake take a seat by the door while the other three men go back outside.  Brenda gives a look towards Ally Moe and Black when she stares at Lenny. Black and Moe start towards the door while Jake and Lenny follow with their eyes.

EXHIBIT 2 - PG 124

113.

EXT. BAR – NIGHT

As Black and Moe touch the sidewalk, Jake and Lenny are right
behind them.  The men outside with Jake and Lenny see this
and draw their guns on Black and Moe.

> PRETTY BLACK
> What the hell is going on?

> JAKE
> Friends don't let friends
> drive drunk, motherfucker.
> Get in the van.

One of the three men that had their guns drawn opens sliding
door of the van.  Lenny and Jake walk right behind Black and
Moe as they get in.

INT./EXT. BRONX WAREHOUSE – NIGHT

Donneekie is walking in the warehouse.  As he gets to a room,
he opens the door to see Jake and Lenny with three of his men
standing around two guys hanging upside down on hooks.  The
guys' faces are swollen and bleeding.  Donneekie walks up to
the crowd.

> LENNY
> (looks at robbers)
> Well, patience is a virtue and
> every dog has his day.  Good
> dogs have two.  Here are your
> dogs.

> DONNEEKIE
> And today is their day.

Donneekie looks by Jake's leg and sees the torture gadgets
bag Johnny gave them.  Donneekie picks up the bag and sees
the scissors.  He reaches past that and grabs the clamp
Johnny uses to break knuckles.  The man hanging there just
stare.

> DONNEEKIE
> Now, I'm only going to ask
> once.
> (looks at them both)
> Who gave you information or
> orders to rob my spot and
> where are they now?

> PRETTY BLACK
> You got the wrong guys.

Donneekie blows out air.

EXHIBIT 2 - PG 125

114.

                DONNEEKIE
You're gonna die one way or
the other.  If you tell me
what I want to know I'll make
it painless.  And quick.  If
you bullshit me...

                ALLY MOE
We telling you the truth, you
got the wrong motherfuckers.

Donneekie, frustrated, puts the clamp around Ally Moe's five
fingers and breaks them.

                ALLY MOE (cont'd)
                  (screaming)
Ah, ah, ah, ah, ah, ah.

Donneekie's and Black's eyes meet each other.  Donneekie
reaches into Ally Moe's pants with the clamps, staring in
Pretty Black's face.  Donneekie squeezes the clamp.

                ALLY MOE (cont'd)
                  (screaming)
Ah, ah, ah, ah, ah, ah.

Pretty Black and Ally Moe speak at the same time, as if
rehearsed.

    PRETTY BLACK                  ALLY MOE
It's Big Red.  He's at his      Big Red.  Big Red.  His
gambling spot between 145th    name is Big Red.
and 146th Street on St.
Nicholas Avenue.

Donneekie's boys start smiling.

                ALLY MOE
End the pain, please.  End
this pain.

Donneekie leans his face down to Ally Moe's face.

                DONNEEKIE
You didn't know...but my word
ain't shit.

Donneekie hands Jake the clamps and starts walking to the
entrance.  All we can hear are men screaming.

INT. KENROY'S MOTHER'S HOUSE - LIVING ROOM - MORNING

It's early.  Agents Johnson and Torres have told Kenroy's mom
he's dead.  She's crying.

EXHIBIT 2 - PG 126

115.

>                    MS. JENKINS
>           The only friends I can say he
>           has is Donneekie Brown.

Torres glances to his partner.

>                    MS. JENKINS (cont'd)
>           Oh, yeah, Lenny Thomas.
>           There's this boy named Jake.
>           I forget his last name.

>                    TORRES
>           Ms. Jenkins, did you say Don-
>           nee-kie Brown?

He puts special emphasis on the name Don, trying not to show
how anxious he is about this name.

>                    MS. JENKINS
>           Oh yeah, they knew each other
>           for years.

>                    JOHNSON
>           Would you know where he lives?
>           We would like to ask him some
>           questions.  Being that they
>           knew each other for years.

>                    MS. JENKINS
>           No, but Kenroy's girlfriend
>           might.  Let me give her a
>           call.

>                    TORRES
>                (anxiously)
>           No, no.  We'd rather talk to
>           her in person.  Do you have
>           her address?

INT. LITTLE RED'S MOTHER'S APARTMENT/KITCHEN - SAME TIME

Little Red is dressed and walking past his mom, going towards
the door.  She's sitting in the kitchen.

>                    MOTHER
>           One of these days, boy, you
>           gonna wish you had sat down
>           with me and had breakfast.

>                    LITTLE RED
>           I'll have breakfast with you
>           tomorrow, I promise.

EXHIBIT 2 - PG 127

116.

                    MOTHER
          Tomorrow ain't promise to
          nobody.

We hear the door slam.  Little Red goes out the door.

EXT. GAMBLING SPOT - MORNING

Donneekie is parked around the corner of the gambling spot.
He is in the car with Teresa.  He has three other cars full
of his boys with him.  There are four men in each of the
cars.  The three cars are parked directly across from the
gambling spot.

A taxi pulls up right in front of the gambling spot.  Little
Red gets out after paying the driver.  He's happy and doesn't
notice the cars parked across the street.  Little Red goes in
the spot.  There's nobody in the spot but Big Red's boys.
There are about nine of them waiting for Big Red.  They are
closed.

                    LITTLE RED
                  (to everyone)
          What is it, homeboys?  I hope
          the spot didn't lose too much
          money last night, 'cause I'm
          supposed to be driving a Jeep
          sometime today.  You dig?

As Little Red smiles, a man sticks his hand out for Red to
give him five.  They slap five.

                    MAN #1
          Well, go on, player.  Drive
          them bitches crazy in the four
          by four.

                    LITTLE RED
          You know I am.  Where's my
          uncle?

Big Red comes from the location of his office carrying a
brown bag.

                    BIG RED
          Here I got, you little red
          motherfucker, and here's your
          money.  Let's go.

Big Red throws him the bag full of money.  Small, small
bills.  Little Red catches it and looks at it immediately.

EXHIBIT 2 - PG 128

117.

                    LITTLE RED
          I knew I carried this nine
          millimeter for something.

He flashes it to his uncle.  Then he sticks his hand out to
his uncle for five.  The porter for the spot comes up to Big
Red.

                    PORTER
          Boss, I'm going upstairs to
          get some sleep.  I'll clean
          this shit up later.

Little Red never got five.

EXT. GAMBLING SPOT - MORNING

One guy comes out of the spot and goes into the grocery store
next door to the spot.  The rest of the guys start coming out
of the gambling spot.  Big Red and Little Red are last.

INT. CAR - LENNY AND JAKE'S CAR - SAME TIME

Lenny taps Jake.

                    LENNY
          It's time.

All the other cars had seen what they were waiting for.
Donneekie, from his location, sees Lenny and all the other
people jumping out of their cars.  He jumps out of his.
Teresa sits there watching.  Donneekie has a street sweeper
in his hand.  Big Red and his boys are laughing and talking,
looking at each other.  They don't notice the mob running
towards them with guns drawn until Lenny fires the first
bullet.  Big Red and his boys are almost at their cars parked
at the curve.  The first bullet hits Man #1 in his chest,
with another one following.

Big Red and his boys start ducking behind the cars in front
of them, drawing their guns and firing.  Because a lot of the
men with Lenny were in the open, Lenny and two of them are
hit immediately.  They all fall to the ground while firing.
Jake and the other fellers pull back behind the cars.

Donneekie comes from around the corner firing off the street
sweeper, hitting two guys in the chest and blowing them off
their feet.  Big Red and Little Red turn immediately, firing
at Donneekie.  Donneekie leans on the wall around the corner
for cover where Teresa is parked.  The porter leans out the
window of the spot with a scope on his rifle.  He picks off
two of the men with Jake before they notice where it's coming
from.

EXHIBIT 2 - PG 129

118.

Donneekie pulls a grenade from his waist and throws it toward the cars where Red is.  Big Red looks at it.

> BIG RED
> (to Little Red)
> Ah, shit.

Big Red grabs the grenade and throws it across the street towards Jake and the boys.  It blows up in the air.  As Big Red gets up, Jake and two others run out in the street towards Lenny, while one of the boys shoots at the sniper in the window.

Before the sniper moves out of the window, he catches Jake and the two guys who were with him, with bullets.

INT. GROCERY STORE ENTRANCE - SAME TIME

One of Big Red's boys is hiding, watching everything.

INT./EXT. GAMBLING SPOT - SAME TIME

Donneekie throws another grenade towards Big Red.  As Big Red and his boys stand up to run, because the grenade was out of hand's reach, the boys that were behind the car where Jake was, stand up and start firing, hitting all of Big Red's boys who were standing.  Donneekie comes around the corner.  The grenade blows up as Big Red and Little Red are almost in the club.  But Donneekie and Little Red fire at each other.  And Lenny fires at the porter in the window, hitting him in the chest.  Little Red is hit in the head, while Donneekie is hit in the shoulder.  All the time Donneekie is in Teresa's sight, but now he's around the corner on the ground.  Big Red pulls Little Red in the gambling spot.  Big Red doesn't notice his nephew is dead.

> BIG RED
> Come on, Red, move your ass.

As he looks in his nephew's open eyes, and limp body, he kneels down in front of him.

> BIG RED (cont'd)
> (to himself)
> What the fuck?

He gets up, laying the body down and walks towards the back, hesitantly looking at the body.

EXT. GAMBLING SPOT - FRONT - MORNING

Donneekie is shot in the arm.  He's leaning against the building on the floor, holding his shoulder.

EXHIBIT 2 - PG 130

119.

                              DONNEEKIE
                            (to himself)
                    Ah shit.

Donneekie looks at his shoulder.  He notices a shadow in
front of him.  He looks up.  Big Red's man, who was hiding in
the store, has his gun in his hand and is standing over
Donneekie.  Donneekie's gun is close by his hand on the
ground.  As the gun man brings the gun up towards Donneekie's
face, he and the Don don't notice Teresa running from the
side with her .357 desert eagle handgun pointed towards the
gun man #2's head.  We don't see Teresa running either.

                              GUN MAN #2
                            (smiles)
                    Well, all legends have to end
                    sometime.  Aren't you going to
                    even try for the gun?

                              DONNEEKIE
                    I would try for the gun if you
                    could just blink your eye for
                    a second.

As Donneekie stares at the gun man, we hear a bullet go off,
hitting gun man #2 in the head.  We see Teresa pumping two
more bullets into the gun man's body.  Teresa stands there
smiling from the corner.  We watch her for a beat.

                              DONNEEKIE
                            (to Teresa)
                    Teresa, bring the car around.

Teresa leaves to get the car.  Donneekie sees one of Big
Red's men squirming on the ground, hurt.  He picks himself up
and goes over to him with his gun. The guy looks at
Donneekie.

                              DONNEEKIE
                    I'm only going to ask you
                    once.  I give you my word I'll
                    let you live if you tell me
                    what I want to know.

Donneekie points the gun at his head.  Teresa pulls up in the
car.  She gestures for him to come.  The guy looks into the
barrel of the gun.  We never hear the question Donneekie asks
him, nor the answer.

                              DONNEEKIE (cont'd)
                            (to man #2)
                    You must not have heard me,
                    but my word don't mean shit.
                    You snitches are all alike.

EXHIBIT 2 - PG 131

120.

Donneekie fires one shot in his head.

Donneekie moves fast and jumps in the car with Teresa.  She peels off.  AERIAL SHOT of the scene shows all of the bodies.  We hear sirens.  And we see the twenty thousand dollars all over the street.

INT. TAXI BASE - MORNING

Big Red comes in out of the breath and dirty.  The LADY DISPATCHER knows him and looks at him strangely.

> DISPATCHER
> What's wrong, Red?

> BIG RED
> (out of breath)
> Get me a cab, quick.  I need a cab.

> DISPATCHER
> There's a gray Lincoln outside.  Go, go.

Big Red turns around and goes out the door.  The dispatcher picks up the radio.

> DISPATCHER
> There is one coming out, Car 22.

> CAR 22 (V.O.)
> I copy.  I see him coming now.

EXT. TAXI BASE - MORNING

Big Red jumps in the cab.  We see the driver turn around to him.  Then we see the car pulling out in a hurry.

INT. DIANA'S APARTMENT - MORNING

Agents Torres and Johnson are at Kenroy's girl's apartment.  They are knocking at the door. Nobody answers.  They wait for a beat.

> TORRES
> (to Johnson)
> We've gotta wait in the car and stake this place out.  This could be the final piece to the puzzle.

EXHIBIT 2 - PG 132

121.

                    JOHNSON
          Ain't that the one fucking
          wish I got.

They start to walk towards the elevator.

INT./EXT. BIG RED'S HOUSE - NEW JERSEY - LATER

The Lincoln is pulling up.  Big Red gives the driver a fifty
dollar bill.

                    BIG RED
          Thanks.

Big Red opens the door and gets out.

INT. BIG RED'S HOUSE - NEW JERSEY - LATER

Big Red turns around after closing the door to find Donneekie
pointing a gun towards his chest.

                    BIG RED
                    (scared)
          What the fuck is going on?

Big Red raises his hand, trembling, as Donneekie walks closer
to him.

                    BIG RED (cont'd)
          What I do to you, man?  Why
          you trying to kill me?

Big Red starts backing up to the closed door.  Donneekie
approaches him.  His back hits the door.

                    BIG RED (cont'd)
          Hey, man, don't kill me.  I
          haven't done nothing to you.

                    DONNEEKIE
          What's done in the dark shows
          in the light.  Pussy.  You had
          my dope spot robbed, and
          killed one of my best and
          oldest friends.  Why?  I'm
          only going to ask once.  The
          truth will get you an open
          casket.

Donneekie points the gun to his chest.

                    DONNEEKIE (cont'd)
          And a lie a closed one.

EXHIBIT 2 - PG 133

122.

Donneekie points the gun to his face.

>                         BIG RED
>                       (pleading)
>               I didn't do it.

Silence.

>                         DONNEEKIE
>               I'll break the rule for you.
>               Why?  See, I asked twice.

>                         BIG RED
>               It wasn't me.

>                         DONNEEKIE
>               You didn't know money is the
>               root of all evil.  And death
>               follows greed.

Donneekie puts Teresa's gun up to Big Red's chin.  He fires
three shots from the automatic.  It goes straight through the
top of Big Red's head, up to the ceiling.  We see blood
following the bullet to the ceiling.  Big Red's body hits the
floor.

Donneekie looks at Red's body.

>                         DONNEEKIE
>               You must've known my word
>               ain't shit.

Donneekie laughs and pulls the door open with a rag from his
pocket, after putting the gun in his waist.  He walks out of
the house.

EXT. BIG RED'S HOUSE - DRIVEWAY - SAME TIME

He walks down the driveway and gets in the car.  He reaches
to kiss Teresa with a slight smile.  She pulls off without
kissing him, with a serious face.

INT. DONNEEKIE'S APARTMENT - EVENING

Teresa brings the last of the luggage to the doorway.
Donneekie comes behind her with the last of the Louis Vitton
suitcases.  Two suitcase are full of money.  They are dressed
for bed.

>                         DONNEEKIE
>               Call Charlet and tell her
>               you're coming to stay at the
>               house for a little while.

EXHIBIT 2 - PG 134

123.

              TERESA
           (sad voice)
      Donneekie, I want to go with
      you.

             DONNEEKIE
      Teresa, whenever I told you to
      do something in the past you
      did it without question.  And
      it was always the best thing
      for everyone.  So do as I ask.
      Please.

Teresa turns towards the bedroom, walking like an upset
child.  Donneekie watches as she slams the door behind her.

INT. MAIN BEDROOM - SAME TIME

Teresa is on the phone talking to Charlet.

              TERESA
         (crying)
      I don't care if the house is
      mine.  I hate Virginia unless
      my man is with me.  If he
      ain't with me, you can have
      the house.  It's in your name
      anyway.  He bought it for me
      and him.

INT. TERESA'S HOUSE - THEATER - EVENING

Charlet is in pajamas watching TV in the movie theater in the
house.  We can see a swimming pool out of the door Charlet
has open that leads to the backyard.

             TERESA (V.O.)
      We belong together wherever.

INT. DONNEEKIE'S APARTMENT/LIVING ROOM - EVENING

Donneekie is sitting on the couch looking towards the patio
through the sliding doors.  Teresa comes out of the room and
is behind the Don, but he doesn't know.  He's on the portable
phone.

             DONNEEKIE
      I want you to meet me in front
      of the school tomorrow
      morning.  At eight forty-five.
      I'll be there.

EXHIBIT 2 - PG 135

124.

            SUANY (V.O.)
        I'll be there too.  Is
        everything alright?

            DONNEEKIE
        I'll tell you tomorrow.  Bye.

Teresa ducks back into the room, without Donneekie knowing
she was there.  Donneekie dials another number to his lawyer.
It rings then someone picks up, sounding asleep.

            MR. LEBROWITZ
        Hello?

            DONNEEKIE
        Yeah, Lebrowitz, it's
        Donneekie.

            LEBROWITZ
          (trying to wake up)
        Oh, how are you doing,
        Donneekie?

            DONNEEKIE
        I want you to sell the
        apartment and my stock in the
        New York distribution part of
        the music.  Leave London like
        it is.

EXT. DIANA'S APARTMENT - MORNING

Two other agents are staking out the apartment for the night
shift.  Agents Torres and Johnson walk up to the car where
the other agents are.

            JOHNSON
        Alright, fellers, we got it
        from here.

The agent driving just looks at Johnson and makes a salute
gesture with his hand and pulls off, as Johnson and Torres
walk to their car.

            JOHNSON (cont'd)
        I wonder where the hell she
        could be.

A cab pulls up right by their car.  Torres takes a look in
the cab.  Something told him that the girl was Diana.

            TORRES
        I think she's here.

EXHIBIT 2 - PG 136

125.

They both walk towards her quickly as she gets out of the cab.

> TORRES (cont'd)
> (to Diana)
> Excuse me, miss, we are DEA agents.  Are you Diana?

Diana nods her head without speaking, implying yes.

INT. DONNEEKIE'S BUILDING - LOBBY - MORNING

Donneekie is talking to the DOORMAN by the entrance.

> DONNEEKIE
> Charlie, I'm expecting some police to come to my apartment soon, but by then it won't be in my name.  You dig?

Donneekie reaches in his pocket and gives the doorman a small roll of fifty dollar bills.  Donneekie turns and goes back to the elevator.

INT. DONNEEKIE'S APARTMENT/HALLWAY ELEVATOR - LATER

Donneekie and Teresa are pressing the elevator in the hallway.  There are a few elevators.  They see an elevator coming up from the lobby and one coming down from upstairs.  The screen is showing the movement of the elevators.  The elevator coming down is empty.  The elevator coming up has the agents in it.

> DONNEEKIE
> Shit, I'm glad to finally be able to leave this life.  Because I know I was on my way to jail.  By the will of God.

> TERESA
> Well, God is the knower of all things.  And his plan goes unfailed.  If anything happens, it's by his will, just like that bullet going in and out.

INT. DONNEEKIE'S BUILDING - ELEVATOR - SAME TIME

O'Brian, Macoy, Johnson and Torres are with the Doorman, going up to Donneekie's apartment in the elevator.

EXHIBIT 2 - PG 137

126.

                    DOORMAN
                 (to everyone)
              I keep telling y'all, you got
              the wrong building.

The Doorman is nervous because he thinks Donneekie is still
upstairs.

ANOTHER ANGLE:  HALLWAY - SAME TIME

We are looking at Teresa and Donneekie waiting for which
elevator is going to come first.  The agents or the empty
elevator that's coming down.  The empty one comes first.
They get in.  As their elevator door is about to close, the
agent's door starts opening.  Donneekie and Teresa's elevator
door closes before the agent's door opens.  The agents never
see them.

EXT. DONNEEKIE'S BUILDING - MORNING

Donneekie gets in the Mercedes Benz on the driver's side, as
Teresa gets in on the passenger side.

                    DONNEEKIE
              I have one stop to make before
              we get out of here.

Teresa looks at him suspiciously as the Don pulls off.

EXT. DONNEEKIE'S COLLEGE ENTRANCE - MORNING

Suany is standing in front of the school waiting as Donneekie
pulls up to the curb with Teresa in the car looking puzzled.
Donneekie gets out of the car.  He walks over to Suany.
Teresa starts crying.  His arm is bandaged up.

                    DONNEEKIE
                 (to Suany)
              Thanks for coming.

                    SUANY
                 (sad voice)
              I'll be wherever you want me
              baby.  What happened to your
              arm?  You're bandaged up, like
              a half-wrapped mummy.

                    DONNEEKIE
              I'm leaving town and I wanted
              to tell you in person.  Suany,
              you don't know me.

Suany glances to Teresa in the car.

EXHIBIT 2 - PG 138

127.

               SUANY
             (tears in her eyes)
       But I love you.

Teresa's face is full of tears as she watches.

               DONNEEKIE
             (quietly angry)
       I'm a heroin dealer.  I shoot
       people and I get shot.  That's
       how I live.

               SUANY
             (tears flowing)
       I don't care.  I still love
       you.

               DONNEEKIE
       But I still have to leave.
       Here's my lawyer's card.

Donneekie hands her a card.  She takes it.

               DONNEEKIE (cont'd)
       I sold the studio.  Call him
       today, he'll tell you who
       bought it.

Donneekie leans over and kisses her on the lips.  She doesn't respond.  He turns and walks away.  He gets in the car with Teresa.

               TERESA
             (not crying, face wet)
       And what was that all about?

Donneekie puts his hand on her knee.

               DONNEEKIE
             (smiles)
       Your future, baby, your
       future.  You're coming to
       London to live with me.  We'll
       run the music distribution out
       there.

Teresa starts to smile as Donneekie holds her chin with one hand.

               TERESA
             (smiling)
       So why did you tell me to tell
       Charlet I was going to stay in
       Virginia with her for a while?

EXHIBIT 2 - PG 139

128.

> DONNEEKIE
> (continues smiling)
> I didn't tell you you was
> going.  I told you to tell her
> you was coming.  I wanted the
> police to go on a wild goose
> chase whenever they get to the
> apartment and trace our last
> phone calls.

Teresa balls up her fist and taps it on his forehead.

> TERESA
> (jokingly)
> My man should've worked for
> NASA.

Their car pulls off while they laugh.

INT. DONNEEKIE'S APARTMENT/HALLWAY - SAME TIME

Torres and Johnson are with O'Brian and Macoy.  They are
about to enter Donneekie's apartment.  The Doorman is
stalling them, looking through about 50 keys.  The Doorman is
standing back after is hands them a key.

> DOORMAN
> I told y'all once, I just
> called management when I went
> downstairs for the master
> keys.  They said don't no
> Donneekie Brown live here or
> own the apartment.

The agents open the door and rush in.

> JOHNSON
> DEA, don't nobody move.

> TORRES
> DEA police.  Come out
> with your hands up.

With guns pointed, and no sign of life, the Doorman starts
laughing in the hallway.  The four agents inside put their
guns away and look at each other.

INT. JFK AIRPORT - TICKET AREA - MORNING

Donneekie slips a roll of money to a BLACK MAN.  The man is
pushing the two bags of money that's about to be checked on
to the conveyor belt.  Teresa is talking to the lady selling
her the tickets.  We don't hear that.  The black man gives
the two bags to another black man, who is loading the baggage
on the belt to the plane.  Black Man #1 looks at Donneekie.

EXHIBIT 2 - PG 140

129.

                    BLACK MAN #1
                        (smiles)
                You the Don, baby.  A prepared
                plan is the best plan.

The Don smiles as the man walks away.

EXT. COLLEGE ENTRANCE – MORNING

Suany is coming back to the school with a bag from the store.
She has the lawyer's card in her hand.  She throws it in the
air and the wind pins it back to her jacket.  She takes the
card and looks at the phone by the entrance of the school.
She walks over to the phone and dials the number.  The phone
rings.  Someone picks up.

A tear rolls down Suany's cheek.

                    MR. LEBROWITZ (V.O.)
                Hello?

                    SUANY
                Hello, this is Suany Brooks.
                Donneekie Brown told me to
                call you.  You have some
                information for me about the
                sale of the studio?

                    MR. LEBROWITZ (V.O.)
                Yes, Suany Brooks has bought
                the studio for one dollar.
                You do have a dollar?

Suany looks puzzled.

                    SUANY
                Yes, I do.

                    MR. LEBROWITZ (V.O.)
                Well, you have just bought the
                studio and a luxury apartment
                in one of Donald Trump's
                buildings...
                        (silence)
                Hello?  Hello?

INT. PLANE – AIRBORNE – MORNING

Teresa and Donneekie are looking out the window, smiling,
with two glasses of orange juice in their hands, making a
toast, and waving bye to the city out the window.

Teresa leans over and kisses Donneekie.

EXHIBIT 2 - PG 141

130.

      TERESA                             DONNEEKIE
    (smiling)                         (smiling)
See ya.                   Bye, bye, baby, bye, bye.

                TERESA
         I love you, Donneekie.

              DONNEEKIE
        I know.  I also know God is
        the greatest.

EXT. COLLEGE - PHONE BOOTH - MORNING

Suany has the phone in her hand holding it to her ear and is
smiling.

            MR. LEBROWITZ (V.O.)
      Hello?  Are you there?  Hello?

              SUANY
         (smiling)
      He'll be back.

FREEZE FRAME:  THE END

FADE OUT

EXHIBIT 2 - PG 142

# EXHIBIT 3

EXHIBIT 3 - PG 143



## Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = can you cross over

Search Results: Displaying 1 of 2 entries





*Can you cross over?*

**Type of Work:** Dramatic Work and Music; or Choreography

**Registration Number / Date:** PAu002032153 / 1995-09-07

**Title:** Can you cross over?

**Description:** 130 p.

**Notes:** Screenplay.

**Copyright Claimant:** Greta Clarke (employer for hire of Robert Parton)

**Date of Creation:** 1994

**Previous Registration:** Treatment prev. reg. 1994, PAu 1-923-459.

**Names:** Clarke, Greta
Parton, Robert



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address: _____    Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 3 - PG 144

# EXHIBIT 4

EXHIBIT 4 - PG 145



| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = can you cross over

Search Results: Displaying 2 of 2 entries



Labeled View

### *Can you cross over!*

**Type of Work:** Dramatic Work and Music; or Choreography

**Registration Number / Date:** PAu001923459 / 1994-08-03

**Title:** Can you cross over!

**Description:** 9 p.

**Notes:** Treatment for a screenplay.

**Copyright Claimant:** Greta Clarke (employer for hire of Robert Panton)

**Date of Creation:** 1994

**Copyright Note:** C.O. correspondence.

**Names:** Clarke, Greta
Panton, Robert





| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address: [_____]    Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 4 - PG 146

# EXHIBIT 5

EXHIBIT 5 - PG 147



**Copyright** United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name Organization ] AND(Empire)[ in Title ]

Search Results: Displaying 38 of 188 entries

◀ previous    next ▶

Labeled View

### *EMPIRE : 1AXP01 :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001941813 / 2015-01-26
**Application Title:** EMPIRE Series - PILOT Episode (TV - MOTION PICTURE)
**Title:** EMPIRE : 1AXP01 : 101, PILOT.
**Description:** Videocassette (Digital Betacam) ; 1/2 in.
**Copyright Claimant:** Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States.
**Date of Creation:** 2015
**Date of Publication:** 2015-01-07
**Nation of First Publication:** United States
**Authorship on Application:** Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture.
**Previous Registration:** 2014, PAu 3-724-518.
**Pre-existing Material:** script/screenplay.
**Basis of Claim:** all other cinematographic material.
**Names:** [Twentieth Century Fox Film Corporation](#)

◀ previous    next ▶

| **Save, Print and Email ([Help Page](#))** |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [＿＿＿＿＿＿]   [Email] |

EXHIBIT 5 - PG 148

Case 2:17-cv-00050-JFW-JEM   Document 54   Filed 01/24/18   Page 149 of 222   Page ID #:408

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 149

Case 2:17-cv-00050-JFW-JEM    Document 54    Filed 01/24/18    Page 150 of 222    Page ID #:409



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 31 of 190 entries

**[ previous ]    [ next ]**

**Labeled View**

### *EMPIRE :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001944846 / 2015-02-04
**Application Title:** EMPIRE Series - THE OUTSPOKEN KING Episode (TV - MOTION PICTURE)
**Title:** EMPIRE : 102, THE OUTSPOKEN KING.
**Description:** Videocassette (Digital Betacam) ; 1/2 in.
**Copyright Claimant:** Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States.
**Date of Creation:** 2015
**Date of Publication:** 2015-01-14
**Nation of First Publication:** United States
**Authorship on Application:** Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture.
**Previous Registration:** 2014, Pending.
**Pre-existing Material:** script/screenplay.
**Basis of Claim:** all other cinematographic material.
**Names:** Twentieth Century Fox Film Corporation

**[ previous ]    [ next ]**

**Save, Print and Email (Help Page)**
Select Download Format [Full Record]  [Format for Print/Save]
Enter your email address: [            ]  [Email]

EXHIBIT 5 - PG 150

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 151



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 32 of 190 entries

*previous*    *next*

Labeled View

### *EMPIRE :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001944845 / 2015-02-04 |
| **Application Title:** | EMPIRE Series - THE DEVIL QUOTES SCRIPTURE Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 103, THE DEVIL QUOTES SCRIPTURE. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-01-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2014, PAu 3-748-651. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Names:** | Twentieth Century Fox Film Corporation |

*previous*    *next*

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [_____]   Email |

EXHIBIT 5 - PG 152

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 33 of 190 entries

**◀ previous**   **next ▶**

**Labeled View**

### *EMPIRE :*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001946828 / 2015-02-25 |
| **Application Title:** | EMPIRE Series - FALSE IMPOSITION Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 104, FALSE IMPOSITION. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-01-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2014, PAu 3-750-330. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Names:** | Twentieth Century Fox Film Corporation |

**◀ previous**   **next ▶**

| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address: [            ]   Email |

EXHIBIT 5 - PG 154

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 155



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 34 of 190 entries

◄ previous      next ►

Labeled View

### *EMPIRE :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001946829 / 2015-02-25 |
| **Application Title:** | EMPIRE Series - DANGEROUS BONDS Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 105, DANGEROUS BONDS. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2014, PAu 3-747-115. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Twentieth Century Fox Film Corporation |

◄ previous      next ►

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼]   [Format for Print/Save] |
| Enter your email address: [                    ]   [Email] |

EXHIBIT 5 - PG 156

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 157

Case 2:17-cv-00050-JFW-JEM   Document 54   Filed 01/24/18   Page 158 of 222   Page ID #:417



**Public Catalog**

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire) [ in Title ]
Search Results: Displaying 35 of 190 entries

previous    next

Labeled View

*EMPIRE :*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001946827 / 2015-02-25 |
| **Application Title:** | EMPIRE Series - OUT, DAMNED SPOT Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 106, OUT, DAMNED SPOT. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2014, PAu 3-753-080. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Names:** | Twentieth Century Fox Film Corporation |

previous    next

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                    ]   [Email] |

EXHIBIT 5 - PG 158

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 159



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 36 of 190 entries

**◄ previous**   **next ►**

**Labeled View**

### *EMPIRE :*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001948828 / 2015-03-03 |
| **Application Title:** | EMPIRE Series - OUR DANCING DAYS Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 107, OUR DANCING DAYS. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2014, Pending. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Names:** | Twentieth Century Fox Film Corporation |

**◄ previous**   **next ►**

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                        Email |

EXHIBIT 5 - PG 160

Case 2:17-cv-00050-JFW-JEM   Document 54   Filed 01/24/18   Page 161 of 222   Page ID #:420

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 161



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 37 of 190 entries

previous    next

Labeled View

### *EMPIRE :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001948859 / 2015-03-03 |
| **Application Title:** | EMPIRE Series - THE LYON'S ROAR Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 108, THE LYON'S ROAR. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2014, Pending. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Names:** | Twentieth Century Fox Film Corporation |

previous    next

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                          Email |

EXHIBIT 5 - PG 162

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 163

Case 2:17-cv-00050-JFW-JEM   Document 54   Filed 01/24/18   Page 164 of 222   Page ID #:423



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 38 of 190 entries

**◄ previous**    **next ►**

Labeled View

### *EMPIRE :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001952861 / 2015-03-18
**Application Title:** EMPIRE Series - UNTO THE BREACH Episode (TV - MOTION PICTURE)
**Title:** EMPIRE : 109, UNTO THE BREACH.
**Description:** Videocassette (Digital Betacam) ; 1/2 in.
**Copyright Claimant:** Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States.
**Date of Creation:** 2015
**Date of Publication:** 2015-03-04
**Nation of First Publication:** United States
**Authorship on Application:** Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture.
**Previous Registration:** 2014, PAu 3-756-674.
**Pre-existing Material:** script/screenplay.
**Basis of Claim:** all other cinematographic material.
**Names:** [Twentieth Century Fox Film Corporation](#)

**◄ previous**    **next ►**

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address: [_____]  Email |

EXHIBIT 5 - PG 164

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 39 of 190 entries

**← previous**   **next →**

**Labeled View**

### *EMPIRE :*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001953678 / 2015-04-06 |
| **Application Title:** | EMPIRE Series - SINS OF THE FATHER Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 110, SINS OF THE FATHER. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-03-11 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2014, PAu 3-753-574. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Names:** | Twentieth Century Fox Film Corporation |

**← previous**   **next →**

| Save, Print and Email (**Help Page**) |
|:---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [_____]   [Email] |

EXHIBIT 5 - PG 166

Case 2:17-cv-00050-JFW-JEM   Document 54   Filed 01/24/18   Page 167 of 222   Page ID
#:426

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 167



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 47 of 190 entries

◀ previous    next ▶

Labeled View

### EMPIRE :

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001958973 / 2015-04-06 |
| **Application Title:** | EMPIRE Series - DIE BUT ONCE Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 1AXP11, DIE BUT ONCE. |
| **Description:** | Videocassette (Digital Betacam) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-03-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2015 |
| **Pre-existing Material:** | Television screenplays. EMPIRE Series - DIE BUT ONCE Episode (reg. pending) |
| **Basis of Claim:** | all other cinematographic material. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Twentieth Century Fox Film Corporation |

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
|:---|
| Select Download Format [Full Record ▾]   Format for Print/Save |

EXHIBIT 5 - PG 168

Enter your email address: [                    ]  [ Email ]

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 169



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Twentieth Century Fox Film Corporation)[ in Name: All ]AND(Empire)
[ in Title ]
Search Results: Displaying 48 of 190 entries

◄ previous    next ►

Labeled View

### *EMPIRE :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001958975 / 2015-09-16 |
| **Application Title:** | EMPIRE Series - WHO I AM Episode (TV - MOTION PICTURE) |
| **Title:** | EMPIRE : 1AXP12, WHO I AM. |
| **Description:** | Videocassette (Betacam SP) ; 1/2 in. |
| **Copyright Claimant:** | Twentieth Century Fox Film Corporation. Address: P.O. Box 900, Beverly Hills, CA, 90213, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-03-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Twentieth Century Fox Film Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Previous Registration:** | 2015, PAu 3-764-267. |
| **Pre-existing Material:** | script/screenplay. |
| **Basis of Claim:** | all other cinematographic material. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | [Twentieth Century Fox Film Corporation](#) |

◄ previous    next ►

| **Save, Print and Email ([Help Page](#))** |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                    ]   [Email] |

EXHIBIT 5 - PG 170

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about
Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXHIBIT 5 - PG 171

# EXHIBIT 6

EXHIBIT 6 - PG 172

KeyCite Blue Flag – Appeal Notification
Appeal Filed by CLAYTON TANKSLEY v. LEE DANIELS, ET AL,
3rd Cir., May 8, 2017

259 F.Supp.3d 271
United States District Court,
E.D. Pennsylvania.

Clayton Prince TANKSLEY, Plaintiff,
v.
Lee DANIELS, et al., Defendants.

CIVIL ACTION NO. 16−0081
|
Signed 04/28/2017

**Synopsis**
**Background:** Copyright holder who created three-episode television pilot brought infringement action against producers of network television series and related parties, alleging that they were knowingly and willfully involved in the unauthorized copying of his work, and that he was unable to successfully market the copyrighted work to any other television network due to its striking similarities to series. Defendants moved to dismiss.

**Holdings:** The District Court, Slomsky, J., held that:

[1] plots of series and copyrighted work were not substantially similar;

[2] male protagonist in series was not substantially similar to male protagonist in copyrighted work;

[3] female lead in series was not substantially similar to character in copyrighted work;

[4] musical interludes used in series and work did not create substantially similar moods;

[5] copyright holder failed to state claim against city film commission and director for contributory copyright infringement;

[6] negligence claim was preempted by the Copyright Act;

[7] copyright holder failed to state claim against producer for intentional misrepresentation; and

[8] copyright holder failed to state claim against producer for negligent misrepresentation.

Motion granted.

West Headnotes (39)

[1] **Copyrights and Intellectual Property**
 👉 Nature and elements of injury

To state a claim of copyright infringement, a plaintiff must establish ownership of a valid copyright, and unauthorized copying of protectable elements of the plaintiff's copyrighted work.

Cases that cite this headnote

[2] **Copyrights and Intellectual Property**
 👉 Weight and Sufficiency

Proof of unauthorized copying, for purposes of copyright infringement claim, can be found either in the defendant's admission or by circumstantial evidence of access and substantial similarity.

Cases that cite this headnote

[3] **Copyrights and Intellectual Property**
 👉 Acts Constituting Infringement

To determine whether works are substantially similar, for purposes of copyright infringement claim, a court compares the allegedly infringing work with the original work, and considers whether a lay-observer would believe that the copying was of protectable aspects of the copyrighted work.

Cases that cite this headnote

[4] **Copyrights and Intellectual Property**
 👉 Acts Constituting Infringement

In assessing works for substantial similarity in a copyright infringement action, a court's task is to compare the works' total concept

EXHIBIT 6 - PG 173

WESTLAW  © 2018 Thomson Reuters. No claim to original U.S. Government Works.    1

and overall feel as instructed by good eyes and common sense.

Cases that cite this headnote

**[5]    Copyrights and Intellectual Property**
       👉 Motion pictures and other audiovisual works

Plots of copyright holder's three-episode television pilot and network television series were not substantially similar, as required to state copyright infringement claim against television producers, production companies, and network; although general plots of television series and copyrighted pilot included succession stories involving fight for control of record companies, plot lines were expressed in very different ways, succession rivalry in series involved three sons of male protagonist and underscored entire plot of series, while succession story in copyrighted pilot was minor plot line involving male protagonist's father seeking to inherit half of company. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

**[6]    Copyrights and Intellectual Property**
       👉 Motion pictures and other audiovisual works

Minor plot lines in three-episode copyrighted television pilot and network television series involving disease and scenes involving victim shot shortly after urinating outside were not substantially similar, as would support copyright infringement claim against television producers, production companies, and network; protagonist in pilot was diagnosed with a non-fatal, sexually transmitted disease, while series' protagonist was diagnosed with a fatal neurodegenerative disease, and henchmen shot and failed to kill victim in pilot, while in series protagonist himself commits murder. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

**[7]    Copyrights and Intellectual Property**
       👉 Motion pictures and other audiovisual works

General plot devices such as flashback scenes, female-female altercations, same-sex relationships, and secret parentage were not protectable elements of writer's copyright, and thus could not serve as basis for writer's copyright infringement action, alleging that television series was substantially similar to his copyrighted three-episode pilot show. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

**[8]    Copyrights and Intellectual Property**
       👉 Acts Constituting Infringement

To determine whether characters are similar in a copyright infringement action, courts look at the totality of the characters' attributes and traits as well as the extent to which the defendant's characters capture the total concept and feel of figures in the plaintiff's work.

Cases that cite this headnote

**[9]    Copyrights and Intellectual Property**
       👉 Use of common expressions, historical facts, or other material from public domain

Prototypical or stock characters who display generic traits are too indistinct to merit copyright protection.

Cases that cite this headnote

**[10]   Copyrights and Intellectual Property**
       👉 Acts Constituting Infringement

In a copyright infringement action, the bar for substantial similarity in a character is set high because only characters who are especially distinctive are entitled to protection.

Cases that cite this headnote

**[11]   Copyrights and Intellectual Property**

EXHIBIT 6 - PG 174

👉 Motion pictures and other audiovisual works

Male protagonist in network television series was not substantially similar to male protagonist in copyrighted three-episode television pilot, as would support pilot creator's infringement action against television producers, production companies, and network; pilot creator's allegation that both characters were African–American men who rose from poverty and lives of crime to become successful was too general to show substantial similarity, additional description that the two characters ran record labels was not distinctive enough to show substantial similarity, and expression and feel of the two characters was dissimilar. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

[12] **Copyrights and Intellectual Property**
👉 Motion pictures and other audiovisual works

Female lead in network television series was not substantially similar to female character in copyrighted three-episode television pilot, as would support copyright holder's infringement action against television producers, production companies, and network; although creator alleged that both characters were female leads with drug backgrounds who had children with the male protagonist and were seeking to claim a part of his business, female lead in series was heavily involved in lives of her three sons, and was portrayed as a tough and savvy businesswoman who, after her release from prison, sought to take back control of half of record company, while character in pilot was only minor character who had no relationship with her children, and did not previously have or seek any interest in male protagonist's record company. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

[13] **Copyrights and Intellectual Property**

👉 Motion pictures and other audiovisual works

Character of son of male protagonist who suffered from a mental disorder and exhibited symptom of referring to himself in the third person in network television series was not substantially similar to character in copyrighted three-episode television pilot, as would support copyright holder's infringement action against television producers, production companies, and network; son in pilot appeared in only two scenes and suffered from a significant developmental disability or mental delay attributed to his mother's drug use during pregnancy, while son in series, although suffering from bipolar disorder, was highly educated and functioning individual who helped his father run successful record label and entertainment company. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

[14] **Copyrights and Intellectual Property**
👉 Use of common expressions, historical facts, or other material from public domain

Similarity between theme of network television series, namely, drama focusing on an African–American male who rises up from a disadvantaged or criminal past to achieve success through music, and copyrighted three-episode television pilot was not protectable element of copyright holder's work, and thus could not serve as basis for infringement claim, where theme had played out both in real life and in many forms of artistic expression, including music, biographical movies, and documentaries. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

[15] **Copyrights and Intellectual Property**
👉 Motion pictures and other audiovisual works

Musical interludes used in network television series and copyrighted three-episode television pilot did not create expression

of substantially similar moods, as would support copyright holder's infringement claim against television producers, production companies, and network; musical interludes were commonly used devices used in television shows to bridge one scene to the next, and interludes in series were often performed by central characters, through which audience learned more about the nuances of the characters, while interludes in pilot were performed by minor or nameless characters and were used for comedic or entertainment purposes. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

**[16]    Copyrights and Intellectual Property**
🔑 Motion pictures and other audiovisual works

Three-episode pilot series creator's contention that his copyrighted work shared same setting as network television series could not be serve as basis for a claim of copyright infringement; although main characters in series were originally from Philadelphia, and pilot was set in Philadelphia, series was set in New York City, and representations of Philadelphia in series played out only in flashbacks showing characters' criminal past. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

**[17]    Copyrights and Intellectual Property**
🔑 Pleading

Facts pled in a complaint demonstrating substantial similarity in the settings of the copyrighted work and the allegedly infringing work may support a finding that a plaintiff has stated a claim for copyright infringement.

Cases that cite this headnote

**[18]    Copyrights and Intellectual Property**
🔑 Pleading

Creator of three-episode copyrighted television pilot failed to plausibly allege that city film commission and its director

who hosted an entertainment industry panel reasonably should have known of alleged infringing conduct of television producer, or that they materially contributed to or induced infringement of his copyright, and thus failed to state claim against commission and director for contributory copyright infringement; even if creator had plausibly alleged that series infringed on his copyright, allegations failed to show that commission and director knew or had reason to know that defendants allegedly would infringe on creator's copyright, or that they materially contributed to or induced infringement.

Cases that cite this headnote

**[19]    Copyrights and Intellectual Property**
🔑 Persons liable

A party who, with knowledge of the infringing activity, induces, causes, or materially contributes to the infringing conduct of another, may be held liable as a contributory infringer.

Cases that cite this headnote

**[20]    Copyrights and Intellectual Property**
🔑 Persons liable

To establish a claim of contributory infringement, a plaintiff must show: (1) a third party directly infringed the plaintiff's copyright; (2) the defendant knew that the third party was directly infringing; and (3) the defendant materially contributed to or induced the infringement.

Cases that cite this headnote

**[21]    Copyrights and Intellectual Property**
🔑 Persons liable

In order to claim that a defendant is a contributory infringer, the plaintiff must allege first, that he had registered copyrights that were infringed by a third party.

Cases that cite this headnote

EXHIBIT 6 - PG 176

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.                    4

**[22]** **Copyrights and Intellectual Property**
🔑 Persons liable

In order to state a contributory infringement claim, a plaintiff must allege facts showing that the defendant had knowledge of the third-party infringement.

Cases that cite this headnote

**[23]** **Copyrights and Intellectual Property**
🔑 Persons liable

"Material contribution" or inducement, for purposes of contributory infringement claim, is personal conduct that encourages or assists the infringement.

Cases that cite this headnote

**[24]** **Municipal Corporations**
🔑 Nature and grounds of liability

**States**
🔑 Copyrights and patents

State law negligence claim brought by creator of three-episode television pilot against city film commission and its director was preempted by the Copyright Act, where allegations in creator's contributory copyright infringement and negligence claims were that commission and director failed to protect his copyrighted work from misappropriation by the judges at entertainment industry panel and therefore contributed to the alleged infringement, and covered same subject matter as that governed by the Copyright Act. 17 U.S.C.A. § 301(a).

Cases that cite this headnote

**[25]** **Copyrights and Intellectual Property**
🔑 Remedies

**States**
🔑 Copyrights and patents

The Copyright Act expressly preempts all causes of action falling within its scope, with few exceptions. 17 U.S.C.A. § 301(a).

Cases that cite this headnote

**[26]** **Copyrights and Intellectual Property**
🔑 Remedies

**States**
🔑 Copyrights and patents

Copyright Act's preemption provision accomplishes the general federal policy of creating a uniform method for protecting and enforcing certain rights in intellectual property by preempting other claims. 17 U.S.C.A. § 301(a).

Cases that cite this headnote

**[27]** **Copyrights and Intellectual Property**
🔑 Remedies

**States**
🔑 Copyrights and patents

Determination of whether an asserted state law right is equivalent to those rights granted in the Copyright Act, for preemption purposes, focuses on whether the state law claim includes an extra element that makes it qualitatively different form the copyright infringement claims. 17 U.S.C.A. § 301(a).

Cases that cite this headnote

**[28]** **Negligence**
🔑 Elements in general

A negligence claim under Pennsylvania law contains four elements: (1) a duty or obligation recognized by the law; (2) a breach of that duty; (3) a causal connection between the conduct and the resulting injury; and (4) actual loss or damage resulting in harm to the plaintiff.

Cases that cite this headnote

**[29]** **Municipal Corporations**
🔑 Nature and grounds of liability

Creator of three-episode copyrighted television pilot failed to plausibly allege that city film commission that hosted

EXHIBIT 6 - PG 177

WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works. 5

entertainment industry panel and its director owed him a duty to protect his copyright, as required to state negligence claim under Pennsylvania law; although creator asserted that duty arose from defendants' actions in establishing conditions and encouraging participation in panel event, he identified no source of the alleged duty to prepare releases or protect his copyright from infringement by third parties.

Cases that cite this headnote

**[30]    Fraud**
        👉 Existing facts or expectations or promises

Creator of three-episode television pilot failed to plausibly allege that producer of network television series made misrepresentation of a past or present material fact, as required to state claim for intentional misrepresentation under Pennsylvania law; although creator alleged that producer affirmatively represented to him that he was very interested in pilot and might be disposed to proceed further with its development as a television soap opera series, producer did not make any promise to creator, and fact that producer changed his mind and lost interest in developing pilot did not mean that his statement was a misrepresentation.

Cases that cite this headnote

**[31]    Copyrights and Intellectual Property**
        👉 Remedies
        **States**
        👉 Copyrights and patents

A claim will be preempted by the Copyright Act when (1) the subject matter of the claims falls within the subject matter of the Copyright Act, and (2) the asserted state law right is equivalent to those rights granted in the Copyright Act. 17 U.S.C.A. § 301(a).

Cases that cite this headnote

**[32]    Fraud**
        👉 Elements of Actual Fraud

Under Pennsylvania law, to establish intentional misrepresentation, a plaintiff must show: (1) a representation; (2) which is material to the transaction at hand; (3) made falsely, with knowledge of its falsity or recklessness as to whether it is true or false; (4) with the intent of misleading another into relying on it; (5) justifiable reliance on the misrepresentation; and (6) the resulting injury was proximately caused by the reliance.

Cases that cite this headnote

**[33]    Fraud**
        👉 Statements recklessly made;negligent misrepresentation

Under Pennsylvania law, the elements of a state law negligent misrepresentation claim are: (1) a misrepresentation of a material fact; (2) the representor must either know of the misrepresentation, must make the misrepresentation without knowledge as to its truth or falsity, or must make the representation under circumstances in which he ought to have known of its falsity; (3) the representor must intend the representation to induce another to act on it; and (4) injury must result to the party acting in justifiable reliance on the misrepresentation.

Cases that cite this headnote

**[34]    Fraud**
        👉 Nature and form of remedy
        **States**
        👉 Particular cases, preemption or supersession

Fraud or negligent misrepresentation claims are generally not preempted by the Copyright Act because they involve the element of a statement or misrepresentation that induced the plaintiff's reliance and caused damages not attributable to copyright infringement. 17 U.S.C.A. § 301(a).

Cases that cite this headnote

**[35]    Fraud**

EXHIBIT 6 - PG 178

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.                6

👉 Fraudulent Representations

**Fraud**
👉 Existing facts or expectations or promises

Under Pennsylvania law, "fraud" consists of anything calculated to deceive, whether by single act or combination, but a promise to do something in the future and the failure to keep that promise is not fraud.

Cases that cite this headnote

[36] **Fraud**
👉 Existing facts or expectations or promises

Although a statement of present intention which is false when uttered may constitute a misrepresentation of material fact under Pennsylvania law, for purposes of intentional misrepresentation claim, non-performance does not by itself prove a lack of present intent.

Cases that cite this headnote

[37] **Fraud**
👉 Statements recklessly made;negligent misrepresentation

Creator of three-episode television pilot failed to state claim for negligent misrepresentation under Pennsylvania law, where creator did not plausibly allege that producer of network television series owed duty to creator arising from producer's alleged conversation in which he expressed interest in creator's work.

Cases that cite this headnote

[38] **Copyrights and Intellectual Property**
👉 Persons liable

Creator of three-episode copyrighted television pilot failed to state claim against production company's development executive for contributory copyright infringement, based on her assistance in the production of network television series, where creator failed to plausibly allege that producers, production companies, and network infringed on his copyright. 17 U.S.C.A. § 501(a).

Cases that cite this headnote

[39] **Copyrights and Intellectual Property**
👉 Persons liable

A claim of contributory infringement cannot stand without plausible allegations of third-party direct infringement.

Cases that cite this headnote

**Attorneys and Law Firms**

**\*276** Predrag Filipovic, I Fight 4 Justice Law Office of Predrag Filipovic, Mary Elizabeth Bogan, Bogan Law Group, Philadelphia, PA, for Plaintiff.

Andrew J. Thomas, Richard L. Stone, Jenner & Block LLP, Kelly L. Perigoe, Linda M. Burrow, Caldwell Leslie & Proctor LLC, Los Angeles, CA, Michael K. Twersky, Beth L. Weisser, Fox Rothschild, LLP, Charles M. Golden, Rigel Farr, Obermayer Rebmann Maxwell & Hippel, LLP, Philadelphia, PA, for Defendants.

<u>**OPINION**</u>

Slomsky, District Judge

**TABLE OF CONTENTS**

**I. INTRODUCTION**...277

**II. BACKGROUND**...277

**III. STANDARD OF REVIEW**...279

**IV. ANALYSIS**...280
 **\*277 A. Plaintiff Has Not Plausibly Alleged a Claim of Copyright Infringement Against Fox Defendants**...280

   1. Summary of the Two Works...281

   2. Substantial Similarity Analysis...286

**B. Plaintiff Has Not Plausibly Alleged a Claim of Contributory Copyright Infringement Against Sharon Pinkenson and the Greater Philadelphia Film Office**...294

EXHIBIT 6 - PG 179

**C. Plaintiff Has Not Plausibly Alleged a Claim of Negligence Against Sharon Pinkenson and the Greater Philadelphia Film Office**...296

    1. Plaintiff's Negligence Claim is Preempted by the Copyright Act...297

    2. Plaintiff Has Not Plausibly Alleged a Claim of Negligence...299

**D. Plaintiff Has Not Plausibly Alleged a Claim of Intentional Misrepresentation Against Lee Daniels**...300

**E. Plaintiff Has Not Plausibly Alleged a Claim of Negligent Misrepresentation Against Lee Daniels**...303

**F. Plaintiff Has Not Plausibly Alleged a Claim of Contributory Copyright Infringement Against Leah Daniels–Butler**...304

**V. CONCLUSION**...305

## I. INTRODUCTION

Plaintiff Clayton Prince Tanksley brings this action against numerous Defendants alleging that they infringed on his copyrighted work titled *Cream* by creating and using copyrighted materials to produce the television series *Empire.* (Doc. No. 45.) The Defendants in this case can be divided into two identifiable groups. The first one consists of the "Fox Defendants." Included in this group are Lee Daniels, Lee Daniels Entertainment, Leah Daniels–Butler, Danny Strong, Danny Strong Productions, Twenty–First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corp., Twentieth Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox International, Twentieth Century Fox International Television, LLC, Twentieth Century Fox Home Entertainment, LLC, Fox Networks Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media, and Fox International Channels. The second group has two Defendants: Sharon Pinkenson and the Greater Philadelphia Film Office ("GPFO").

In Count I of the Second Amended Complaint ("SAC"), Plaintiff alleges that Fox Defendants directly infringed on his copyrighted work *Cream* by producing the television series *Empire.* (Doc. No. 45 at ¶¶ 42–56.) In Count II, Plaintiff alleges a contributory copyright infringement

claim against Sharon Pinkenson and GPFO, and in Count III, a negligence claim against the same Defendants. (Id. at ¶¶ 57–70.) In Counts IV and V respectively, Plaintiff alleges intentional and negligent misrepresentation claims against Lee Daniels. (Id. at ¶¶ 71–79.) Finally, in Count VI, Plaintiff alleges that Leah Daniels–Butler committed contributory copyright infringement. (Id. at ¶¶ 79–86.) Defendants have filed two Motions to Dismiss the SAC in its entirety. (Doc. Nos. 53–54.) The Motions are now ripe for disposition. [1]

## II. BACKGROUND

In 2005, Plaintiff Clayton Prince Tanksley wrote, filmed, and produced a three **\*278** episode television series titled *Cream* about an African American man "who has overcome a disadvantaged ... past to achieve financial success in the music industry, only to be exploited by those closest to him." (Doc. No. 45 at ¶ 41(A).) On September 23, 2005, Plaintiff obtained a registration of *Cream* from the United States Copyright Office. (Registration Number Pau3–002–354.) He then set about marketing his copyrighted work with the hope of making a hit television show or movie. Through these efforts, Tanksley learned about an event called Philly Pitch, where "writers and potential producers [were presented with] an opportunity to pitch their film concepts to a panel of entertainment industry professionals who act as 'judges.' " (Doc. No. 45 at ¶ 31.) The Greater Philadelphia Film Office ("GPFO") and its Executive Director, Sharon Pinkenson, organized this event. (Id. at ¶ 32.) Lee Daniels participated as one of the judges. (Id. at ¶ 31.)

On April 5, 2008, Tanksley attended Philly Pitch. (Id.) He presented one copyrighted work, titled *Kung Fu Sissy*, to the panel of judges. [2] (See Doc. No. 53, Ex. B.) After each presenter pitched an idea to the panel, the participants broke for informal discussions and networking. At that time, Plaintiff alleges that he and Daniels privately discussed *Cream.* (Doc. No. 45 at ¶¶ 35–36.) Tanksley gave Daniels several copies of a DVD containing his copyrighted work, along with a written script of the show. (Id. at ¶ 36.) His goal was to work with Daniels to produce *Cream* as a hit television show. (Id.)

Nearly seven years later, on January 7, 2015, Fox aired a pilot episode of its new television series titled *Empire*, which features the struggles of Lucious Lyon, a rapper and former drug dealer who founded one of the world's leading

EXHIBIT 6 - PG 180

media companies, Empire Entertainment, with his ex-wife Cookie Lyon. (Id. at ¶ 37.) This soap opera chronicles Lucious and Cookies' fight for control over Empire Entertainment, vicariously waged through a succession battle among their three adult sons. (Doc. No. 53 at 3.)

Lee Daniels and Danny Strong are the creators of *Empire.* (Id. at ¶ 37.) Plaintiff alleges that Daniels and Strong surreptitiously took his copyrighted work and were "knowingly and willfully involved in the unauthorized copying of 'Cream' " in connection with the creation of *Empire.* (Id. at ¶ 46.) Plaintiff avers that after the airing of *Empire*, he was unable to successfully **\*279** market *Cream* to any television network "due to its striking similarities to 'Empire.' " (Id. at ¶ 41.)

On January 8, 2016, Plaintiff initiated this action. (Doc. No. 1.) He filed an Amended Complaint on January 29, 2016. (Doc. No. 3.) On June 17, 2016, Defendants filed two Motions to Dismiss the Amended Complaint. (Doc. Nos. 21, 25). The Court held a hearing on Defendants' Motions to Dismiss on June 2, 2016. (Doc. Nos. 41–42.) At the hearing, this Court afforded Plaintiff another opportunity to amend the Amended Complaint. On August 1, 2016, Plaintiff filed the Second Amended Complaint ("SAC"). (Doc. No. 45.) Upon the filing of the SAC, the Court denied Defendants' pending Motions to Dismiss without prejudice as moot. (Doc. No. 46.)

On September 30, 2016, Defendants filed another two Motions to Dismiss the SAC. (Doc. Nos. 53–54.) Plaintiff filed Responses in Opposition on October 30, 2016. (Doc. Nos. 57–60.) On November 14, 2016, Defendants filed Replies. (Doc. Nos. 62–63.) This Court held a hearing on the Motions to Dismiss the SAC. (See Doc. No. 69.) At the hearing, the Court granted the parties leave to file supplemental briefs in support of their positions. (Id.) On March 27, 2017, Plaintiff and Defendants filed supplemental briefs on the Motions to Dismiss (Doc. Nos. 80–84), which is now ripe for a decision.

### III. STANDARD OF REVIEW

The motion to dismiss standard under Federal Rule of Civil Procedure 12(b)(6) is set forth in Ashcroft v. Iqbal, 556 U.S. 662, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009). After Iqbal it is clear that "threadbare recitals of the elements of a cause of action, supported by mere conclusory statements do not suffice" to defeat a Rule 12(b)(6) motion to dismiss. Id. at 663, 129 S.Ct. 1937;

see also Bell Atl. Corp. v. Twombly, 550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." Ethypharm S.A. France v. Abbott Labs., 707 F.3d 223, 231 n.14 (3d Cir. 2013) (citing Sheridan v. NGK Metals Corp., 609 F.3d 239, 262 n.27 (3d Cir. 2010)). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." Id. Applying the principles of Iqbal and Twombly, the Third Circuit in Santiago v. Warminster Twp., 629 F.3d 121 (3d Cir. 2010), set forth a three-part analysis that a district court in this Circuit must conduct in evaluating whether allegations in a complaint survive a 12(b)(6) motion to dismiss:

> First, the court must "tak[e] note of the elements a plaintiff must plead to state a claim." Second, the court should identify allegations that, "because they are no more than conclusions, are not entitled to the assumption of truth." Finally, "where there are well-pleaded factual allegations, a court should assume their veracity and then determine whether they plausibly give rise to an entitlement for relief."

Id. at 130 (quoting Iqbal, 556 U.S. at 675, 679, 129 S.Ct. 1937). "This means that our inquiry is normally broken into three parts: (1) identifying the elements of the claim, (2) reviewing the complaint to strike conclusory allegations, and then (3) looking at the well-pleaded components of the complaint and evaluating whether all of the elements identified in part one of the inquiry are sufficiently alleged." Malleus v. George, 641 F.3d 560, 563 (3d Cir. 2011).

A complaint must do more than allege a plaintiff's entitlement to relief, it must "show" such an entitlement with its facts. **\*280** Fowler v. UPMC Shadyside, 578 F.3d 203, 210–11 (citing Phillips v. Cnty. of Allegheny, 515 F.3d 224, 234–35 (3d Cir. 2008)). "[W]here the well-pleaded facts do not permit the court to infer more than the mere possibility of misconduct, the complaint has alleged—but it has not 'shown'—'that the pleader is entitled to relief.' " Iqbal, 556 U.S. at 679, 129 S.Ct. 1937. The "plausibility" determination is a "context-specific task that requires the reviewing court to draw on its judicial experience and common sense." Id.

EXHIBIT 6 - PG 181

## IV. ANALYSIS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants seek to dismiss the SAC in its entirety. (Doc. Nos. 53–54.) The Court will address each of Plaintiff's claims in turn.

### A. Plaintiff Has Not Plausibly Alleged a Claim of Copyright Infringement Against Fox Defendants

**[1]** **[2]** **[3]** In Count I of the SAC, Plaintiff alleges that the Fox Defendants directly infringed on his copyrighted work titled *Cream* by producing the television series *Empire*.[3] (Doc. No. 45 at ¶¶ 42–56.) "Anyone who violates any of the exclusive rights of the copyright owner ... is an infringer...." 17 U.S.C. § 501(a). To state a claim of copyright infringement, a plaintiff must establish ownership of a valid copyright, and unauthorized copying of protectable elements of the plaintiff's copyrighted work. Tanikumi v. Walt Disney Co., 616 Fed.Appx. 515, 519 (3d Cir. 2015). Proof of unauthorized copying can be found either in the defendant's admission or, as is more often the case, by circumstantial evidence of access and substantial similarity. Dam Things from Denmark, a/k/a Troll Co. ApS v. Russ Berrie & Co., Inc., 290 F.3d 548, 561 (3d Cir. 2002). To determine whether the works are substantially similar, a court "compares the allegedly infringing work with the original work, and considers whether a 'lay-observer' would believe that the copying was of protectable aspects of the copyrighted work."[4] Jackson v. Booker, 465 Fed.Appx. 163, 165 (3d Cir. 2012).

This inquiry involves distinguishing between protectable and unprotectable aspects **\*281** of the copyrighted work. Kay Berry, Inc. v. Taylor Gifts, Inc., 421 F.3d 199, 208 (3d Cir. 2005). "It is a fundamental premise of copyright law that an author can protect only the expression of an idea, but not the idea itself." Id. Accordingly, a court must discern "the author's expression and the idea or theme that he ... seeks to convey or explore," because the former is protected and the latter is not. Id.; see also Winstead v. Jackson, 509 Fed.Appx. 139, 143 (3d Cir. 2013) (citations omitted) ("The court must determine whether the allegedly infringing work is similar because it appropriates the unique expressions of the original work, or merely because it contains elements that would be expected when two works ... explore the same theme.").

**[4]** In analyzing the two works for substantial similarity, the court compares aspects such as plot, characters, theme, mood, setting, and dialogue. See, e.g., Tanikumi, 616 Fed.Appx. at 521 (comparing plot, theme, setting, and characters, among other aspects, to determine if there was substantial similarity between the allegedly infringing work and the original copyrighted work). Without meticulously dissecting the works, a court's task is to compare the works' "total concept and overall feel ... as instructed [by] good eyes and common sense." Peter F. Gaito Architecture, LLC v. Simone Development Corp., 602 F.3d 57, 66 (2d Cir. 2010).

Here, Fox Defendants do not contest that Plaintiff held a valid copyright for *Cream*, and that Plaintiff has adequately pled access. (Doc. No. 54 at 23 n.12.) Rather, they argue that Plaintiff has failed to plead facts showing that the two works are substantially similar. (Id. at 23.) In contrast, Plaintiff argues that he has stated a claim for copyright infringement because the two works are substantially similar in plot, characters, theme, mood, and setting.[5] (Doc. No. 60 at 10–24.) For reasons that follow, this Court agrees with Fox Defendants that *Empire* does not infringe on the expressions embodied in *Cream*.

### 1. Summary of the Two Works

To determine whether *Cream* and *Empire* are substantially similar, it is helpful first to summarize the content of the two works.

### a. Summary of *Cream*

Plaintiff's copyrighted work titled *Cream* can be summarized as a television show that follows the trials and tribulations of Winston St. James, an African–American hip-hop mogul who runs a record label called Big Balla Records. (Doc. No. 45 at ¶ 41.) Throughout the three episode series, viewers watch Winston St. James manage artists who seek contracts with the label, attempt to save his sister (who is actually his daughter) from an abusive relationship, attend the funeral of his mother, and dismiss his father's request to co-own the record label. Additionally, *Cream* features extensive sexual scenes, in which Winston engages in sex with multiple partners, contracts herpes, and seeks solace in a prostitute.

EXHIBIT 6 - PG 182

Episode one of *Cream* opens with Winston having sex with his two married assistants, Tiffany and Chantal. (*Cream* DVD at 0:44–1:46.) In the next scene, Winston arrives late to a dance studio where he is scheduled to hear a rap group's audition. (Id. at 1:48–2:49.) As the rap group performs a song, the scene fades to an extended fantasy sequence in which Winston has sex with yet another woman, Joy, who is a member of the rap group's entourage. (Id. at 2:50–5:16.)

The next scene takes a dramatic shift. Winston's sister Angelica is beaten by her **\*282** boyfriend Shekwan. (Id. at 5:22–6:30.) Shekwan asks Angelica to call Winston and set up an audition for him. (Id. at 6:30–6:33.) Angelica obliges. (Id. at 6:50–7:30.) Winston receives her call while in bed with Joy, and initially refuses to give Shekwan an audition, but then tells Angelica to meet him in his office to discuss it. (Id. at 7:30–8:08.) The next day, Angelica arrives at Winston's office wearing sunglasses. (Id. at 8:24–8:38.) Winston asks Angelica to take off the sunglasses, revealing a black eye, which she presumably got from the abusive Shekwan. (Id. at 8:39–9:35.) At that moment, Winston decides to give Shekwan an audition after all, hatching a plot to exact revenge on the man who is hurting his little sister. (Id. at 9:36–10:01.) After Angelica leaves the office, Winston grabs his groin and calls his secretary, asking that she schedule an urgent appointment with his doctor. (Id. at 10:18–10:26.)

In the next scene, Shekwan auditions for Winston in the dance studio. (Id. at 10:38–12:30.) The audition is horrendous, yet Winston signs Shekwan to the record label anyway. (Id. at 12:30–12:59.) After the audition, Winston asks Angelica to join him for dinner, so that she is away from Shekwan. (Id. at 13:08–13:39.) Then he gestures to two men in the studio, suggesting that they can now go forward with a plan to take out revenge on Shekwan. (Id. at 13:40–13:47.)

The scene then shifts to later that night, where Shekwan walks down an alleyway talking on the phone about his new contract with the record label. (Id. at 13:54–12:59.) As Shekwan urinates on a dumpster, the two men lurk in the darkness and shoot Shekwan. (Id. at 14:25–14:50.) The men then enter the frame and kick him, checking that Shekwan is dead. (Id. at 14:55–15:14.) The credits roll. Thereafter, episode one concludes with a public service announcement from the actress who plays Angelica, who warns of the dangers of domestic violence and offers resources for those who need help escaping from an abusive relationship. (Id. at 15:48–16:46.)

Next, in episode two of *Cream*, Winston learns from Angelica that Shekwan survived the shooting. (Id. at 17:44–18:19.) He berates the two hit men for failing to finish the job. (Id. at 18:19–19:11.) The next scene shifts to a doctor's office, where Winston is informed that he has herpes, a non-fatal disease. (Id. at 19:26–22:03.) The scene cuts to one of Winston's sexual partners, Chantal, having sex with her husband. (Id. at 22:06–22:53.) After having sex, Chantal appears to be in pain, apparently experiencing the symptoms of herpes. (Id. at 23:45–23:56.)

The next day, Winston and Tiffany meet in the office. (Id. at 23:58–24:33.) Tiffany tells Winston that she and Chantal both are feeling under the weather, suggesting to the audience that they are all feeling the effects of herpes. (Id.)

In the next scene, Angelica sits beside Shekwan's hospital bed, praying for his recovery. (Id. at 25:45–26:22.) Winston arrives and suggests that Angelica leave and get some rest. (Id. at 26:22–27:21.) Alone in the hospital room with Shekwan, Winston threatens the man, even though he appears to be in a coma. (Id. at 27:41–28:46.) As Winston leaves, however, the camera cuts to Shekwan opening his eyes. (Id. at 28:46–28:57.)

Back at the office, Winston contemplates his herpes diagnosis, detailing his sexual encounters through various flashbacks. (Id. at 29:00–29:49.) Looking forlorn, he begrudgingly takes herpes medication. (Id.) Next, one of Winston's artists interrupts him in the bathroom demanding more money for his record sales, but Winston pulls out a gun and refuses to pay him. (Id at 29:53–31:15.) In the meantime, Winston's mother Nora arrives at the office with Angelo, who is introduced as **\*283** Winston's brother. (Id. at 31:19–32:54.) Angelo is developmentally disabled and has trouble speaking coherently, referring to himself in the third person. (Id. at 31:52–32:16.) Nora explains that Winston's father, Sammy, is currently dating Winston's ex-girlfriend Brenda. (Id.)

In the following scene, Sammy and Brenda are sitting on the couch and talking in Sammy's apartment. (Id. at 32:56–34:02.) Through their conversation, the audience learns that Angelica and Angelo are really Brenda and Winston's children—not his younger siblings. (Id.)

EXHIBIT 6 - PG 183

Winston's mother raised Angelica and Angelo as her own children after Brenda was sent away for her drug problem. (Id.) Sammy and Brenda also discuss how Sammy is going to take over Big Balla Records and Brenda is going to "get her kids back." (Id.) The scene ends heavily suggesting that Sammy and Brenda will have sex. (Id. at 34:03–34:21.)

Episode two then concludes with a lengthy public service announcement wherein Plaintiff Tanksley, the actor who plays Winston, talks about herpes, its statistics and its symptoms. (Id. at 34:59–36:43.) He recommends getting tested for herpes and other sexually transmitted diseases. (Id.)

The third and final episode of the *Cream* pilot opens with a rapper recording in the studio. (Id. at 38:00–39:13.) While in the studio, Winston receives a call from Angelica, informing him that Shekwan is "going to make a fully recovery." (Id. at 39:15–40:15.)

In the following scene, Nora, Winston's mother, arrives at Sammy's apartment to confront him about his affair with Brenda. (Id. at 40:20–41:20.) Nora follows Brenda out of the apartment, where they have a confrontation in a parking lot. (Id. at 41:20–42:28.) Nora has a heart attack and dies. (Id.) At her funeral, Sammy demands that he take over the share of Big Balla Records that Nora owned (50%), which had not been revealed in the storyline until this point. (Id. at 43:00–45:22.) Winston refuses and storms off. (Id.)

After a lengthy sequence of Winston driving around, the audience sees him pick up a prostitute named Regina, and they go to her apartment. (Id. at 45:38–45:22.) However, Winston is too upset by his mother's death to have sex. (Id.)

Next, Winston watches as Shekwan records a song called "Biscuits and Gravy," which is meant to be comically bad. (Id. at 50:30–52:41.) However, to Winston's chagrin, the song becomes a hit. In the following scene, Winston, Chantal, and Tiffany deal with the herpes outbreak in the office. (Id. at 53:01–54:15.) Chantal admits to Winston that she has herpes, but Winston denies being infected. (Id.) Therefore, Chantal blames Tiffany for spreading herpes to the group and they get into an altercation. (Id.) When Chantal later admits to her husband that she has herpes, he kicks her out of their apartment. Chantal goes

to Winston's home and asks to stay with him, and the two have sex.

The scene then cuts to Sammy's apartment, where Brenda and Sammy are engaging in sexual acts. (Id. at 54:18–55:39.) Sammy is upset that Angelica and Angelo received all of Nora's shares of Big Balla Records. (Id.) Sammy decides that he and Brenda should reveal to Angelica and Angelo who their parents really are. (Id.) In this way, Sammy will be able to control their shares of Big Balla Records. (Id.)

Later, Sammy and Brenda reveal to Angelica who her parents really are. (Id. at 104:37–108:41.) Upset at the news, Angelica calls Winston and says that she never wants to see him again. (Id.) Distraught, Winston goes to Regina's apartment, seeking solace in the prostitute. (Id. at 109:00–111:15.) While there, he reveals the truth about Angelica and Angelo, and **\*284** his herpes diagnosis. (Id.) Regina confesses that she also has herpes. (Id.) Minutes later, Chantal's husband stops by Regina's apartment for a date. (Id.) At that moment, Winston realizes that Chantal's husband must have infected her with herpes, and that Chantal must have spread the disease to Winston and Tiffany. (Id.)

At the conclusion of the pilot, the actress who plays Nora offers a public service announcement on the benefits of adoption. (Id. at 111:54–112:49.) She says that there is an "epidemic across America of grandparents rearing grandchildren, in many cases with special needs, because of the parents' problems," and encourages adoption of those children who "don't have grandparents to rescue them." (Id.)

### b. Summary of *Empire*

The allegedly infringing work titled *Empire* can be summarized as a television soap opera "reveling in the intrigue, power struggles and opulent excesses of a powerful and wealthy family"—the Lyons. (Doc. No. 54 at 3.) *Empire* tells the story of Lucious Lyon and his ex-wife Cookie Lyon, who rose from a criminal past of drug dealing to create a leading music label and entertainment company called Empire Entertainment. (Id.) The show details the couples' fight for control of the company, and chronicles a *King Lear*-style succession rivalry among their three sons—Andre, Jamal, and Hakeem—who each

want to succeed their father in running the family business. (Id.)

The pilot episode of *Empire* opens with Lucious Lyon, the family patriarch, sitting in a recording studio dissatisfied with the performance of one of his artists. (*Empire* DVD at 0:12–1:33.) As she sings, the scene cuts to stylized flashbacks of Lucious being examined by doctors who appear to be delivering bad news. (Id.) To get the performance he wants, Lucious emotionally manipulates the artist, telling her to recall the recent death of her brother. (Id. at 1:44–2:09.) The performance that follows demonstrates how Lucious is both a genius record producer and a man who is willing to stop at nothing to get what he wants. (Id. at 2:09–2:44.)

The next scene opens with a lavish party on a yacht anchored in New York harbor. (Id. at 2:55–4:30.) Lucious's sons Jamal and Hakeem improvise an upbeat musical performance, while their older brother Andre cynically looks down on them for showing off their talent to gain their father's affection. (Id.)

The next scene cuts back to Manhattan where, greeted by a throng of paparazzi and fans, Lucious arrives at the skyscraper which is the headquarters of Empire Entertainment. (Id. at 4:40–4:55.) Lucious's faithful assistant Becky quickly meets him in the lobby and informs him of the days urgent matters before Lucious goes to a board meeting. (Id. at 4:55–5:31.) At the board meeting, he announces that Empire Entertainment has filed to become a publicly traded company. (Id. at 5:32–6:40.)

Later, Lucious meets with his three sons at his mansion and tells them that he plans to select one of them to take over Empire Entertainment, but that none of them are ready yet. (Id. at 6:46–8:05.) Jamal, the middle child, asks "what is this *King Lear* now?," suggesting the narrative for the series. (Id.)

The scene then cuts to prison gates opening and Cookie Lyon, the matriarch of the Lyon family, exiting the grounds. (Id. at 8:08–8:33.) The audience learns that Lucious's ex-wife Cookie was released after serving seventeen years in prison for charges associated with drug dealing.

At a boxing gym, Andre, the oldest son, tries to convince his father that he should take over the company. (Id. at 8:40–9:50.) Andre is a graduate of the Wharton School **\*285** of Business and has helped his father with handling the finances of the company. (Id.) However, he is not musically talented like his two younger brothers. (Id.) Andre tells his father that Cookie was released from prison. (Id.) Hearing this news, Lucious asks Bunkie, his right hand man, to spy on her. (Id. at 9:52–10:22.) The audience later learns that Bunkie is in fact Cookie's cousin, and has been a long-time friend of the family. Bunkie asks Lucious for $25,000 to cover his gambling debts, but Lucious refuses to pay for his habit. (Id.)

The next scene opens to Jamal hanging out with his partner Michael in his spacious loft. (Id. at 10:25–14:00.) Jamal tells Michael about his father's succession challenge, but believes that he will never be chosen because Lucious does not approve of his homosexuality and does not think that an openly gay man can be successful in the world of hip-hop music. (Id.) When the phone rings, Jamal answers and is shocked to hear that his mother Cookie is outside and wants to be buzzed in. (Id.) Through flashbacks, the audience learns that in stark contrast to her ex-husband, Cookie knew that Jamal was gay and has always supported him. (Id.)

The audience then follows Cookie to Empire Entertainment's headquarters, where she drops by to visit with Lucious. (Id. at 14:00–17:15.) In Lucious's opulent office, Cookie demands half of the company, but Lucious says that this is not possible. (Id.) During their argument, the audience learns that Lucious and Cookie were both involved in drug dealing, and that Cookie pled guilty so that Lucious could pursue his music career and take care of their children. (Id.) Cookie feels that she is entitled to half of Empire Entertainment for her sacrifice, in part relying on the fact that the money used to create the company was the same drug money which landed her in prison. Cookie then asks for an annual salary of $5 million and a position as head of Artists & Repertoire ("A & R"). (Id.) Lucious says that he will support Cookie financially, albeit not by giving her an annual salary of $5 million, and that he cannot make her head of A & R because the position is already filled (with his girlfriend, Anika). (Id.) When Anika enters the office, Cookie casually insults her and warns Lucious that he cannot sweep her under the rug. (Id.)

EXHIBIT 6 - PG 185

Cookie then visits the high rise apartment of Hakeem, her youngest son. (Id. at 17:24–18:50.) Hakeem is disrespectful towards her, so she brutally beats him with a broom. (Id.)

Later, Andre and his wife Rhonda discuss Lucious's succession ploy in their apartment. (Id. at 24:44–26:00.) Rhonda suggests that Andre pit his two younger brothers against one another, so that Andre will be the last man standing to take over Empire Entertainment. (Id.) As part of this strategy, Andre visits Cookie at her new apartment and recommends that she manage Jamal's career and make him a star, as a way to get leverage over Lucious. (Id. at 26:00–27:57.)

Cutting to a modern conference room at the company's headquarters, Cookie interrupts Lucious's meeting to tell him that she wants to manage Jamal. (Id. at 27:58–28:30.) She threatens Lucious by telling him that she will leak to the Securities and Exchange Commission the fact that Empire Entertainment was created with drug money. (Id. at 28:33–29:56.) Lucious acquiesces. (Id.)

The pilot then cuts to performances by Jamal and Hakeem, demonstrating their brotherly bond while also underscoring the mounting tension between them. (Id. at 30:15–36:40.) First, Jamal performs at a coffee shop. (Id.) Cookie tells him that he should share his talents with the world and start making hit records, but he initially refuses to let her manage his career. (Id.) **286** Then, Hakeem has trouble recording a song for Lucious in the studio. (Id.) Hungover from the night before, he is unfocused and his performance suffers greatly. (Id.) To get back in his father's good graces, he visits Jamal, who helps him rework the song into a hit. (Id.)

Later, Bunkie materializes at Lucious's mansion and demands $3 million. (Id. at 36:40–37:44.) He threatens Lucious by saying that he will tell the police about murders Lucious committed many years ago. (Id.) Despite this threat, Lucious still refuses to give Bunkie any money. (Id.)

The following scene shows Hakeem back in the studio performing the reworked song while Lucious and Jamal watch him perform. (Id. at 37:48–36:40.) Lucious is impressed with Hakeem's improvements. (Id.) Even though Hakeem tells his father that Jamal helped him rework the song, Lucious refuses to recognize Jamal's

talents. (Id.) Frustrated by being constantly overlooked by his father because of his homosexuality, Jamal finally agrees to let Cookie manage his career. (Id. at 38:51–39:18.)

The following scene shows Lucious at the doctor's office. (Id. at 39:19–40:50.) The doctor informs Lucious that he has Amyotrophic Lateral Sclerosis (ALS), a progressive and fatal neurodegenerative disease (also known as Lou Gehrig's disease). (Id.) The doctor tells Lucious he has three years to live, thus informing the audience of Lucious's rationale for the succession battle amongst his adult sons. (Id.)

Later, Lucious meets with Bunkie under a highway overpass, where Bunkie is seen urinating in the river. (Id. at 41:45–43:00.) Because of Bunkie's attempts to blackmail Lucious, Luscious shoots Bunkie as they stand face to face. (Id.)

In the final scene of the pilot episode, the entire family returns to the lavish party on the yacht. (Id. at 45:05–45:55.) Lucious announces Cookie's return to the company, and that Jamal and Hakeem will be releasing albums. (Id.) He closes with a toast "to the Empire." (Id.)

In the remaining episodes of the first seasons of *Empire*, Lucious reveals to his family that he has ALS, becomes engaged to Anika, and continues to struggle with naming his successor. Cookie continues to manage Jamal's career, and Jamal comes out publicly as being gay. Andre has a manic episode and requires a brief period of hospitalization, while Hakeem leaves and later returns to Empire Entertainment. In the season's final episode, Lucious learns that he does not have ALS after all, chooses Jamal as his successor, and is arrested for Bunkie's murder.

### 2. Substantial Similarity Analysis

As previously noted, to determine whether the works are substantially similar, a court "compares the allegedly infringing work with the original work, and considers whether a 'lay–observer' would believe that the copying was of protectable aspects of the copyrighted work." Jackson v. Booker, 465 Fed.Appx. 163, 165 (3d Cir. 2012). Keeping in mind the "total concept and overall feel" of the two works at issue, a comparison based

EXHIBIT 6 - PG 186

WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works. 14

on plot, characters, theme, mood, setting, and dialogue, even when considered in the light most favorable to Plaintiff that what he contends is evidence of infringement, demonstrates that there is no substantial similarity between *Cream* and *Empire*. See Peter F. Gaito Architecture, LLC v. Simone Dev. Corp., 602 F.3d 57, 66 (2d Cir. 2010).

### a. Plot

 **[5]**  Plaintiff first contends that the plots of *Cream* and *Empire* demonstrate that the two works are substantially similar. (Doc. No. 45 at ¶ 47(B).) Plaintiff specifically alleges that "in both shows, the male protagonist is forced to contend with family members who are claiming entitlement and scheming to take over 50% of his **\*287** record label business, and exploiting his children in the effort." (Id.) Plaintiff also claims that less significant plot points about disease, urination, flashback scenes, female-female altercations, same-sex relationships, and secret parentage, all support a finding of substantial similarity. (Id.)

General plot ideas are not protected by copyright law. Berkic v. Crichton, 761 F.2d 1289, 1293 (9th Cir. 1985). A succession story is a far too general plot idea, and does not warrant protection. After viewing *Cream* and *Empire*, Plaintiff's allegation that the main plot line in both works deals with a succession story involving a fight for control over Big Balla Records (*Cream*) and Empire Entertainment (*Empire*) is inaccurate. Moreover, this allegedly similar plot line is expressed in radically different ways. For instance, in *Cream*, Winston's father Sammy, by all accounts a sideline character, wants to co-own Big Balla Records. When Sammy is introduced at the end of the second episode, he mentions to Winston's ex-girlfriend Brenda that he is going to take his share of Big Balla Records. Then, in the final episode of *Cream*, Sammy asks Winston to give him the 50% ownership stake in Big Balla Records that Winston's deceased mother held.

In this rendition of a succession story, Winston's father Sammy seeks to inherit half of a company which Winston's mother owned. In other words, Sammy is trying to take for himself any share of the company which would have been passed to Winston, Angelica, or Angelo (as Nora's child and adopted grandchildren). Sammy's sideline request to share control over Big Balla Records is overshadowed

by major plot lines such as Winston's herpes diagnosis and the failed attempt to murder Shekwan, which are highlighted in all three episodes.

Unlike *Cream* where succession, if at all prevalent, is a side or minor plot line, the heart of the *Empire* series is its *King Lear*-style succession story. In *Empire*, Lucious Lyon is motivated by his terminal illness to choose the right successor to take over the media behemoth Empire Entertainment. In the pilot episode, he tells his three sons that he will choose one of them to run the company, but explains that none of them are ready yet. The ensuing succession rivalry underscores the entire series. It fuels almost every fight and scheme waged in the Lyon family.

The difference in expression of these stories is stark. In *Cream*, Winston's father wants to inherit Nora's half of Big Balla Records and ultimately to take away from Winston, Angelica, and Angelo their stake in the company. Conversely, in *Empire*, Lucious wants one of his three sons to prove that they can run Empire Entertainment and take his place as CEO of the company once he is gone. There is simply no similar plot line in *Cream*. For this reason, the plots of the two works are not substantially similar.

 **[6]**  Plaintiff also contends that the two works have plot lines about disease, urination, flashbacks, female-female altercations, same-sex relationships, and secret parentage, which warrant a finding of substantial similarity. These purported similarities, however, have even less in common than the allegedly similar succession story.

Plaintiff asserts that the "identical plots about diseases" demonstrate substantial similarity. (Doc. No. 45 at ¶ 47(F)(6).) In *Cream*, Winston is diagnosed with herpes. This diagnosis of a non-fatal, sexually transmitted disease connects Winston's many sexual encounters and allows Plaintiff to issue a public service announcement about sexually transmitted diseases. In contrast, *Empire*'s Lucious is diagnosed with ALS, which unlike Winston's herpes diagnosis, is a fatal neurodegenerative disease. The discovery of ALS is the spark that ignites the entire succession rivalry **\*288** among his three sons, and is the driving force behind the show. It is not meant to be used for moralistic messaging as Winston's herpes is used in *Cream*. In addition, unlike Winston's herpes diagnosis, which is discussed at length among several characters, Lucious's ALS diagnosis is initially kept secret

EXHIBIT 6 - PG 187

from his family.[6] Because the expressions of disease are so different in *Cream* and *Empire*, this allegation does not support a finding of substantial similarity.

Plaintiff contends that both works involve a scene where a "victim is shot shortly after urinating inside." (Doc. No. 45 at ¶ 47(F)(6).) However, these two scenes are expressed in different ways. In *Cream*, Winston orders his two henchmen to murder Shekwan after learning of his abuse of Angelica. Shekwan is seen walking through a parking lot, and briefly urinating on a dumpster when he hears people lurking in the shadows. The audience then sees Shekwan receive several gunshot wounds. Only when a grievously injured Shekwan has fallen to the ground do the two shooters enter the frame.

Unlike *Cream*, where henchmen shoot and fail to kill the victim, in *Empire* Lucious himself commits the murder. Lucious shoots and kills his longtime rival Bunkie, not an enemy like Shekwan in *Cream*. Bunkie's murder occurs because Bunkie tried to blackmail Lucious into paying him money by threatening to tell the police that Lucious committed other murders long ago. This murder in *Empire* is unrelated to a desire to kill an evil and abusive boyfriend. Additionally, Lucious shoots Bunkie at close range, after speaking to him face to face, whereas Shekwan's attempted murderers remain out of the frame during the shooting. Finally, the urination scene in *Cream* takes place in a parking lot, whereas in *Empire* it occurs on a riverbank underneath a highway overpass. Given all the differences in expression of the urination scenes in *Cream* and *Empire*, Plaintiff's allegation that this scene shows substantial similarity is unconvincing.

[7] As noted, Plaintiff also contends that both works involve flashback scenes, female-female altercations, same-sex relationships, and secret parentage, which show substantial similarity between the two works. These assertions, however, are unavailing.

Generally speaking, flashback scenes are not protected. Herzog v. Castle Rock Entm't, 193 F.3d 1241, 1261 (11th Cir. 1999) (noting that flashbacks are familiar devices in film and fiction). They are commonly used devices in a soap opera style story, and have been used countless times in television shows and movies. See id. (citing examples of flashbacks, including *Citizen Kane*, which "uses the device to show how different witnesses remember similar events from Kane's life in opposing ways; and 'the Usual

Suspects' where throughout the film the investigation of a suspected drug deal gone bad is portrayed in flashback."). In addition, the flashbacks which appear in the two works here are not similar in expression. *Cream*'s flashbacks are in black-and-white and depict images of Winston's previous sexual encounters, whereas *Empire*'s flashbacks are in color and depict scenes such as Lucious's **\*289** ALS diagnosis and his rejection of his son Jamal for dressing in women's clothing as a young child. Viewed in the light most favorable to Plaintiff, these flashbacks do not show substantial similarity between *Cream* and *Empire*.

Plaintiff also alleges that *Cream* and *Empire* are substantially similar because both works contain scenes depicting a fight between two women. Such an altercation is a commonly used device in soap operas to drive the narrative. Fights between two female characters (or "female-female altercation") have occurred on famous soap operas such as *Dynasty* and *Melrose Place*.

The scenes in *Cream* and *Empire* depicting these fights are not similar in terms of expression. For example, a female-female altercation in *Cream* occurs when Brenda has a physical fight with Nora, Winston's mother. No similar fight occurs in *Empire*. Additionally, the fight between Tiffany and Chantal in *Cream* is motivated by fear over who spread herpes during a sexual encounter. In contrast, *Empire* contains a scene in which a fight breaks out between Lucious's ex-wife and his current girlfriend (Cookie and Anika) and is motivated by underlying tensions over Lucious, a mutual love interest. No similar altercation occurs in *Cream*. Because the fights in *Cream* and *Empire* involve different types of characters and are motivated by varying conflicts, the female-female altercation appearing in *Empire* is not substantially similar to those shown in *Cream*.

Moving to Plaintiff's allegation that *Cream* and *Empire* are substantially similar because both shows include a same-sex relationship, this argument is unpersuasive. First, the existence of a same-sex relationship, standing alone, is far too general to warrant protection. Same-sex relationships are commonplace in many soap operas and have been prominent in movies like *Philadelphia*, *The Birdcage*, and *Brokeback Mountain*. Second, the same-sex relationship in *Cream* is radically different in its expression from the expression shown in *Empire*. *Cream* includes an explicit sex scene between Tiffany and Chantal, two female side characters who are married to men and are having

EXHIBIT 6 - PG 188

extramarital affairs with Winston. In *Empire*, one of the main characters—Jamal—is gay. *Empire* portrays Jamal's sexual orientation as a catalyst of the conflict between Jamal and his father Lucious, and Jamal's same-sex love interest is his boyfriend. The committed and loving same-sex relationship in *Empire* is nothing like the explicit and fleeting same-sex affair in *Cream.* Therefore, the mere existence of a same-sex relationship in *Cream* and *Empire* will not support a finding of substantial similarity.

Concluding with Plaintiff's allegation of secret parentage appearing in both works, this assertion does not show substantial similarity between *Cream* and *Empire.* Revelations about secret parentage are a mainstay of soap opera melodramas, and have been the driving force in movies like *Star Wars.* This general plot device is not a protectable element of Plaintiff's copyright.

Furthermore, this plot device as used in *Cream* and *Empire* is not similar in expression. In *Cream*, Winston hides the fact that Angelica and Angelo are his children. Instead, Winston and his parents, Nora and Sammy, pretend that Angelica and Angelo are Winston's younger siblings. Nora and Sammy, therefore, raise Angelica and Angelo as their own children. Only in the final episode of *Cream* is it revealed that Angelica and Angelo are Winston's children. Sammy reveals this fact to Angelica in order to secure her shares of Big Balla Records to take control of the company.

In contrast, in *Empire*, Jamal appears to have fathered a child with his ex-wife Olivia, **\*290** but it is revealed that Lucious is actually the father of Olivia's child. Olivia is a side character who appears with a child named Lola during the sixth episode of *Empire*'s first season. She later vanishes, leaving Lola with the Lyon family. In a later episode, Olivia's current partner Reggie appears at the Lyon family mansion. The audience learns that Reggie is a violent man who has been abusing Olivia. Reggie threatens to shoot and kill Jamal, but Lucious intervenes, confessing that he fathered the child with Olivia. Lucious also confesses that he promised Olivia would be a star if she stayed with Jamal to hide his son's homosexuality. During the tumultuous standoff, Reggie is shot and killed by another character.

Thus, the two depictions of secret parentage are expressed in radically different ways and for different reasons. In *Cream*, Winston's secret parentage is revealed so that

Sammy can take control of Big Balla Records. In *Empire*, Lucious's secret parentage is revealed during a nail-biting standoff to save the life of his son Jamal. For these reasons, Plaintiff's comparison of secret parentage appearing in the two works does not support a finding that *Empire* is substantially similar to *Cream.*

In sum, these general plot devices such as flashback scenes, female-female altercations, same-sex relationships, and secret parentage are not protectable elements of Plaintiff's copyright, and cannot be the basis of the infringement claim against Fox Defendants.

### b. Characters

 **[8]**   **[9]**   **[10]**   According to Plaintiff, the characters in the two works are a major point of similarity. (Doc. No. 45 at ¶ 47(D).) Plaintiff contends Lucious, Cookie, and Andre from *Empire* are substantially similar to Winston, Brenda, and Angelo from *Cream.* (Id.) To determine whether characters are similar, courts look at the "totality of [the characters'] attributes and traits as well as the extent to which the defendant's characters capture the total concept and feel of figures in the plaintiff's work." DiTocco v. Riordan, 815 F.Supp.2d 655, 667 (S.D.N.Y. 2011); Warner Bros. v. American Broad. Co., 720 F.2d 231, 241 (2d Cir. 1983). Prototypical or stock characters who display generic traits are "too indistinct to merit copyright protection." Tanikumi v. Walt Disney Co., 616 Fed.Appx. 515, 519 (3d Cir. 2015); see also Herzog v. Castle Rock Entm't, 193 F.3d 1241, 1259 (11th Cir. 1999) (explaining that "characters who keep secrets are part and parcel of the murder mystery genre and are not protectable"); see also Whitehead v. Paramount Pictures Corp., 53 F.Supp.2d 38, 50 (D.D.C. 1999) (finding that "general characteristics such as black hair, intelligence, patriotism and slight paranoia ... are not copyrightable and do not establish substantial similarity"). In fact, the bar for substantial similarity in a character is set high because only characters who are especially distinctive are entitled to protection. See Hogan v. DC Comics, 48 F.Supp.2d 298 (S.D.N.Y. 1999) (finding no substantial similarity between two young male half-vampire characters named Nicholas Gaunt who both had similar appearances, both experienced flashbacks as part of their quest to discover their origins, and both became killers). [7]

[11]  **\*291** First, Plaintiff contends that the two male protagonists, Winston St. James and Lucious Lyon, are substantially similar. (Doc. No. 45 at ¶ 47(D).) Plaintiff characterizes the two men as "African–American male[s] in [their] early to mid-40s who rise[ ] from poverty and [lives] of crime on the streets of Philadelphia to become the head[s] of a large record label company." (Id.) To be sure, there are similarities between Winston and Lucious. However, these similarities are not copyrightable. The allegation that both characters are African–American men who rise from poverty and lives of crime to become successful is too general to show substantial similarity. See Jackson v. Booker, 465 Fed.Appx. 163, 165 (3d Cir. 2012) (finding no substantial similarity between two characters who "both were African–American males and ex-convicts who become community activists"). The additional description that the two characters run record labels is not distinctive enough to show substantial similarity. See Astor–White v. Strong, No. 15-6326, 2016 WL 1254221, at \*5 (C.D. Cal. Mar. 28, 2016) (finding that Lucious Lyon from *Empire* and the plaintiff's character who are both African–American "record moguls who rise to power and become billionaires in the record industry" and who have three children was insufficient to show substantial similarity). The facts that both men have straightened hair or dress in button-down shirts without a tie and occasionally wear a blazer are also too general. See Newt v. Twentieth Century Fox Film Corp., No. 15-2778, 2016 WL 4059691, at \*11 (C.D. Cal. July 27, 2016) (writing that "the alleged 'similarities' in style and dress (e.g., jackets, coats, hats, dresses, hair styles, eyewear, and jewelry) are too common and generic, and constitute *scenes-a-faire* that flow directly from characters in the music industry"); see also Whitehead v. Paramount Pictures Corp., 53 F.Supp.2d 38, 50 (D.D.C. 1999) (noting that general characteristics such as black hair, and intelligence, among other traits, were not copyrightable and could not establish substantial similarity). Therefore, the character comparison made between Winston and Lucious is too general to warrant copyright protection.

Furthermore, the overall feel of the two characters is dramatically different. Winston in *Cream* is best understood as a sexually promiscuous man who contracts herpes, tries to exact revenge on a family member's abusive boyfriend, and lies about the parentage of his children, all while trying to run a record label. In comparison, Lucious in *Empire* is an ambitious, wealthy, and homophobic entertainment magnate who wants to ensure that his most

capable son takes over the family business. He has a complicated personal and professional relationship with his ex-wife Cookie. For these reasons, the expression and feel of the two characters is dissimilar, and the comparison drawn between Winston and Lucious does not support a finding of substantial similarity.

[12]  Second, Plaintiff makes a comparison between two women, Brenda and Cookie, as "female leads with drug backgrounds who had children with the male protagonist in the past and are now seeking to claim a part of his business." (Doc. No. 45 at ¶ 47(D).) Yet the differences between even these characters overshadow their similarities. Brenda is the ex-girlfriend of Winston. She is by all accounts a minor or sideline character in *Cream*, and is not a "lead" as Plaintiff contends. (See id.) As a former drug addict, Brenda has no relationship with her children. In fact, **\*292** she is only introduced to them at the end of the first episode of *Cream*. Nowhere in *Cream* is it ever suggested that Brenda has ever owned an interest in Big Balla Records. In contrast, Cookie Lyon is a leading character in *Empire*. She is Lucious's ex-wife, and is heavily involved in the lives of her three sons throughout the entire television show. She is portrayed as a tough and savvy businesswoman who, after her release from prison, is ready to take back control of half of Empire Entertainment. Notably, she has an extensive background in the music industry, which is demonstrated initially in a flashback scene in which she helps Lucious produce his first hit album and then by managing her son Jamal's music career. Put simply, there is no similar character to Cookie Lyon who appears in *Cream*. These two characters, therefore, are not substantially similar. In fact, they are not similar at all.

[13]  Third, Plaintiff asserts that there are substantial similarities between the characters Angelo and Andre. (Doc. No. 45 at ¶ 47(D).) The SAC states: "Each of the male leading characters also ha[ve] a son who is suffering from a mental disorder, both of whom exhibit the 'quirk' or symptom of referring to themselves in the third person." (Id.) These characters, however, bear even less resemblance to each other than the other comparisons drawn by Plaintiff. Angelo appears in only two scenes of the *Cream* series. He seems to suffer from a significant developmental disability or mental delay. Other characters refer to Angelo as a "special needs" person and attribute his disability to his mother's drug use during pregnancy. In stark contrast to Angelo's

EXHIBIT 6 - PG 190

limitations, Andre in *Empire* is a highly educated and functioning individual. He is a Wharton graduate who has continuously helped his father with the finances of a hugely successful record label and entertainment company. Although he suffers from bipolar disorder, this illness has not affected his cognitive abilities. His manic episodes arising from his bipolar disorder are shown in a few scenes, but they are vastly different from Angelo's overall inability to function independently as portrayed in *Cream.*

Plaintiff's allegation that Angelo and Andre have the "quirk" of referring to themselves in the third person overstates the importance of this characteristic, and does not show an appreciable similarity. (Id.) One of the only times Angelo speaks is in the second episode of *Cream* when he is first introduced to the audience. He cannot speak full sentences and repeatedly says "Angelo in the house." In contrast, Andre has no problem speaking to others and presenting important matters at board meetings for Empire Entertainment. He regularly refers to himself in the first person, and only refers to himself in the third person during a manic episode. During this episode, he switches back and forth using the first and third person. These two scenes alone do not show that Angelo and Andre are substantially similar.

Most tellingly, there are characters with no counterparts featured in *Cream* and *Empire.* What is notably lacking in *Cream* is the triad of brothers who fight to succeed their father for control over the family record label. *Cream* has no counterpart to Andre, Jamal, and Hakeem who are main characters in *Empire.* These characters do not appear in *Cream,* and without them, there is no substantial similarity.

Given the above discussion demonstrating that the characters of *Cream* are not substantially similar to those featured in *Empire,* this component of the analysis does not plausibly support a conclusion that the works are substantially similar.

### c. Theme

 **[14]**  Next, Plaintiff contends that the themes of *Cream* and *Empire* are substantially similar. (Doc. No. 45 at ¶ 47(A).) Specifically, Plaintiff asserts that both **\*293** *Cream* and *Empire* are soap opera dramas which "focus

on an African–American male who has overcome a disadvantaged/criminal past to achieve financial success in the music industry only to be exploited by those closest to him." (Id.) However, this general theme is not copyrightable. See Winstead v. Jackson, 509 Fed.Appx. 139, 144 (3d Cir. 2013) (explaining that two works that explored the same theme about life on "the streets" necessarily contained similar elements of "the story of an angry and wronged protagonist who turns to a life of violence and crime" and that "this story has long been part of the public domain."); see also DiTocco v. Riordan, 815 F.Supp.2d 655, 670 (S.D.N.Y. 2011), aff'd 496 Fed.Appx. 126 (2d Cir. 2012) (finding that stock themes such as "the development of an adolescent man through a series of tests," bravery, independence and "mythology affect[ing] the real world" were not protectable).

The idea of an African–American male who rises up from a disadvantaged or criminal past to achieve success through music is nothing new to storytelling, nor is it a protectable element of Plaintiff's work. It is a compelling theme which has played out both in real life and which has been prominent in many forms of artistic expression. Hip-hop moguls such as Jay-z, Dr. Dre, and Sean ("Diddy") Combs are living examples of this remarkable story. Rappers like Tupac Shakur, Snoop Dogg, Master P, and Kanye West have written prolific rhymes about this very idea. Movies such as *Hustle & Flow* and *Get Rich or Die Tryin'* depict hip-hop artists struggling to break out. Biographical movies (or biopics) including *Straight Outta Compton* and *Notorious* dramatize the lives and careers of famous rappers, who achieve overwhelming success in the music industry despite overcoming staggering obstacles. Moreover, documentaries like *Tupac: Resurrection*, *The Carter*, and *Beats, Rhymes & Life: The Travels of a Tribe Called Quest* also delve into this theme of hip-hop as the product of struggle and the vehicle for achieving success. Watching people overcome long odds and achieve success thanks to their creative gifts has strong narrative impact. Watching those same people achieve success through their musical talents and start a record label is compelling, though not distinctive. Therefore, similarities alleged between the themes of *Cream* and *Empire* are not a protectable element of a copyright.

### d. Mood

EXHIBIT 6 - PG 191

[15] Next, Plaintiff asserts that the moods expressed in *Cream* and *Empire* are substantially similar because both contain "regular musical interludes." (Doc. No. 45 at ¶ 47(E).) This contention, however, does not support a claim of copyright infringement. Musical interludes are nothing new to film. Televisions shows dating back to *The Partridge Family* have used musical numbers to bridge one scene to the next. Such devices can be found in popular contemporary television shows such as *Glee* and *Nashville.* In addition, the expression of musical interludes in each work is strikingly different. The musical interludes in *Cream* are performed by minor or nameless characters, and are used for comedic or entertainment purposes; whereas the musical interludes in *Empire* are often performed by central characters. Through these musical numbers, the audience learns more about the nuances of the character's desires. Because musical interludes themselves are commonly used devices, and the expression of these devices varies dramatically in the two works at issue here, Plaintiff's assertion that musical interludes show substantial similarity is not persuasive.

### e. Setting

[16]  [17]  Plaintiff contends that the settings of *Cream* and *Empire* support a finding that the two works are substantially **\*294** similar. (Doc. No. 45 at ¶ 47(C).) Facts pled in a complaint demonstrating substantial similarity in the settings of the copyrighted work and the allegedly infringing work may support a finding that a plaintiff has stated a claim for copyright infringement. Tanikumi v. Walt Disney Co., 616 Fed.Appx. 515, 521 (3d Cir. 2015). Plaintiff contends that "both 'Cream' and 'Empire' are based out of or derive its [sic] origin from, counterintuitively, Philadelphia, which is certainly not known as a hot spot in the recording industry." (Doc. No. 45 at ¶ 47(C).) Despite Plaintiff's contention, *Empire* is set in New York City, whereas *Cream* is based entirely in Philadelphia. Although Lucious and Cookie Lyon are originally from Philadelphia, representations of the city play out only in flashbacks showing their criminal past, and in a few scenes where Cookie re-visits the city after her release from prison. Philadelphia is not the setting of *Empire.* Thus, Plaintiff's contention that the two works share the same setting cannot be the basis for a claim of copyright infringement.

### f. Dialogue

Last, Fox Defendants argue that Plaintiff cannot point to any similar dialogue between *Cream* and *Empire* to show substantial similarity. (Doc. No. 54 at 34.) Similar dialogue appearing in two works is commonly used to support a claim of copyright infringement. See, e.g., Jackson v. Booker, 465 Fed.Appx. 163, 168 (3d Cir. 2012) (considering lack of similar dialogue in support of its finding of no substantial similarity between the copyrighted work and the allegedly infringing work). Lack of any similar dialogue in *Cream* and *Empire*, therefore, weighs in favor of the conclusion that it is not plausible that the two works are substantially similar.

In conclusion, in viewing the comparisons in the light most favorable to Plaintiff, it is evident that *Cream* and *Empire* contain dramatically different expressions of plot, characters, theme, mood, setting, dialogue, total concept, and overall feel. Consequently, this Court finds that *Empire* is not substantially similar to *Cream.* Plaintiff has not stated a claim for copyright infringement against Fox Defendants. Therefore, this claim, as asserted in Count I, will be dismissed.

### B. Plaintiff Has Not Plausibly Alleged a Claim of Contributory Copyright Infringement Against Sharon Pinkenson and the Greater Philadelphia Film Office

[18]  [19]  [20]  Next, Plaintiff contends that Sharon Pinkenson and the Greater Philadelphia Film Office ("GPFO") committed contributory copyright infringement stemming from their organization of Philly Pitch, where Plaintiff met Lee Daniels. (Doc. No. 45 at ¶¶ 57–64.) A party "who, with knowledge of the infringing activity, induces, causes, or materially contributes to the infringing conduct of another, may be held liable as a 'contributory infringer.' " Columbia Pictures Indus., Inc. v. Redd Horne, Inc., 749 F.2d 154, 160 (3d Cir. 1984) (quoting Gershwin Publishing Corp. v. Columbia Artists Mgmt., Inc., 443 F.2d 1159, 1162 (2d Cir. 1971)). To establish a claim of contributory infringement, a plaintiff must show: "(1) a third party directly infringed the plaintiff's copyright; (2) the defendant knew that the third party was directly infringing; and (3) the defendant materially contributed to or induced the infringement." Leonard v. Stemtech Int'l Inc., 834 F.3d 376, 387 (3d Cir. 2016).

EXHIBIT 6 - PG 192

Pinkenson and GPFO argue that Plaintiff's claim fails to satisfy all three elements of a contributory copyright infringement claim. (Doc. No. 53 at 12–15.) For reasons that follow, the Court agrees.

 **[21]** Considering the first element of a contributory copyright infringement claim, Pinkenson and GPFO argue that the contributory **\*295** copyright infringement claim fails because Plaintiff has not pled plausible facts showing that a third party directly infringed on his copyrighted work. (Doc. No. 53 at 12.) In order to claim that a defendant is a contributory infringer, the plaintiff "must allege first, that he had registered copyrights that were infringed by a third party." Parker v. Google, Inc., 422 F.Supp.2d 492, 499 (E.D. Pa. 2006), aff'd, 242 Fed.Appx. 833, 837 (3d Cir. 2007). A claim of contributory infringement "cannot stand without plausible allegations of third-party direct infringement." Parker v. Yahoo!, Inc., No. 07-2757, 2008 WL 4410095, at *5 (E.D. Pa. Sept. 25, 2008) (citing Metro–Goldwyn–Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913, 930, 125 S.Ct. 2764, 162 L.Ed.2d 781 (2005)). Because Plaintiff has failed to plead plausible facts showing that Fox Defendants directly infringed on his copyright of *Cream*, he cannot state a claim for contributory copyright infringement against Pinkenson and GPFO. For this reason alone, the contributory copyright infringement claim can be dismissed.

 **[22]** With respect to the second element of a contributory infringement claim, Pinkenson and GPFO argue that Plaintiff has not plausibly alleged facts showing that they had any knowledge of Fox Defendants' alleged direct infringement of *Cream*. (Doc. No. 53 at 14.) A plaintiff must allege facts showing that the defendant had knowledge of the third-party infringement. Leonard, 834 F.3d at 387. This knowledge requirement has been interpreted to include "both those with actual knowledge and those who have reason to know of direct infringement." [8] Parker v. Google, 422 F.Supp.2d at 499.

The SAC alleges that Pinkenson and GPFO "provided a venue" by hosting Philly Pitch, where Plaintiff met Daniels and discussed *Cream*. (Doc. No. 45 at ¶ 60.) It also asserts that Pinkenson and GPFO required each contestant to sign a release attesting that he was presenting an "authentic and genuine" work, but that the release was

lacking because it "did not ... protect those works from unauthorized use by the judges." (Doc. No. 45 at ¶ 33.)

These allegations, taken together, fail to show that Pinkenson or GPFO knew or had reason to know that Daniels or the other Fox Defendants allegedly would infringe on Plaintiff's copyright. The SAC is devoid of any facts which would raise an inference that Pinkenson or GPFO knew or would reasonably know that Daniels was or would later allegedly infringe on the *Cream* copyright. "Whether or not Pinkenson and GPFO knew Plaintiff spoke with Daniels at the event or gave Daniels the 'Cream Materials' is of no consequence because the pleading standard requires Plaintiff allege the Philadelphia Defendants' knowledge of the purported infringement." (Doc. No. 53 at 14.) In addition, the SAC's allegations regarding the releases, which guaranteed that each contestant's **\*296** work was authentic, lends no support to Plaintiff's claims about Pinkenson or GPFOs' knowledge, either actual or constructive, of alleged third-party infringement.

 **[23]** Turning to the third element of a contributory infringement claim, Pinkenson and GPFO argue that Plaintiff has not plausibly alleged facts showing that they materially contributed to or induced the infringement. (Id. at 15.) A plaintiff must allege facts demonstrating the defendant's material contribution to or inducement of the third-party infringement. Leonard, 834 F.3d at 387. Material contribution or inducement is "personal conduct that encourages or assists the infringement." Gordon v. Pearson Educ., Inc., 85 F.Supp.3d 813, 819 (E.D. Pa. 2015). The encouragement or assistance "must bear some direct relationship to the infringing acts, and the person rendering such assistance or giving such authorization must be acting in concert with the infringer." 3 Nimmer on Copyright § 12.04[A][3][a] (citing Parker v. Google, 422 F.Supp.2d at 499); see also Perfect 10, Inc. v. Amazon.com, Inc., 508 F.3d 1146, 1171 (9th Cir. 2007) (explaining that "an actor may be contributorily liable ... if the actor knowingly takes steps that are substantially certain to result in such direct infringement.").

For example, in Live Face on Web, LLC v. Control Group Media Co., a plaintiff which copyrighted "live face on web" packages that were used in conjunction with its proprietary software sued a licensee of its software for contributory copyright infringement. 150 F.Supp.3d 489 (E.D. Pa. 2015). The plaintiff alleged that the

licensee should be liable for contributory infringement because it provided the means for visitors to the licensee's website to download an unauthorized version of the plaintiff's copyrighted package. Id. However, the court found that the complaint failed to plead plausible facts showing material contribution. Id. at 499. It explained that "simple downloading of the [plaintiff's packages] onto a computer's RAM is not enough for contributory infringement." Id. This, the court explained, was similar to the "mere operation of a website business" and did not demonstrate encouragement or assistance to third-party infringement. Id.

Like Live Face on Web, LLC, the SAC here is devoid of plausible facts showing material contribution. Rather, the SAC alleges only that Pinkenson and GPFO provided a forum where Plaintiff met Daniels. This is not sufficient to show material contribution or inducement. See Gordon, 85 F.Supp.3d at 822 ("[M]erely supplying the means to accomplish infringing activity is not enough."); see also Wolk v. Kodak Imaging Network, Inc., 840 F.Supp.2d 724, 750 (S.D.N.Y. 2012) (citation omitted) ("An allegation that a defendant merely provid[ed] the means to accomplish an infringing activity is insufficient to establish a claim for contributory copyright infringement."). Organizing an event where Plaintiff meets a third party, who several years later may have directly infringed on Plaintiff's work, is not the type of affirmative conduct which gives rise to liability as a contributory infringer. Because the SAC does not plausibly allege direct infringement by Fox Defendants, or that Pinkenson or GPFO reasonably should have known of alleged infringing conduct, or materially contributed to or induced infringement of the *Cream* copyright, this claim fails. In sum, Plaintiff's contributory copyright infringement claim against Pinkenson and GPFO will be dismissed.

### C. Plaintiff Has Not Plausibly Alleged a Claim of Negligence Against Sharon Pinkenson and the Greater Philadelphia Film Office

In Count III of the SAC, Plaintiff alleges a negligence claim against Pinkenson and GPFO in connection with Philly Pitch. **\*297** (Doc. No. 45 at ¶¶ 65–70.) Specifically, Plaintiff alleges that Defendants "negligently failed to disclaim liability or otherwise warn participants of the dangers of unauthorized copying, and negligently failed to obtain appropriate guarantees and undertakings from the judges in order to protect the original work presented from

any kind of misappropriation." (Id. at ¶ 69.) Defendants argue to the contrary that the state law negligence claim is preempted by the Copyright Act. (Doc. No. 53 at 18–21.) In addition, Defendants assert that Plaintiff has failed to plausibly allege facts showing negligence. (Id. at 21–22.)

### 1. Plaintiff's Negligence Claim is Preempted by the Copyright Act

[24]  [25]  [26] Pinkenson and GPFO argue that Plaintiff's negligence claim is preempted by the Copyright Act. (Id. at 18–21.) The Copyright Act expressly preempts all causes of action falling within its scope, with few exceptions. Dun v. Bradstreet Software Servs., Inc. v. Grace Consulting, Inc., 307 F.3d 197, 216–17 (3d Cir. 2002). Section 301(a) of the Copyright Act provides as follows:

> On and after January 1, 1978, all legal or equitable rights that are equivalent to any of the exclusive rights within the general scope of copyright as specified by section 106 in works of authorship that are fixed in a tangible medium of expression and come within the subject matter of copyright as specified by sections 102 and 103, whether created before or after that date and whether published or unpublished, are governed exclusively by this title. Thereafter, no person is entitled to any such right or equivalent right in any such work under the common law or statutes of any State.

17 U.S.C. § 301(a). This preemption provision "accomplishes the general federal policy of creating a uniform method for protecting and enforcing certain rights in intellectual property by preempting other claims." Daboub v. Gibbons, 42 F.3d 285, 288 (5th Cir. 1995).

Courts have interpreted Section 301(a) to contain a two-step test. Id. Under this test, a state law claim will be preempted when "(1) the particular work to which the claim is being applied falls within the type of works protected by the Copyright Act under 17 U.S.C. §§ 102

and 103,[9] and (2) **\*298** the claim seeks to vindicate legal or equitable rights that are equivalent to one of the bundle of exclusive rights already protected by copyright law under 17 U.S.C. § 106." [10] Briarpatch Ltd., L.P. v. Phoenix Pictures, Inc., 373 F.3d 296, 305 (2d Cir. 2004). The first prong of this test is called the "subject matter requirement," and indicates the subject matter of the state law claim must fall within the subject matter of the Copyright Act. Id. The second prong is referred to as the "general scope requirement," and focuses on whether the state law claim "include[s] any extra elements that made it qualitatively different from a copyright infringement claim." Id. Courts within the Third Circuit "take a restrictive view of what extra elements transform an otherwise equivalent claim into one that is qualitatively different from a copyright infringement claim." See, e.g., Tegg Corp. v. Beckstrom Elec. Co., 650 F.Supp.2d 413, 422 (W.D. Pa. 2008) (holding that civil conspiracy, tortious interference, and conversion claims were preempted by the Copyright Act).

Here, Plaintiff alleges a state law negligence claim and a contributory copyright infringement claim against Sharon Pinkenson and GPFO. (Doc. No. 45 at ¶¶ 65–70.) Under the two-step test, it is clear that the first element or the subject matter requirement is satisfied. *Cream*, the work allegedly infringed, falls within the scope of copyright protection. See 17 U.S.C. § 102. The second element, the general scope requirement, however, is contested.

[27]   [28]   As noted, this second requirement focuses on whether the state law claim includes an extra element that makes it qualitatively different form the copyright infringement claims. Briarpatch Ltd., L.P., 373 F.3d at 305. Courts have held that state law negligence claims lack the "extra element" to avoid preemption. Parker v. Yahoo!, Inc., 2008 WL 4410095, at *6 (E.D. Pa. Sept. 25, 2008). A negligence claim under Pennsylvania law contains four elements: (1) a duty or obligation recognized by the law; (2) a breach of that duty; (3) a causal connection between the conduct and the resulting injury; and (4) actual loss or damage resulting in harm to the plaintiff. Farabaugh v. Pennsylvania Turnpike Comm'n, 590 Pa. 46, 911 A.2d 1264, 1272–73 (2006).

Here, Plaintiff's contributory copyright infringement claim alleges:

**\*299**   59. Plaintiff believes, and therefore, avers that Pinkenson and GPFO failed to institute proper safeguards and otherwise take appropriate measures [to] properly or adequately ensure that the original creations pitched by participants during GPFO's Philly Pitch Event in April 2008 would be protected from unauthorized copying or other misuse. In particular, but without limitation by specification, Pinkenson and GPFO failed to disclaim liability or otherwise warn participants of the dangers of authorized copying, and failed to obtain appropriate guarantees and undertakings from the judges in order to protect the original work presented from misappropriation.

60. Furthermore, Plaintiff believes and, therefore, avers that Pinkenson and GPFO have contributorily infringed upon [Plaintiff's] copyright by materially facilitating the direct infringement committed by the Fox Defendants insofar as they provided the venue that led [Plaintiff] to Daniels and created an environment where [Plaintiff] was induced and encouraged to share the Cream materials with Daniels, and Daniels was thereby afforded an opportunity to obtain the Cream materials.

(Doc. No. 45 at ¶¶ 59, 60.) Plaintiff's contributory copyright infringement claim against Pinkenson and GPFO alleges that these Defendants "failed to institute proper safeguards and otherwise take appropriate measures to properly or adequately ensure that the original creations pitched by participants during GPFO's Philly Pitch Event in April 2008 would be protected from unauthorized copying or other misuse." (Id. at ¶ 59.) Similarly, Plaintiff's negligence claim alleges that Pinkenson and "had a duty to [Plaintiff] to take appropriate measures in order to safeguard his legitimate interests in the original works presented at the 2008 Philly Pitch Event, and to protect those works from misappropriation or misuse." (Id. at ¶ 66.)

Both the copyright claim and negligence claim allege that Pinkenson and GPFO should have, but did not, implement "appropriate measures" to "protect [Plaintiff's] original work ... from any kind of misappropriation." (Id. at ¶¶ 59, 68–69.) The same allegations are used by Plaintiff to support both claims. The gist of Plaintiff's allegations in both claims is that Pinkenson and GPFO failed to protect Plaintiff's copyrighted work from misappropriation by the judges at Philly Pitch and therefore contributed to

EXHIBIT 6 - PG 195

the alleged infringement. "The grounds for the negligence claim are virtually the same as those for the contributory copyright infringement claim." (Doc. No. 53 at 20.) Moreover, both claims seek the same relief—"monetary damages in the form of lost profits and copyright infringement." (Doc. No. 45 at ¶¶ 63, 70.) In conclusion, Plaintiff's negligence claim against Pinkenson and GPFO covers the same subject matter as that governed by the Copyright Act and lacks any extra element to avoid preemption. Therefore, this claim will be dismissed.

### 2. Plaintiff Has Not Plausibly Alleged a Claim of Negligence

 [29]  Next, Pinkenson and GPFO argue that Plaintiff has not plausibly alleged a claim of negligence in the SAC. (Doc. No. 53 at 21–22.) As discussed, under Pennsylvania law, the elements of negligence are: (1) a duty or obligation recognized by the law; (2) a breach of that duty; (3) a causal connection between the conduct and the resulting injury; and (4) actual loss or damage resulting in harm to the plaintiff. Farabaugh v. Pennsylvania Turnpike Comm'n, 590 Pa. 46, 911 A.2d 1264, 1272–73 (2006).

Here, Plaintiff contends that "Pinkenson and GPFO had a duty to [Plaintiff] to take appropriate measures in order to safeguard  *300  his legitimate interests in the original works presented at the 2008 Philly Pitch event, and to protect those works from misappropriation or misuse." (Doc. No. 45 at ¶ 66.) Plaintiff asserts that this duty arises from Pinkenson and GPFOs' "actions in establishing conditions (and encouraging participation)" in the event. (Doc. No. 57 at 30.) He also contends that this duty arises from the releases which guaranteed that each contestant's work was authentic and genuine, and that Pinkenson and GPFO should have "protect[ed] those works from unauthorized use by judges or anyone else." (Doc. No. 45 at ¶ 33.) This argument, however, is unavailing. Plaintiff identifies no source of the alleged duty to prepare releases or protect his copyright from infringement by third parties. (See Doc. No. 53 at 22.) "Even if Plaintiff could identify such a duty, whatever duty Pinkenson and GPFO owed Plaintiff was no greater than Plaintiff's own duty to police his own copyright." (Id.) Additionally, this non-existent duty would not have extended to *Cream*, which was not pitched to the panel of judges, but rather was only discussed privately between Plaintiff and Daniels. (See Doc. No. 53, Ex. B.) Because

Plaintiff has failed to plausibly allege that Pinkenson and GPFO owed him a duty to protect his copyright, this negligence claim will be dismissed.

### D. Plaintiff Has Not Plausibly Alleged a Claim of Intentional Misrepresentation Against Lee Daniels

 [30]   [31]   [32]   [33]    [34]  In Count IV of the SAC, Plaintiff asserts an intentional misrepresentation claim against Lee Daniels. (Doc. No. 45 at ¶¶ 71–75.) In defending against this claim, Daniels argues that Plaintiff has failed to plausibly allege facts showing intentional misrepresentation. (Doc. No. 54 at 43–45.) Daniels also submits that this state law claim is preempted by the Copyright Act. [11] (Id. at 42.)

 *301  Daniels argues that Plaintiff has not stated a claim for intentional misrepresentation. (Doc. No. 54 at 43–45.) In Pennsylvania, the elements of an intentional misrepresentation claim are:

> (1) a representation; (2) which is material to the transaction at hand; (3) made falsely, with knowledge of its falsity or with recklessness as to whether it is true or false; (4) with the intent of misleading another into relying on it; (5) justifiable reliance on the misrepresentation; and (6) injury resulting [from] and proximately caused by the reliance.

Yakubov v. GEICO Gen. Ins. Co., No. 11-3082, 2011 WL 5075080, at *2 (E.D. Pa. Oct. 24, 2011) (quoting Bortz v. Noon, 556 Pa. 489, 729 A.2d 555, 560 (1999)). These elements are equivalent to those of fraud. Square D Co. v. Scott Elec. Co., No. 06-0459, 2008 WL 2096890, at *2 (W.D. Pa. May 16, 2008). Therefore, the heightened pleading requirements of Federal Rule of Civil Procedure 9(b) apply. [12] Id.

 [35]    [36]  Daniels argues that Plaintiff's intentional misrepresentation claim fails because the SAC does not allege a misrepresentation of a past or present material fact. (Id.) "Although it is well-established that fraud consists of anything calculated to deceive, whether by single act or combination ..., it is equally clear that a promise to do something in the future and the failure to keep that promise, is *not* fraud." Greenberg v. Tomlin, 816 F.Supp. 1039, 1054 (E.D. Pa. 1993). Rather, stating a

EXHIBIT 6 - PG 196

claim for fraud or intentional misrepresentation "requires that a misrepresentation of a past or present material fact be pleaded and proved." Id. (citations omitted). Although a statement of present intention which is false when uttered may constitute a misrepresentation of material fact, "non-performance does not by itself prove a lack of present intent." See *302 Mellon Bank Corp. v. First Union Real Estate Equity and Mortg. Invs., 951 F.2d 1399, 1410–11 (3d Cir. 1991) (holding that First Union's repudiation of its promise not to prepay mortgages held by Mellon Bank was not evidence of fraud in the absence of evidence that First Union's original intent was not to abide by the original agreement).

For example, in KDH Electronic Systems, Inc. v. Curtis Tech., Ltd., which involved a contract dispute over development of a sonar system, the plaintiffs raised counterclaims alleging in part that the defendants should be liable under a theory of fraudulent misrepresentation for overstating market sales projections during contract negotiations. 826 F.Supp.2d 782, 802–03 (E.D. Pa. 2010). The court, however, found that the defendants "merely provided predictions of future sales" and that the plaintiffs "had not alleged that [defendants] did not intend to meet those goals." Id. at 803. Such projections were not promises, nor were the projections misrepresentations of past or present material facts, and thus the fraudulent misrepresentation claim was dismissed. [13]

Here, the SAC alleges "Daniels ... affirmatively represented to [Plaintiff] that he was very interested in [Cream] and might well be disposed to proceed further with its development as a television soap opera series." (Doc. No. 45 at ¶ 72.) Daniels suggested that he might be interested in developing Plaintiff's work. (Doc. No. 45 at ¶ 72.) Daniel's statement is not a representation of a past fact. Moreover, the statement is not a misrepresentation of present fact because he did not guarantee at that point that Cream would be developed in the future. Most significantly, Daniels did not make any promise to Plaintiff. Simply because Daniels later changed his mind and lost interest in developing Cream does not mean that his statement was a misrepresentation of a past or present material fact. See Mellon Bank Corp., 951 F.2d at 1411 ("Statements of intention made at the time of contracting are not fraudulent simply because of a later change of mind.").

Like the defendant's statement in KDH Electronic Systems, Inc., Daniel's statement that he "might well be disposed to proceed" in Cream's development is not a misrepresentation of past or present material fact. Neither this statement nor anything else in the SAC alleges plausible facts showing a misrepresentation of a past or present material fact. See Krause v. Great Lakes Holdings, Inc., 387 Pa.Super. 56, 563 A.2d 1182, 1187 (1989). For this reason, Plaintiff's intentional misrepresentation claim against Daniels cannot be maintained.

### *303 E. Plaintiff Has Not Plausibly Alleged a Claim of Negligent Misrepresentation Against Lee Daniels

[37] In Count V of the SAC, Plaintiff raises a negligent misrepresentation claim against Lee Daniels. (Doc. No. 45 at ¶¶ 71–75.) Daniels argues that Plaintiff has failed to plausibly allege facts showing negligent misrepresentation. (Doc. No. 54 at 43–45.) Moreover, Daniels asserts that the Copyright Act preempts this state law claim. (Id. at 42.)

Daniels argues that Plaintiff has not plausibly alleged a claim of negligent misrepresentation. (Id. at 43–45.) Under Pennsylvania law, the elements of negligent misrepresentation are:

> (1) a misrepresentation of a material fact; (2) the representor must either know of the misrepresentation, must make the misrepresentation without knowledge as to its truth or falsity or must make the representation under circumstances in which he ought to have known of its falsity; (3) the representor must intend the representation to induce another to act on it; and (4) injury must result to the party acting in justifiable reliance on the misrepresentation.

Azarchi–Steinhauser v. Protective Life Ins. Co., 629 F.Supp.2d 495, 501 (E.D. Pa. 2009) (quoting Gibbs v. Ernst, 538 Pa. 193, 647 A.2d 882, 890 (1994)). Further, "[a] negligent misrepresentation claim must be based on some duty owed by one party to another." Abdul–Rahman v. Chase Home Fin. Co., No. 13-5320, 2014 WL 3408564, at *5 (E.D. Pa. July 11, 2014) (citing Gibbs, 647 A.2d at 890).

EXHIBIT 6 - PG 197

Here, Plaintiff's allegations fail to state a claim for negligent misrepresentation for two reasons. First, the SAC fails to allege Daniels owed a duty to Plaintiff. Second, the SAC fails to plead facts demonstrating that Daniels made a misrepresentation of past or present material fact.

As previously discussed under the negligence claim, no duty on the part of Pinkenson or GPFO arose from their organization of Philly Pitch. The same applies here to Plaintiff's negligent misrepresentation claim against Daniels, one of the judges at the event. Nothing in the SAC demonstrates that Daniels owed a duty to Plaintiff. The SAC alleges that Plaintiff met Daniels at Philly Pitch and that they had a "private conversation" during which they discussed *Cream.* (Doc. No. 45 at ¶¶ 34–35.) This conversation, taken alone, does not establish a duty Daniels owed to Plaintiff in the absence of any additional circumstances from which a duty could be inferred. *See* Bucci v. Wachovia Bank, N.A., 591 F.Supp.2d 773, 783 (E.D. Pa. 2008) (no duty where the plaintiff failed to allege anything but an arms-length transaction with the defendant); *see also* Schnell v. Bank of New York Mellon, 828 F.Supp.2d 798, 806 (E.D.Pa. 2011) (finding that a mortgage lender acting in its financial interest did not owe a duty to a borrower). Since the SAC fails to allege a duty owed by Daniels to Plaintiff, this negligent misrepresentation claim must be dismissed.

In addition, as noted in the discussion of Plaintiff's intentional misrepresentation claim against Daniels, the SAC does not allege a misrepresentation of past or present material fact. Such a misrepresentation also is essential to state a claim of negligent misrepresentation. *See* Azarchi–Steinhauser, 629 F.Supp.2d at 501 (listing "a material misrepresentation of material fact" as an element required to state a negligent misrepresentation claim). Rather, the SAC alleges that Daniels "affirmatively represented to [Plaintiff] that he was very interested in [*Cream*] and might well be disposed to proceed further with its development as a television soap opera series." (Doc. No. 45 at ¶ 72.) Under Pennsylvania law, however, promises to perform future acts are not misrepresentations **\*304** unless the promise maker did not intend to fulfill the promise. Mellon Bank Corp., 951 F.2d at 1409–10. Daniels did not promise to Plaintiff to perform a future act. Daniels only suggested that he <u>might</u> be interested in developing Plaintiff's work. (Doc. No. 45 at ¶ 72.) He did not guarantee that development would happen. Nothing in

the SAC, therefore, alleges plausible facts showing a misrepresentation of past or present material fact.

Ultimately, the SAC offers nothing more than conclusory allegations and restatements of law, all of which are insufficient to plausibly state a claim of negligent misrepresentation. Because the SAC fails to allege facts showing that Daniels owed a duty to Plaintiff or that Daniels made a misrepresentation of past or present material fact, the negligent misrepresentation claim cannot be maintained.

### F. Plaintiff Has Not Plausibly Alleged a Claim of Contributory Copyright Infringement Against Leah Daniels–Butler

**[38]** Plaintiff's final claim is that Leah Daniels–Butler committed contributory copyright infringement by assisting her brother, Lee Daniels, in the production of *Empire.* (Doc. No. 45 at ¶¶ 79–86.) As noted, to state a claim for contributory copyright infringement, a plaintiff must plead facts showing: "(1) a third party directly infringed the plaintiff's copyright; (2) the defendant knew that the third party was directly infringing; and (3) the defendant materially contributed to or induced the infringement." Leonard v. Stemtech Int'l Inc., 834 F.3d 376, 387 (3d Cir. 2016).

Daniels–Butler argues that Plaintiff fails to plead plausible facts to state a claim for contributory copyright infringement. (Doc. No. 54 at 39–40.) This Court agrees.

**[39]** Plaintiff contends that the SAC contains facts stating a claim for direct copyright infringement against Fox Defendants. (Doc. No. 60 at 30.) A claim of contributory infringement "cannot stand without plausible allegations of third-party direct infringement." Parker v. Yahoo!, Inc., 2008 WL 4410095, at \*5 (E.D. Pa. Sept. 25, 2008) (citing Metro–Goldwyn–Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913, 930, 125 S.Ct. 2764, 162 L.Ed.2d 781 (2005)). As discussed above, Plaintiff has not pled plausible facts alleging a claim for direct copyright infringement against Fox Defendants. Because Plaintiff has failed to plead such facts showing that Fox Defendants directly infringed on his copyright of *Cream*, he cannot state a claim for contributory copyright infringement against Daniels–Butler. For this reason alone, this contributory copyright infringement claim will be dismissed. [14]

EXHIBIT 6 - PG 198

WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works. 26

**\*305 V. CONCLUSION**

For the foregoing reasons, Defendants' Motions to Dismiss (Doc. Nos. 53–54) will be granted in the entirety. An appropriate Order follows.

**All Citations**

259 F.Supp.3d 271

## Footnotes

1   In reaching a decision, the Court has considered the SAC (Doc. No. 45), Defendants' Motions to Dismiss the SAC (Doc. No. 53–54), Plaintiff's Responses in Opposition (Doc. No. 57–60), Defendants' Replies (Doc. Nos. 62–63), oral argument on the Motions to Dismiss (See, e.g., Doc. No. 69), and the parties' supplemental briefing (Doc. Nos. 80–84). The Court has also considered the DVDs of *Cream* and *Empire*, which were attached as exhibits to Plaintiff's SAC and Defendants' Motions to Dismiss, respectively.

2   In the SAC, Plaintiff alleges that he "pitched not just one, but two different works" to the panel—*Kung Fu Sissy* and *Cream.* (Doc. No. 45 at ¶ 34.) This allegation, however, is disproved by a video recording of Philly Pitch, which clearly shows that Plaintiff pitched only *Kung Fu Sissy* to the panel of judges, not *Cream.* (Doc. No. 53, Ex. B.)
    When considering a motion to dismiss, the court must "accept all factual allegations in the complaint as true and view them in the light most favorable to the plaintiff." Buck v. Hampton Twp. Sch. Dist., 452 F.3d 256, 260 (3d Cir. 2006). The court may also consider certain documents not made part of the complaint. Miller v. Cadmus Communications, No. 09-2869, 2010 WL 762312, at *2 (E.D. Pa. Mar. 1, 2010). For example, a court may consider "an undisputedly authentic document that a defendant attaches as an exhibit to a motion to dismiss if the plaintiff's claims are based on the document." Pension Benefit Guaranty Corp. v. White Consolidated Indus., 998 F.2d 1192, 1196 (3d Cir. 1993).
    Here, the Court will consider the video recording of Philly Pitch. The video is "undisputedly authentic" and a "document" upon which Plaintiff's claims are based. Pension Benefit Guaranty Corp. v. White Consolidated Indus., 998 F.2d 1192, 1196 (3d Cir. 1993). Plaintiff subpoenaed the video directly from Robert Kates, the creator and custodian of the video who was hired by GPFO to film the event. (Doc. No. 45 at ¶ 35.) In addition, Plaintiff's claims are based on his alleged pitch of *Cream* to the panel of judges and to Lee Daniels in particular.

3   As previously noted, Plaintiff refers to the following individuals and entities collectively as the "Fox Defendants:" Lee Daniels, Lee Daniels Entertainment, Leah Daniels–Butler, Danny Strong, Danny Strong Productions, Twenty–First Century Fox, Inc., Fox Entertainment Group, Inc., Twentieth Century Fox Film Corp., Twentieth Century Fox Television, Inc., Twentieth Television, Inc., Twentieth Century Fox International, Twentieth Century Fox International Television, LLC, Twentieth Century Fox Home Entertainment, LLC, Fox Networks Group, Inc., Fox Broadcasting Company, Fox Television Stations, Inc., Fox Digital Media, and Fox International Channels. (Doc. No. 45 at ¶ 17.)

4   Plaintiff contends that the Court should not compare the two works to assess whether they are substantially similar at the motion to dismiss stage. It is well established, however, that a district court may consider items that are integral to the complaint on a motion to dismiss. See In re Rockefeller Ctr. Props. Inc. Sec. Litig., 184 F.3d 280, 287 (3d Cir. 1999). Moreover, "[a]lthough the question of substantial similarity is one of fact, a district court is permitted to consider the disputed works in deciding a Rule 12(b)(6) motion." Tanikumi v. Walt Disney Co., 616 Fed.Appx. 515, 519 (3d Cir. 2015); see also Peter F. Gaito Architecture, LLC v. Simone Dev. Corp., 602 F.3d 57, 64 (2d Cir. 2010) (explaining that "[w]hen a court is called upon to consider whether the works are substantially similar, no discovery or fact-finding is typically necessary, because what is required is only a visual comparison of the works"). In this case, because Plaintiff's three episode television series of *Cream* and Fox Defendants' *Empire* series were integral to the SAC and part of the record before the Court, the Court will consider the works to determine whether Plaintiff has sufficiently alleged a claim for copyright infringement.

5   Plaintiff does not allege that *Cream* and *Empire* contain substantially similar sequences of dialogue. (See Doc. No. 45 at ¶¶ 47(A)–(F).)

6   Plaintiff contends that the fact that both Winston and Lucious have white female physicians shows substantial similarity. (Doc. No. 45 at ¶ 47(F)(2).) White female doctors are commonplace, both in the real world and on television (e.g., *Grey's Anatomy*, *ER*, and *General Hospital*). Moreover, a doctors' race and gender adds nothing to the storyline in either work. See Eaton v. National Broad. Co., 972 F.Supp. 1019, 1029 (E.D. Va. 1997), aff'd, 145 F.3d 1324 (4th Cir. 1998) (internal citation omitted) (stating that "basic human traits that certain characters share, including age, sex, and occupation, are too general or too common to deserve copyright protection").

**EXHIBIT 6 - PG 199**

7    In another explanation of how two characters are not substantially similar, the court in Rucker v. Harlequin Enterprises, Ltd. wrote:

> The similarities between the characters in Rucker's work and in the Harlequin work are not legally protectable. Both male protagonists are black-haired, blue-eyed, "tall, dark, and handsome" figures. They are wealthy and powerful. The men sweep the female protagonists off their feet, into a luxurious life. The women are beautiful, with red hair and green eyes. They are slender, curvaceous, and young. Their personalities are strong-willed and passionate. These descriptions suffice to make it clear that these are generic characters in romance novels.

No. 12-1135, 2013 WL 707922, at *8 (S.D. Tex. Feb. 26, 2013).

8    Defendants argue that the knowledge element of a contributory infringement cause of action requires actual knowledge, and that constructive knowledge is insufficient. Although Defendants are correct that the Third Circuit has never expressly held that anything short of actual knowledge is sufficient to state a claim for contributory copyright infringement, district courts within the Third Circuit have held that constructive knowledge is sufficient. See Parker v. Google, 422 F.Supp.2d 492, 499 (E.D. Pa. 2006), aff'd, 242 Fed.Appx. 833 (3d Cir. 2007) (the knowledge element includes "both those with actual knowledge and those who have reason to know of direct infringement"); see also Gordon v. Pearson Educ., Inc., 85 F.Supp.3d 813, 818 (E.D. Pa. 2015) (citation omitted) ("The knowledge requirement has been interpreted to include both those with actual knowledge and those who have reason to know of direct infringement."). Therefore, this Court will analyze the knowledge requirement as including both actual and constructive knowledge.

9    Section 102 of the Copyright Act provides:

> (a) Copyright protection subsists, in accordance with this title, in original works of authorship fixed in any tangible medium of expression, now known or later developed, from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device. Works of authorship include the following categories:
>
> (1) literary works;
>
> (2) musical works, including any accompanying words;
>
> (3) dramatic works, including any accompanying music;
>
> (4) pantomimes and choreographic works;
>
> (5) pictorial, graphic, and sculptural works;
>
> (6) motion pictures and other audiovisual works;
>
> (7) sound recordings; and
>
> (8) architectural works.
>
> (b) In no case does copyright protection for an original work of authorship extend to any idea, procedure, process, system, method of operation, concept, principle, or discovery, regardless of the form in which it is described, explained, illustrated, or embodied in such work.

17 U.S.C. § 102. In addition, Section 103 of the Copyright Act states:

> (a) The subject matter of copyright as specified by section 102 includes compilations and derivative works, but protection for a work employing preexisting material in which copyright subsists does not extend to any part of the work in which such material has been used unlawfully.
>
> (b) The copyright in a compilation or derivative work extends only to the material contributed by the author of such work, as distinguished from the preexisting material employed in the work, and does not imply any exclusive right in the preexisting material. The copyright in such work is independent of, and does not affect or enlarge the scope, duration, ownership, or subsistence of, any copyright protection in the preexisting material.

17 U.S.C. § 103.

10   Section 106 of the Copyright Act provides:

> Subject to sections 107 through 122, the owner of copyright under this title has the exclusive rights to do and to authorize any of the following:
>
> (1) to reproduce the copyrighted work in copies or phonorecords;
>
> (2) to prepare derivative works based upon the copyrighted work;
>
> (3) to distribute copies or phonorecords of the copyrighted work to the public by sale or other transfer of ownership, or by rental, lease, or lending;
>
> (4) in the case of literary, musical, dramatic, and choreographic works, pantomimes, and motion pictures and other audiovisual works, to perform the copyrighted work publicly;

EXHIBIT 6 - PG 200

(5) in the case of literary, musical, dramatic, and choreographic works, pantomimes, and pictorial, graphic, or sculptural works, including the individual images of a motion picture or other audiovisual work, to display the copyrighted work publicly; and

(6) in the case of sound recordings, to perform the copyrighted work publicly by means of a digital audio transmission. 17 U.S.C. § 106.

**11** Daniels argues that Plaintiff's state law claims of intentional and negligent misrepresentation must be dismissed because they are preempted by the Copyright Act. (Doc. No. 54 at 42.) As previously noted, the Copyright Act expressly preempts all causes of action falling within its scope, with few exceptions. Dun v. Bradstreet Software Servs., Inc. v. Grace Consulting, Inc., 307 F.3d 197, 216–17 (3d Cir. 2002). A claim will be preempted by Section 301 of the Copyright Act when (1) the subject matter of the claims falls within the subject matter of the Copyright Act, and (2) the asserted state law right is equivalent to those rights granted in Section 106 of the Copyright Act. Briarpatch Ltd., L.P. v. Phoenix Pictures, Inc., 373 F.3d 296, 305 (2d Cir. 2004). The second part of this two-step test focuses on whether the state law claim "include[s] any extra elements that make it qualitatively different from a copyright infringement claim." Id.

In this case, Plaintiff raises a copyright infringement claim, a state law intentional misrepresentation claim, and a state law negligent misrepresentation claim against Daniels. (Doc. No. 45 at ¶¶ 42–56, 71–75.) Under the two-step test, the subject matter requirement is satisfied because Plaintiff alleges in all three causes of action that *Cream*, his copyrighted work, was infringed upon. However, the general scope requirement is contested.

As noted, the general scope requirement focuses on whether the state law claim includes an extra element that makes it qualitatively different from the copyright infringement claim. Briarpatch Ltd., L.P., 373 F.3d at 305. Under Pennsylvania law, to establish intentional misrepresentation, a plaintiff must show:

(1) A representation; (2) which is material to the transaction at hand; (3) made falsely, with knowledge of its falsity or recklessness as to whether it is true or false; (4) with the intent of misleading another into relying on it; (5) justifiable reliance on the misrepresentation; and (6) the resulting injury was proximately caused by the reliance.

Hanover Insurance Co. v. Ryan, 619 F.Supp.2d 127, 141 (E.D. Pa. 2007) (quoting Heritage Surveyors & Engineers, Inc. v. National Penn Bank, 801 A.2d 1248, 1250–51 (Pa. 2002)).

Additionally, in Pennsylvania, the elements of a state law negligent misrepresentation claim are:

(1) a misrepresentation of a material fact; (2) the representor must either know of the misrepresentation, must make the misrepresentation without knowledge as to its truth or falsity, or must make the representation under circumstances in which he ought to have known of its falsity; (3) the representor must intend the representation to induce another to act on it; and (4) injury must result to the party acting in justifiable reliance on the misrepresentation.

Weisblatt v. Minnesota Mut. Life Ins. Co., 4 F.Supp.2d 371, 377 (E.D. Pa. 1998) (citing Gibbs v. Ernst, 538 Pa. 193, 647 A.2d 882, 890 (1994)).

Generally speaking, "fraud or negligent misrepresentation claims are generally not preempted because they involve the element of a statement or misrepresentation that induced the plaintiff's reliance and caused damages not attributable to copyright infringement." Zito v. Steeplechase Films, Inc., 267 F.Supp.2d 1022, 1027 (N.D. Cal. 2003). However, a fraud or intentional misrepresentation claim can be "disguised as a copyright infringement claim" if the sole basis of the fraud claim is that a defendant represented materials as his own. Seng–Tiong Ho v. Taflove, 648 F.3d 489, 502–03 (7th Cir. 2011) (citing 1 Nimmer & Nimmer § 1.01[B][1] [e] ). Here, Plaintiff alleges that the statement Daniels made to him at Philly Pitch was a misrepresentation. This extra element of a misrepresentation in both the intentional misrepresentation and negligent misrepresentation claims is absent from the copyright infringement claim. In addition, Plaintiff requests relief for "pain and humiliation" in these tort claims. This relief is not recoverable under the Copyright Act, which provides recovery for lost profits, injunctive relief, and attorney's fees. Therefore, these tort claims are not preempted by the Copyright Act. But this holding is not dispositive of Plaintiff's intentional and negligent misrepresentation claims because of the failure to assert an actual misrepresentation.

**12** Federal Rule of Civil Procedure 9(b) provides:

In alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake. Malice, intent, knowledge, and other conditions of a person's mind may be alleged generally.

Fed. R. Civ. P. 9(b).

**13** Pennsylvania's courts have reached similar conclusions. See Krause v. Great Lakes Holdings, Inc., 563 A.2d 1182, 1188 (Pa. 1989) (finding that the defendant's alleged oral representation that it would assume an obligation for another company's debt in return for a three-year moratorium on payments and the plaintiffs' forbearance from immediate legal action constituted a promise to do something in the future and was not a proper basis for a fraud action); see also Boyd v. Rockwood Area Sch. Dist., 907 A.2d 1157, 1170 (Pa. Commw. Ct. 2006) (holding that the alleged representation

**EXHIBIT 6 - PG 201**

of a teachers' union president to employees of a school district who were considering early retirement that the school district would continue to provide the same health insurance coverage provided in the then-existing collective bargaining agreement until the employees reached the Medicare eligibility did not amount to a misrepresentation. It did not constitute fraud, especially since there was no evidence that the union president actually knew, or should have known, that there would be a change of health insurance coverage in the next collective bargaining agreement).

**14** Plaintiff requested that he be granted leave to further amend the SAC. (Doc. No. 60 at 48.) Federal Rule of Civil Procedure 15(a) provides that "leave [to amend] shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). Among the grounds that could justify a denial of leave to amend are undue delay, bad faith, dilatory motive, prejudice, and futility. In re Burlington Securities Litigation, 114 F.3d 1410, 1434 (3d Cir. 1997). For example, "a district court need not grant leave to amend a complaint if 'the complaint, as amended, would fail to state a claim upon which relief could be granted.' " Kundratic v. Thomas, 407 Fed.Appx. 625, 630 (3d Cir. 2011) (quoting Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000)). After reviewing the procedural history of this case, it is clear that allowing Plaintiff to amend his complaint once again would be futile. On January 8, 2016, Plaintiff initiated this action. (Doc. No. 1.) He filed an Amended Complaint on January 29, 2016. (Doc. No. 3.) On June 17, 2016, Defendants filed two Motions to Dismiss the Amended Complaint. (Doc. Nos. 21, 25). The Court held a hearing on Defendants' Motions to Dismiss on June 2, 2016. (Doc. Nos. 41–42.) At the hearing, this Court afforded Plaintiff with another opportunity to amend the Amended Complaint. On August 1, 2016, Plaintiff filed a Second Amended Complaint ("SAC"). (Doc. No. 45.) Upon the filing of the SAC, the Court denied Defendants' pending Motions to Dismiss without prejudice as moot. (Doc. No. 46.)

On September 30, 2016, Defendants filed two Motions to Dismiss the SAC. (Doc. Nos. 53–54.) Plaintiff filed Responses in Opposition on October 30, 2016. (Doc. Nos. 57–60.) On November 14, 2016, Defendants filed Replies. (Doc. Nos. 62–63.) This Court held a hearing on the Motions to Dismiss the SAC. (See Doc. No. 69.) At the hearing, the Court granted the parties leave to file supplemental briefs. (Id.) On March 27, 2017, Plaintiff and Defendants filed supplemental briefs on the Motions to Dismiss. (See Doc. Nos. 80–84.) Thus, at this point, there has been not one, but two rounds of motions practice and oral argument on Defendants' Motions to Dismiss. Plaintiff has filed three different complaints in this action, and has had two opportunities to amend the Complaint. Further amendment will not cure the defects in the claims raised. Consequently, amending the SAC again would be futile and leave to amend will not be granted.

---

**End of Document** © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT 6 - PG 202**

# EXHIBIT 7

EXHIBIT 7 - PG 203

2016 WL 4059691
United States District Court,
C.D. California.

Ron Newt, an individual, Plaintiff,

v.

Twentieth Century Fox Film
Corporation, et al., Defendants.

Case No. 15-cv-02778-CBM-JPRx
|
Filed 07/27/2016

**Attorneys and Law Firms**

Charles Michael Coate, Theresa E. Johnson, Abrams
Coate LLP, Los Angeles, CA, for Plaintiff.

Kelly L. Perigoe, Linda M. Burrow, Caldwell Leslie and
Proctor PC, Los Angeles, CA, for Defendants.

**ORDER**

HON. CONSUELO MARSHALL, United States
District Judge

**\*1** The matters before the Court are: (1) Defendants Lee
Daniels, Danny Strong, Terrence Howard, and Malcolm
Spellman's (collectively, "Individual Defendants' ")
Motion to Dismiss First Amended Complaint with
Prejudice Pursuant to Federal Rule of Civil Procedure
12(b)(6) (Dkt. No. 32); (2) Defendant Fox Broadcasting
Company's ("Fox's") Motion For Judgment on the
Pleadings (Dkt. No. 33); (3) Defendants' Requests for
Judicial Notice (Dkt. Nos. 34, 60); and (4) Plaintiff's
Request for Judicial Notice (Dkt. No. 45).

**I. FACTUAL AND PROCEDURAL BACKGROUND**

The First Amended Complaint ("FAC") asserts two
causes of action against the Individual Defendants
and Fox (collectively, "Defendants"): (1) Copyright
Infringement, 17 U.S.C. §§ 101 et seq.; and (2) Breach
of Implied-In-Fact Contract. Plaintiff's claims are based
on Defendants' alleged infringement and use of Plaintiff's
Book, Screenplay, and DVD (each entitled "Bigger Than
Big") in connection with the television series *Empire.*

**II. STATEMENT OF THE LAW**

**A. Motion To Dismiss**

Federal Rule of Civil Procedure 12(b)(6) allows a court
to dismiss a complaint for "failure to state a claim upon
which relief can be granted." Dismissal of a complaint
can be based on either a lack of a cognizable legal
theory or the absence of sufficient facts alleged under
a cognizable legal theory. *Balistreri v. Pacifica Police
Dep't*, 901 F.2d 696, 699 (9th Cir. 1990). On a motion to
dismiss for failure to state a claim, courts accept as true
all well-pleaded allegations of material fact and construes
them in a light most favorable to the non-moving party.
*Manzarek v. St. Paul Fire & Marine Ins. Co.*, 519 F.3d
1025, 1031-32 (9th Cir. 2008). To survive a motion to
dismiss, the complaint "must contain sufficient factual
matter, accepted as true, to 'state a claim to relief that is
plausible on its face.' " *Ashcroft v. Iqbal*, 556 U.S. 662, 663,
(2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S.
544, 570 (2007)). A formulaic recitation of the elements
of a cause of action will not suffice. *Twombly*, 550 U.S.
at 555. Labels and conclusions are insufficient to meet
the Plaintiff's obligation to provide the grounds of his
or her entitlement to relief. *Id.* "Factual allegations must
be enough to raise a right to relief above the speculative
level." *Id.* If a complaint cannot be cured by additional
factual allegations, dismissal without leave to amend is
proper. *Id.*

A court may consider the allegations contained in the
pleadings, exhibits attached to or referenced in the
complaint, and matters properly subject to judicial notice
in ruling on a motion to dismiss. *Tellabs, Inc. v. Makor
Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Materials
whose contents are alleged in the complaint may also
be considered by the Court for purposes of a motion to
dismiss. *In re Stac Elec. Sec. Litig.*, 89 F.3d 1399, 1405 n.4
(9th Cir. 1996); *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir.
2003).

**B. Motion For Judgment On the Pleadings**

A motion for judgment on the pleadings pursuant to Fed.
R. Civ. Proc. 12(c) is "functionally identical" to a motion
to dismiss for failure to state a claim under 12(b)(6).
*Dworkin v. Hustler Magazine Inc.*, 867 F.2d 1188, 1192
(9th Cir. 1989). For purposes of a motion for judgment

EXHIBIT 7 - PG 204

on the pleadings, "the allegations of the non-moving party must be accepted as true, while the allegations of the moving party which have been denied are assumed to be false." *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1550 (9th Cir. 1989) (citations omitted). "Judgment on the pleadings is proper when the moving party clearly establishes on the face of the pleadings that no material issue of fact remains to be resolved and that it is entitled to judgment as a matter of law." *Id.* (citation omitted).

## C. Copyright Infringement

 **\*2** To establish a successful copyright infringement claim, a plaintiff must show: (1) plaintiff's ownership of the copyright; (2) defendant's access to plaintiff's work; and (3) "substantial similarity" between the works. *Berkic v. Crichton*, 761 F.2d 1289 (9th Cir. 1985). [1]

An extrinsic test and intrinsic test is used to determine whether the works are substantially similar. *Funky Films, Inc. v. Time Warner Entm't Co., L.P.*, 462 F.3d 1072, 1077 (9th Cir. 2006). Courts may apply the extrinsic test and determine that works are not substantially similar on a motion to dismiss and motion for judgment on the pleadings. *White v. Twentieth Century Fox Corp.*, 572 Fed.Appx. 475, 476-77 (9th Cir. 2014) (district court did not err in holding as a matter of law on a motion to dismiss that plaintiff's screenplay was not substantially similar to any of defendants' allegedly-infringing works) (citing *Funky Films*, 462 F.3d at 1076-77). [2] The extrinsic analysis is an objective test which focuses on "articulable similarities between the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events" in the works. [3] *Funky Films*, 462 F.3d at 1081. In applying the extrinsic test, the Court "compares, not the basic plot ideas for stories, but the actual concrete elements that make up the total sequence of events and the relationships between the major characters." *Id.* (citations omitted). "Familiar stock scenes and themes that are staples of literature are not protected." *Cavalier v. Random House, Inc.*, 297 F.3d 815, 823 (9th Cir. 2002). Moreover, "[s]cenes-à -faire, or situations and incidents that flow necessarily or naturally from a basic plot premise, cannot sustain a finding of infringement." *Id.* A court must therefore disregard non-protectable elements in making its substantial similarity determination under the extrinsic test. *Id.* at 822-23; *Shaw v. Lindheim*, 919 F.2d 1353, 1361 (9th Cir. 1990); *Berkic*, 761 F.2d at 1293-94. A lack of

extrinsic similarity is fatal to a plaintiff's copyright case as a matter of law. *White*, 572 Fed.Appx. at 476-77 (citing *Funky Films*, 462 F.3d at 1081).

## III. DISCUSSION

### A. Judicial Notice

Defendants request that the Court take judicial notice of: (1) the copyright registration for Registration No. TX0008057247; (2) the deposit copy of the book entitled "Bigger Than Big," Reg. No. TX0008057247; (3) the DVD documentary entitled "Bigger Than Big: A Documentary of a Gangsta Pimp Ron Newt"; (4) the DVD of Season One of Fox's television show *Empire*; and (5) the Screenplay entitled *Bigger Than Big*, bearing Bates Nos. NEWT00001-000227. Plaintiff requests that the Court take judicial notice of the copyright registration for Registration No. PA0001968125/2016-01-07.

 **\*3** The Court grants the parties' requests for judicial notice. *See* Fed. R. Evid. 201(b)(2); *Warren v. Fox Family Worldwide, Inc.*, 171 F. Supp. 2d 1057, 1062 (C.D. Cal. 2001) (taking judicial notice of copyright certificates), *aff'd*, 328 F.3d 1136 (9th Cir. 2003); *Campbell v. Walt Disney Co.*, 718 F.Supp.2d 1108, 1111 n.3 (N.D. Cal. 2010) (taking judicial notice of motion picture and screenplay for purposes of a motion to dismiss copyright infringement and related claims). [4]

### B. Copyright Infringement

The parties dispute whether there is substantial similarity between Plaintiff's Book/DVD/Screenplay and *Empire*. [5] To determine whether there is substantial similarity among the works, the Court applies an extrinsic analysis of "articulable similarities between the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events" in the works as follows [6]:

### 1. Plot

Although the parties' works each follow an African American man who was involved in drug dealing and has sons pursuing a music career, Plaintiff's works and *Empire* are not substantially similar as to plot.

Plaintiff's DVD is a "documentary" about the "true story of Ron Newt." 2/3 of the DVD centers on Newt's life as a

EXHIBIT 7 - PG 205

Newt v. Twentieth Century Fox Film Corporation, Not Reported in F.Supp.3d (2016)
119 U.S.P.Q.2d 1629

"pimp" running a prostitution ring in San Francisco. The remainder of the DVD focuses on the Newtrons (a singing and dancing group comprised of Newt's pre-teen/teenaged sons) who obtain a record contract with Joe Jackson, Newt's friendship with the Jackson family, and the death of Newt's oldest son during a gang initiation robbery. Plaintiff's Book and Screenplay focus primarily on the violence, sex, drugs, and crime surrounding Ron Newt's (a.k.a. Prince Diamond's) life in San Francisco as a drug lord, West Coast mob boss, and prostitution ring leader, and his various imprisonments. The Book and Screenplay briefly portray how Newt gives up his life of crime to manage the Newtrons until the death of Newt's oldest son. Plaintiff's Screenplay also depicts the deterioration of Newt's finances and loss of power after he breaks up with a powerful gang leader to marry China Doll.

*4 *Empire*, on the other hand, focuses on the power struggle amongst the Lyons—an African American family in the music business. *Empire* is premised on an African American man named Lucious Lyon who used music to survive the streets and poverty to become a famous rapper and music mogul. While *Empire* contains brief flashbacks to Lucious' struggled past (which included drug dealing), *Empire* focuses on family dynamics and conflict among Lucious' three adult sons competing to take over Lucious' music company because Lucious believes he is suffering from Amyotrophic Lateral Sclerosis ("ALS"). *Empire* also centers around the conflict between parents, ex-spouses, and siblings which arise after Lucious' ex-wife, Cookie Lyon, is released from prison, demands rights to the music company she started with Lucious, and tries to take over two of their sons' music careers.

While Plaintiff argues certain "similarities" in plot exist between the works, the following "similarities" identified by Plaintiff actually demonstrate the plots are not substantially similar:

(a) Plaintiff contends that all the works follow an African American man whose wife went to jail instead of her husband for dealing drugs to save her family. In *Empire*, Cookie (the ex-wife of the lead male character) serves 17 years in prison for a bad drug deal after she refuses to testify against her then husband Lucious. The wife in Plaintiff's works, however, is never imprisoned instead of her husband for dealing drugs. In Plaintiff's Book and Screenplay, Newt's wife goes to jail for a brief period of time in connection with Newt's gun possession—not drug

dealing, and Plaintiff's DVD does not portray Newt's wife going to jail. [7]

(b) Plaintiff argues that all the works portray three sons pursuing music careers who are being groomed for show business under the guidance of their father. Plaintiff's works briefly cover the Newtrons, a singing and dancing group comprised of Newt's three pre-teen and teenaged sons who are managed by their father. Although the Newtrons obtain record deals with the Jacksons and MCA Records in Plaintiff's work, their career is short-lived as a result of the death of Newt's oldest son. [8] *Empire*, in contrast, focuses on two of Lucious' three adult sons' individual singing careers (the sons are not a dancing group), who are primarily managed by their father and/or mother, fight over taking over their father's music company, and each gain wide success in the music industry. Moreover, the basic plot idea of "pursuing dreams of music careers is not protectable." *Merrill v. Paramount Pictures Corp.*, 2005 WL 3955653, at *10 (C.D. Cal. Dec. 19, 2005).

(c) Plaintiff contends that the works are similar because each "contains flashbacks to and is informed by the protagonists' history of violence and crime, and their struggle to maintain power in their world and legitimacy in the music industry." Plaintiff's works all focus on Newt's life of crime as a "pimp" running a prostitution ring. Plaintiff's Book and Screenplay also focus on Newt's life of crime as a mob leader and drug dealer. Although Newt eventually tries to leave his life of crime to manage his sons' music group, the Newtrons' music career is not the focus of Plaintiff's works. *Empire*, in contrast, features Lucious who is already a rich, successful rapper and music mogul, and only contains brief flashbacks of Lucious and Cookie's past life as small-time drug dealers. Moreover, unlike Plaintiff's works, Lucious is not portrayed as a mob boss or prostitution ring leader. Furthermore, plots ideas regarding characters struggling to succeed in the music industry is not protectable. *Id.* ("[T]he basic plot idea of "pursuing dreams of music careers is not protectable.").

*5 (d) Plaintiff also contends the works are similar because they each involve an African American male lead character who entered a life of crime at age nine and has a troubled childhood. In Plaintiff's Book and Screenplay, a west coast mob leader hands down his prostitution and drug business to Newt, whom he taught about the business since Newt was nine years old. Newt is abused by his

EXHIBIT 7 - PG 206

WESTLAW © 2018 Thomson Reuters. No claim to original U.S. Government Works. 3

stepfather and is constantly serving time in juvenile hall or jail as a teenager in Plaintiff's works. In contrast, in *Empire*, Lucious says he sold drugs when he was nine years old to feed himself and that music saved his life by preventing him from getting shot and helping him overcome poverty. *Empire* contains periodic flashbacks of Lucious' childhood growing up with a mother with mental issues, but does not portray Lucious spending time in jail during his childhood, being involved in a prostitution ring, or being abused by a stepfather. Moreover, the concept of characters with a troubled past is not protectable. *Gable v. Nat'l Broad. Co.*, 727 F. Supp.2d 815, 844 (C.D. Cal. 2010) (characters not substantially similar even though "both start out as generally bad people"), *aff'd sub nom. Gable v. Nat'l Broad. Co.*, 438 Fed.Appx. 587 (9th Cir. 2011).

(e) Plaintiff claims both his works and *Empire* are similar because the wife character is robbed, and four drug dealers and a close friend are killed by the protagonist. In Plaintiff's Book and Screenplay, Newt kills two drug dealers and two drug addicts involved in robbing and raping his girlfriend while Newt is in jail. In *Empire*, Lucious' ex-wife's purse is almost stolen after she finishes a drinking contest to keep a music artist under the family's music label, but Cookie is rescued by her security team (Cookie is not actually robbed or raped). In Plaintiff's Book and Screenplay, Newt shoots his friend Fast Eddie, whom he says he loved like a brother. [9] In *Empire*, Lucious shoots his ex-wife's cousin Bunkie after he says Lucious is a murderer for killing four drug dealers "back in the day" and tries to blackmail Lucious.

(f) Plaintiff further argues the plots are similar because each work includes jail time for the male protagonist. In Plaintiff's Book, Newt spends at least seven years in over 30 prisons based on crimes he commits as a mob boss, drug dealer and prostitution ring leader, including drug possession, possession of firearms, and escaping prison. In Plaintiff's Screenplay, Newt is told he will spend at least a year at a correctional facility (Terminal Island) after he is indicted for drug dealing, pimping, racketeering, and murder for hire, is sentenced to 4 years in Log Cabin Youth Authority as a teenager after he shoots his friend, and is set up by his friends, arrested by police, and told to "snitch" on his family. In *Empire*, Lucious is arrested for murdering his ex-wife's cousin, Bunkie, but only one scene in the final episode of the first season of *Empire* features Lucious in jail.

(g) Plaintiff also contends that the plots are similar because they all include an R&B diva appearing at a funeral. In Plaintiff's Book, Newt fantasizes about Patti LaBelle attending (but not singing during) his son's funeral. In Plaintiff's Screenplay, Patti LaBelle sings at his son's funeral. No funeral is portrayed in Plaintiff's DVD. In contrast, Gladys Knight actually sings at Bunkie's funeral (not Lucious' son's funeral) during an episode of *Empire*, after Bunkie is killed by Lucious. *See Wild v. NBC Universal, Inc.* 788 F.Supp.2d 1083, 1101-02, 1104 (C.D. Cal. 2011) (plot line based on characters existing in the "real world" not substantially similar to plot line occurring in characters' dreams), *aff'd sub nom. Wild v. NBC Universal*, 513 Fed.Appx. 640 (9th Cir. 2013).

(h) Plaintiff further contends that the plots are similar because a "hit" is put on a character in all of the works. In Plaintiff's Book and Screenplay, Newt puts out a contract to kill a rival mob leader named "Fats" who is gunned down in front of his house. No "hit" is portrayed in Plaintiff's DVD. In *Empire*, Cookie and her sister pay an old friend to kill a man whom Cookie believes is threatening her for testifying during grand jury proceedings, and the man is gunned down in his car at a stoplight.

**\*6** (i) Plaintiff also contends the plots are similar because the male protagonist goes to jail in all the works. In Plaintiff's Book, Newt spends at least seven years in over 30 state and federal prisons for drug possession, fleeing police, possession of a firearm, escaping from prison, and as a result of his work as a mob boss, drug dealer, and prostitution ring leader. In Plaintiff's Screenplay, Newt: (1) spends one year in a correctional facility (Terminal Island), four years in Log Cabin Youth Authority as a teenager after he shoots his friend, and four years in jail for drug dealing in high school; (2) is put in the county jail mental ward after he is arrested at MCA records; (3) goes to jail again for possession of a gun; and (4) ends up serving a life sentence in federal prison. In the final episode of season one of *Empire*, Lucious is arrested for murdering Cookie's cousin Bunkie and goes to prison. Accordingly, the male characters in Plaintiff's works and *Empire* are imprisoned during different sequences and for different reasons. *Gable*, 727 F. Supp. 2d at 844 (no substantial similarity in plot where many of the elements pointed out by plaintiff were not similar when viewed in context, and those that did "bear some commonality—e.g., ... prison time ... —[did] not occur in the same sequence").

Moreover, "[t]he concept of a bad person spending time in prison" is "unprotectable *scenes-a-faire.*" *Id.* at 841.

(j) Plaintiff also argues that the plots are similar because the female lead is interrogated by police in all the works. Contrary to Plaintiff's claims, China Doll is not interrogated by police in Plaintiff's works. In Plaintiff's Book, the FBI searches China Doll's high school locker after arresting Newt, arrest China Doll for "conspiracy," and put her in the police car where they ask if Newt is her boyfriend but she is soon released. In Plaintiff's Screenplay, China Doll (who is a teenager) is put in the police car after Newt is caught with a briefcase of drugs at school, and brought to the police station to be booked after the police ask her if Newt is her boyfriend. Plaintiff's DVD does not depict China Doll being interrogated or arrested. In *Empire*, Cookie (who is older and has three adult sons) is never interrogated by police, but rather approached by the FBI to testify against a former drug dealer as an extension of her deal to get out of prison, and to testify against her ex-husband about killing her cousin Bunkie. [10]

(k) Plaintiff further argues that the works all involve the male lead being broken out of jail by his sons. Contrary to Plaintiff's claims, in Plaintiff's Book and Screenplay, Newt escapes from jail on his own—he is not broken out of jail by his sons. Season one of *Empire* ends with Lucious' arrest for Bunkie's murder, and includes a scene of Lucious in prison, but does not portray Lucious' release.

(l) Plaintiff also contends that the plots are similar because Newt is questioned by police "throughout" the Book and Screenplay and Lucious is "questioned by police" in *Empire.* Although Newt is repeatedly questioned by police in Plaintiff's Book and Screenplay for various reasons, Lucious is questioned on only a few occasions by a detective about his ex-wife's cousin's murder (no cousin is murdered in Plaintiff's works).

(m) Plaintiff also argues that the plots are similar because: (1) one of Newt's sons puts a gun to his head in Plaintiff's DVD and the oldest son in *Empire* puts a gun to his own head; and (2) Newt's house is raided in Plaintiff's Book and Lucious' house is raided in *Empire.* In *Empire*, Lucious' adult son contemplates committing suicide and puts a gun to his head in the music studio after his father votes against him becoming CEO of the family's music company. In Plaintiff's works, there is no family music company and no context is given for why Newt's son puts a gun to his head in Plaintiff's DVD. Moreover, in *Empire*, Lucious' house and office is raided by the FBI in connection with Cookie's cousin Bunkie's murder, whereas in Plaintiff's works, no raid takes place inside Newt's house and no cousin is murdered. Moreover, these instances alone do not establish substantial similarity between the plots in Plaintiff's works and *Empire. See Gable*, 727 F. Supp. 2d at 844 (finding no substantial similarity in plot where many of the elements pointed out by plaintiff were not similar when viewed in context, and those that did "bear some commonality ... [did] not occur in the same sequence").

 **\*7** Therefore, the Court finds that there is no substantial similarity between Plaintiff's works and *Empire* with respect to plot.

### 2. Themes

Plaintiff argues that the themes are substantially similar because Plaintiff's works and *Empire* focus on an African American with a history of violence raising himself and his sons "from the ghetto and a life of crime into the world of the music industry." The concept of a bad person turning his life around, however, is unprotectable. *See Gable*, 727 F. Supp. 2d at 841 (storylines driven by the "basic plot idea of turning one's life around," and "[t]he concept of a bad person spending time in prison, and then trying to clean up their act by making restitution and getting a job are unprotectable *scenes-a-faire*").

Furthermore, although Plaintiff's works and *Empire* focus on an African American man who has sons in the music industry, the themes of the works are different. The theme of Plaintiff's works is "you reap what you sow," and "paying the price" for a "corrupt" past through someone you love. In Plaintiff's Book and Screenplay, Newt is a rich and powerful mob boss, prostitution ring leader, and drug lord who commits numerous crimes, murders, and acts of violence. Plaintiff's DVD focuses primarily on Newt's lavish lifestyle as a "pimp." In all of Plaintiff's works, Newt's sons perform as a singing and dancing group whose career is cut short when one of the sons is killed during a gang initiation. *Empire*'s theme, on the other hand, focuses on the conflict and dynamics between parents and their sons, brothers, ex-spouses, and others, who are battling for control of a music company and trying to succeed in the music industry. Moreover, unlike in Plaintiff's works, in *Empire* only two of the three sons are singers with

EXHIBIT 7 - PG 208

primarily solo careers, and neither the wife character nor any sons die. [11] Furthermore, although *Empire* includes some scenes of violence, violence is not a central theme of *Empire*. *See Bissoon-Dath v. Sony Comput. Entm't America, Inc.*, 694 F. Supp. 2d 1071, 1083 (N.D. Cal. 2010) (although there were themes of violence in both works, the video game had a "thematic centrality" of violence, violence was scattered throughout the screenplay).

Accordingly, the Court finds that the themes of Plaintiff's works and *Empire* are not substantially similar.

### 3. Dialogue

"[E]xtended similarity of dialogue [is] needed to support a claim of substantial similarity." *Olson v. Nat'l Broad. Co.*, 855 F.2d 1446, 1450 (9th Cir. 1988). Here, Plaintiff fails to identify any similarities in dialogue. [12] Moreover, the Court finds virtually no overlap in dialogue based on its review of the works. Plaintiff's works contain predominantly graphic, violent, and sexual language, and are replete with expletives, whereas *Empire*'s dialogue only includes occasional expletives. *See Gilbert v. New Line Prods., Inc.*, 2010 WL 5790628, at *8 (C.D. Cal. Aug. 13, 2010) (dialogue not substantially similar where Plaintiff's screenplay used expletives repeatedly whereas Defendants' screenplay was "void of expletives").

**\*8** Accordingly, the Court finds that there is no substantial similarity among the works with respect to dialogue. *See Cavalier*, 297 F.3d at 824-25 (finding no triable issue of fact on issue of whether parties' works were substantially similar under the extrinsic test where, *inter alia*, the works differed "markedly" in dialogue); *Gable*, 727 F. Supp. 2d at 847-48 (noting that "plaintiff must demonstrate 'extended similarity of dialogue'" to support a claim of substantial similarity based on dialogue, and finding that no reasonable jury could conclude that works are substantially similar where, *inter alia*, there was no similar dialogue between works).

### 4. Mood

The works are also not substantially similar as to mood. Plaintiffs' works are dark, violent, and sexually graphic. Although *Empire* contains some violent scenes, those scenes are not the primary focus of *Empire* and are less graphic than the violent scenes depicted in Plaintiff's works. *See Bissoon-Dath*, 694 F. Supp. 2d at 1083 (moods

of works not substantially similar where "dark and extremely violent" mood pervaded throughout plaintiffs' works and defendant's work only contained "some dark scenes"), *aff'd sub nom., Dath v. Sony Comput. Entm't Am., Inc.*, 653 F.3d 898 (9th Cir. 2011) (although "violence is not absent from plaintiffs' works, it lacks the thematic centrality and intensity seen in [defendant's work]"). There are also more upbeat scenes in *Empire*, such as the original songs performed in every episode. *See Campbell*, 718 F. Supp. 2d at 1114 (moods of two works not substantially similar where one work contained scenes involving drug dealers and the hero chopping off his own finger while the other work had "happy upbeat overtones").

Accordingly, the Court finds that the moods of Plaintiff's works and *Empire* are not substantially similar.

### 5. Setting

The settings between the works are not substantially similar because Plaintiff's works are primarily set in the prostitution, drug dealing and gang world, whereas *Empire* is primarily set in the music world.

Contrary to Plaintiff's contention, the fact that Plaintiff's works and *Empire* mainly take place in a "large urban center" is inconsequential and does not make the works substantially similar. [13] *See Shaw*, 919 F.2d at 1363 (fact that the works were both "set in large cities ... do[es] not weigh heavily in our decision" on the issue of substantial similarity); *Shame on You Prods.*, 120 F. Supp. 3d at 1159 ("The mere fact that some portion of both works occurs in a city is 'generic and inconsequential, [and thus] fail[s] to meet substantial similarity.' ") (quoting *Rice v. Fox Broad. Co.*, 330 F.3d 1170, 1177 (9th Cir. 2003)); *Bernal v. Paradigm Talent & Literary Agency*, 788 F. Supp. 2d 1043, 1071 (C.D. Cal. 2010) (settings of works were not substantially similar where both works were set in a suburban neighborhood).

Plaintiff contends that Plaintiff's works and *Empire* contain the following similarities in setting: (1) Prince Diamond's Castle as pictured in Plaintiff's Book and Lucious Lyon's house in *Empire*; (2) the black gate in front of Newt's house shown in Plaintiff's DVD and the black gate in front of Lucious Lyon's house in *Empire*; (3) the storyboard in Plaintiff's Book and a scene in *Empire* of guns drawn at cars; (4) "flashbacks to the ghetto of a different era," scenes in nightclubs, and

EXHIBIT 7 - PG 209

scenes in a jailhouse. These settings are unprotectable *scenes-afaire* which are too generic and common to be protectable. *See Rosenfeld v. Twentieth Century Fox Film*, 2009 WL 212958, at *3 (C.D. Cal. Jan. 28, 2009) (finding settings in works were not similar "simply because they both include industrial factories, ultra modern offices, prominent clock towers, monorails, and other architectural features" because "such settings are *scenes a faire* naturally associated with a modern, industrial, urban environment"); *Bernal*, 788 F. Supp. 2d at 1071 (C.D. Cal. 2010) ("physical settings of both works consist of commonplace settings such as houses, front yards, offices, restaurants, interiors of cars, and so on" were generic and not so unusual or unique so as to be protectable). Furthermore, these alleged similarities are "nothing more than 'random similarities scattered throughout the works' that are insufficient to support a claim of substantial similarity." *Wild*, 513 Fed.Appx. at 642.

**\*9** Plaintiff also argues that the settings are similar because Hunter's Point, San Francisco, is referenced throughout Plaintiff's Book/Screenplay and Hunt's Point, New York, is referenced in *Empire*. Those locations are located in different cities in different states. Moreover, Hunt's Point is only mentioned once in *Empire* when Uncle Vernon tells Lucious that Cookie's cousin Bunkie owes a lot of money to someone who "runs everything from Hunt's Point all the way up to damn near New Rochelle."), whereas Hunter's Point is referenced numerous times throughout Plaintiff's Book and Screenplay, but is never referenced as a neighborhood controlled by someone whom a relative owes money to. Accordingly, there are no protectable similarities between references to Hunter's Point and Hunt's Point in Plaintiff's works and *Empire*.

Plaintiff further contends that the settings are similar because they exhibit "a lavish 'pimp' aesthetic." Plaintiff's Book portrays Newt's lavish lifestyle as a prostitution ring leader, drug lord and mob boss who loses all his money in the 1980s after he leaves his life of crime to manage his son's singing and dancing group, whereas *Empire* portrays Lucious' rich and lavish lifestyle as a successful singer and music company executive (not as a drug lord, gang boss or prostitution ring leader) who does not become poor while managing his sons' solo singing careers.

Plaintiff also argues the settings are similar because the works include scenes of a boardroom meeting in which Plaintiff's "China Doll" character and *Empire*'s "Cookie"

appear in black lingerie. Plaintiff's Screenplay, however, does not include the boardroom meeting scene. Moreover, Cookie does not appear in lingerie in a board meeting in *Empire*—she wears lingerie to a restaurant for a family dinner during which Lucious (her ex-husband) announces his engagement to his girlfriend Anika.

Accordingly, the Court finds that the settings in Plaintiff's works and *Empire* are not substantially similar.

### 6. Pace

Plaintiff's Book is a 286 page novel and Plaintiff's Screenplay is a 230 page script for a movie, both of which begin with the events leading up to Newt's arrest and imprisonment, and then flash back through Newt's childhood and adulthood for the majority of the works. Plaintiff's DVD is a single 80-minute long "documentary" which includes footage and dramatizations of Newt's life as a prostitution ring leader, and briefly covers Newt's friendship with the Jacksons and the Newtron's music career before Newt's oldest son is killed. *Empire*, on the other hand, is a television series which spans over a time period of several months in twelve 1-hour long episodes, and takes place in present day with periodic flashbacks into the characters' past. The Court therefore finds that Plaintiff's works and *Empire* are not substantially similar with respect to pace. [14] *See Bernal*, 788 F. Supp. 2d at 1070 (works not substantially similar in pace where one work was paced as a feature film whereas the other work was paced as television series with multiple hour-long episodes); *Capcom Co., Ltd. v. MKR Grp., Inc.*, 2008 WL 4661479, at *10 (N.D. Cal. Oct. 20, 2008) (no substantial similarity in pace where one story takes place over many months and the other takes place entirely over a three-day period); *Weygand v. CBS Inc.*, 1997 WL 377980, at *8 (C.D. Cal. May 21, 1997) (pace not substantially similar where one work took place within approximately one year whereas the other work spanned over approximately twenty years).

### 7. Characters

The male lead characters in Plaintiff's works and *Empire* are not substantially similar. [15] In Plaintiff's works, the male lead character Ron Newt is primarily portrayed as a pimp who runs a large prostitution ring and a mob boss. Both Plaintiff's Book and Screenplay portray Newt being abused by his stepfather as a child, burning down his

mother/stepfather's home, dealing drugs in high school, expanding his drug and prostitution business when he becomes the leader of the west coast mob, marrying China Doll, failing in love with a gang leader named Vickie Von King, who has a massive international empire whose territory also covers San Francisco's Chinatown, leaving his life of crime and the drug/prostitution trade to manage his son's singing and dancing group, struggling to help his sons' group make it in the music industry, and ending up poor. In contrast, *Empire*'s male lead character Lucious is already a successful and famous musician who previously dealt drugs to survive (he was not a prostitution ring leader or mob boss). *See Merrill*, 2005 WL 3955653, at *10 (work which ends with a character's performance at an audition and only hints at her future success as a singer was not substantially similar to other work which described a character whose "high-flying music career" made up a substantial portion of the story). Moreover, Lucious is raised by his mother (not by an abusive stepfather), becomes a rich and famous rapper with numerous record-breaking songs (Newt does not have his own music career), creates his own music company, owns his own record label, and manages two of his sons' solo singing careers in addition to numerous other singers (Newt does not own a music company, is not a music executive, and only manages his sons' singing/dancing group in Plaintiff's works). For the majority of the first season in *Empire*, Lucious believes that he is suffering from ALS, whereas Plaintiff's works do not portray Newt as suffering from ALS or any serious health conditions.

**\*10** Plaintiff contends that the male lead characters are similar because Newt is in his 40s in Plaintiff's Screenplay and *Empire*'s Lucious is played by Terrence Howard who appears to be in his 40s. [16] Similarity in age, however, is not protectable and does not demonstrate that characters are substantially similar for purposes of copyright protection. *See Shame on You Prods.*, 120 F. Supp. 3d at 1164 ("a pretty blonde in her thirties is not a character that can be copyrighted"); *Benjamin*, 2007 WL 1655783, at *6 (characters who are "attractive, likable, 30-year-old females" who "escaped their humble past to pursue their dreams of working and living in the big city" are not protectable under copyright law). [17]

The main female characters in the works are also not substantially similar. The main female character in Plaintiff's Book and Screenplay is China Doll, a singer and dancer who meets Newt in high school, marries Newt,

is not involved in managing the Newtrons after Newt leaves his life of crime to manage their sons' music group, and stays married to Newt until she ultimately dies. In *Empire*, the main female character Cookie is a talented music producer who serves 17 years in prison for taking the blame for her then husband in connection with a drug deal "gone bad" while Lucious raises their three sons into grown adults, [18] gets divorced from Lucious while she is in prison, fights with Lucious over his music company once she is released from prison, competes against Lucious to manage their two sons' and other artists' careers, and is still alive.

**\*11** The only similarity as to the son characters is that some sons are singers. In Plaintiff's works, Newt's three sons are featured in less than 1/3 of the DVD and even less in Plaintiff's Book and Screenplay, and are portrayed as pre-teens and teenagers who performed as a singing and choreographed dance group called the Newtrons, befriend the Jackson family, and get a record deal with the Jacksons and MCA records, but whose fame is cut short when Newt's oldest son is shot during a gang initiation. In contrast, *Empire* features three son characters who are adults, two of whom are solo artists launching their music careers (one son is a rapper and another son is a gay hip-hop/R&B singer), and one of whom is a married businessman (he is not a singer). Unlike in Plaintiff's works, the sons in *Empire* are major characters who appear in every episode, do not perform together as a choreographed singing and dancing group, are not friends with the Jacksons, achieve successful individual music careers, and are all alive. [19] *See Bernal*, 788 F. Supp. 2d at 1070 (finding no substantial similarity in characters where one is clearly the main character and the other is "one of four main characters that are central to the progression of the series"); *Merrill*, 2005 WL 3955653, at *10 (characters with varying success in the music industry not substantially similar).

With respect to Plaintiff's remaining arguments regarding similarity between characters, the alleged "similarities" in style and dress (e.g., jackets, coats, hats, dresses, hair styles, eyewear, and jewelry) are too common and generic, and constitute *scenes-a-faire* that flow directly from characters in the music industry. *See Capcom U.S.A., Inc. v. Data E. Corp.*, 1994 WL 1751482, at *15 (N.D. Cal. Mar. 16, 1994) (noting that similarities between characters "stem from the fact that both fighters are Thai kickboxers clad in traditional kickboxer attire—striped boxer shorts

EXHIBIT 7 - PG 211

and wrist wrappings" and finding that Plaintiff could not "obtain copyright protection for the unoriginal portrayal of a stereotyped character"); *Shame on You Prods. Inc. v. Banks*, 120 F.Supp.3d at 1168 (any similarities of "a brightly colored dress, standing alone, is entirely generic and therefore not a copyrightable concept"). Likewise, any alleged similarities between the works with respect to shirtless inmates (assuming shirtless inmate characters actually appear in a Season 2 episode of *Empire*), are also too common and generic to be protectable. As to images of characters posing with a large cat in Plaintiff's works and *Empire*, those "random similarities" do not establish substantial similarity. *Rappoport v. Ovitz*, 242 F.3d 383 (9th Cir. 2000); *Kouf v. Walt Disney Pictures & Television*, 16 F.3d 1042, 1045 (9th Cir. 1994).

Accordingly, the Court finds no substantial similarity between the characters in Plaintiff's works and *Empire*.

### 8. Sequence of Events

The sequence of events between the works is not substantially similar. Plaintiff's Book and Screenplay begin with the events leading up to Newt's arrest, indictment, and imprisonment (Terminal Island). While in prison, Newt sees television coverage of the death of his son during a store shooting. Plaintiff's Book and Screenplay then flash back to Newt's childhood during which he was abused, had run-ins with the law, and served time in juvenile hall, then move to Newt's teenage years during which he becomes a rich drug dealer and prostitution ring leader, and meets his future wife. Newt later becomes a mob boss, but ultimately gives up his life as a mob leader, drug lord, and "pimp" to manage his sons' music group. Newt then befriends the Jacksons, obtains record deals for the Newtrons, and goes back to prison. Plaintiff's Book and Screenplay both end with the death of Newt's oldest son.

**\*12** Plaintiff's DVD begins with footage from his lavish lifestyle as a pimp, moves to Newt falling in love, getting married and having children, proceeds to the beginning of the Newtron's music career as a singing and dancing group, the Newtrons' record deal, Newt getting arrested after he threatens an MCA records executive, and ends with Newt's son's death during a gang initiation while Newt is in prison.

In contrast, *Empire* begins with Lucious as a middle-aged adult with three adult sons, who is a rich and famous

singer with a music company on the verge of becoming a publicly traded company. Lucious' ex-wife is released from prison. Two of Lucious' adult sons then release their first music albums and Lucious' music company eventually becomes public. Season ends with Lucious going to prison after he is charged with the murder of his ex-wife's cousin. While *Empire* is set in present day with brief flashbacks to the characters' past, Plaintiff's Book and Screenplay include one long flashback after Newt, who is in prison, sees a video of his son being shot and killed by a convenience store owner.

Accordingly, there is no substantial similarity in sequence of events. *See Gable*, 727 F. Supp. 2d at 844 (no substantial similarity in plot where many of the elements pointed out by plaintiff were not similar when viewed in context, and those that did "bear some commonality—e.g., lottery winnings, prison time, paying off debts—[did] not occur in the same sequence"); *Cavalier*, 297 F.3d at 823 (sequence of events were not substantially similar where events appeared in different contexts in the works, and works did not "share any detailed sequence of events"); *Bernal*, 788 F. Supp. 2d at 1072 (sequence of events were not substantially similar where similar scenes in the works did not occur in the same order).

\* \* \*

Plaintiff has demonstrated, at most, random similarities between the works which does not constitute substantial similarity. *See Rappoport v. Ovitz*, 242 F.3d 383 (9th Cir. 2000) ("Because Rappoport demonstrated only random similarities, there is no substantial similarity between the works."); *Kouf*, 16 F.3d at 1045 ("[W]e are equally unimpressed by Kouf's compilation of random similarities scattered throughout the works.") (internal quotations omitted); *Zella*, 529 F. Supp. 2d at 1137 (no substantial similar where plaintiff "cobbled together" a list of generic elements that did not form a specific pattern); *Flynn v. Surnow*, 2003 WL 23411877, at \*9 (C.D. Cal. Dec. 9, 2003) (similarities cited by Plaintiff were "randomly scattered throughout the works and ha[d] no concrete pattern ... in common"). [20] Weighing the factors, the Court therefore finds that Plaintiff's Book, DVD, and Screenplay are not substantially similar to *Empire* as a matter of law. [21]

### C. Implied-In-Fact Contract Claim

EXHIBIT 7 - PG 212

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.

*13 Plaintiff's Second Cause of Action is a state law claim for breach of implied-in-fact contract. "[T]he analysis of similarity under an implied-in-fact contract claim is different from the analysis of a copyright claim." *Benay v. Warner Bros. Entm't*, 607 F.3d 620, 632 (9th Cir. 2010). Accordingly, the Court declines to exercise supplemental jurisdiction over Plaintiff's contract claim and dismisses it without prejudice to being refiled in state court. *See Shame on You Prods.*, 120 F. Supp. 3d at 1171-72 (finding federal copyright claim failed as a matter of law, but declining to exercise supplemental jurisdiction over the implied-in-fact contract claim upon noting that the federal copyright claim is based on "a different legal standard" and "principles of comity council strongly against maintaining the implied-in-fact contract claim").

## IV. CONCLUSION

The Court:

(1) **GRANTS** Defendants' Requests for Judicial Notice;

(2) **GRANTS** Plaintiff's Request for Judicial Notice;

(3) **GRANTS** the Individual Defendants' Motion to Dismiss the FAC as to the First Cause of Action for Copyright Infringement;

(4) **GRANTS** Defendant Fox's Motion for Judgment on the Pleadings as to the First Cause of Action for Copyright Infringement; and

(5) **DISMISSES** the Second Cause of Action for Breach of Implied-In-Fact Contract without prejudice to Plaintiff refiling in state court.

**IT IS SO ORDERED.**

**All Citations**

Not Reported in F.Supp.3d, 2016 WL 4059691, 119 U.S.P.Q.2d 1629

---

Footnotes

1 Registration of a work is also required prior to bringing an infringement action. 17 U.S.C. § 411(a); *Alaska Stock, LLC v. Houghton Mifflin Harcourt Pub. Co.*, 747 F.3d 673, 678 (9th Cir. 2014).

2 *See also Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1125, 1131 (C.D. Cal. 2007) ("[I]f after examining the works themselves, this Court determines that there is no substantial similarity, then the plaintiff here can prove no facts in support of his claim which would entitle him to relief—the standard for dismissal under Rule 12(b)(6)."); *Shame on You Prods., Inc. v. Banks*, 120 F. Supp. 3d 1123, 1151-71 (C.D. Cal. 2015) (finding no substantial similarity as a matter of law for purposes of a motion to dismiss and motion for judgment on the pleadings).

3 In contrast, the intrinsic test is a subjective comparison for the trier of fact which focuses on "whether the ordinary, reasonable audience would find the works substantially similar in the total concept and feel of the works." *Cavalier*, 297 F.3d at 822 (internal quotations and citations omitted).

4 Plaintiff contends that Defendants' Motions cannot be premised on extrinsic evidence without being converted to a motion for summary judgment. The Court, however, may consider materials whose contents are alleged in or incorporated by reference to the complaint for purposes of a motion to dismiss and motion for judgment on the pleading. *See Ritchie*, 342 F.3d at 908 ("A court may ... consider ... documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment.... Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim."); *Thomas v. Walt Disney Co.*, 337 Fed.Appx. 694, 695 (9th Cir. 2009) (district court properly considered materials whose contents were alleged in the complaint in finding works were not substantially similar as a matter of law on a motion to dismiss).

5 Defendants do not contest Plaintiff's ownership of the Book, Screenplay, and DVD, or that Defendants had access to Plaintiff's works. Accordingly, the Court only analyzes whether Plaintiff's works and *Empire* are substantially similar.

6 *Funky Films*, 462 F.3d at 1081 (citations omitted).

7 In Plaintiff's Book, Newt is told that his wife will "do twenty years" if he fails to turn himself in for possession of a firearm by a felon, but Newt's wife is soon bailed out of jail. Similarly, in Plaintiff's Screenplay, Newt's wife takes the blame after Newt is arrested for possession of a handgun in order to prevent Newt from getting life in prison, but she is quickly bailed out of jail.

**EXHIBIT 7 - PG 213**

8    In Plaintiff's Screenplay, the Newtrons is initially comprised of Plaintiff's five children.

9    Plaintiff's DVD does not portray Newt's wife being robbed or Newt killing four drug dealers or a close friend.

10    Moreover, plots are not substantially similar simply because the works involve questioning by police for different reasons. *See Berkic,* 761 F.2d at 1293 (plot not substantially similar where both works involve characters participating in an investigation, where one character's investigation is motivated by purely personal concerns concerning her best friend and other work involves an investigation by a police detective seeking to advance his career).

11    The FAC alleges that the DVD is a "documentary based on the Book," and that the Book, Screenplay, and DVD "are based in large part on PLAINTIFF's life story." (FAC ¶ 12.) To the extent Plaintiff's works are based on "objective 'facts' and ideas" about his real life, those facts and ideas are not copyrightable. *Satava v. Lowry,* 323 F.3d 805, 810 (9th Cir. 2003) (citations omitted).

12    While Plaintiff argues that a "non-exhaustive list" of similarities in dialogue is alleged in paragraph 20 of the FAC, that paragraph and the remainder of the FAC contain no reference to actual dialogue.

13    Plaintiff's Book and Screenplay predominantly take place in San Francisco, California, whereas *Empire* primarily takes place in New York City.

14    Plaintiff does not address this factor.

15    Alleged "similarities" identified by Plaintiff such as both male leads being womanizers, entertainers, song writers, producers in the music business, having an enemy who is a record executive, are too generic and common to be protectable. *See Hayes v. Minaj,* 2013 WL 11328453, at *7 (C.D. Cal. Mar. 7, 2013) (unfaithful male partners in the hip hop industry not protectable expression); *Rice,* 330 F.3d at 1176 ("[W]hile there may exist similarities between the magician 'characters,' any shared attributes of appearance and mysterious demeanor are generic and common"); *Benjamin v. Walt Disney Co.,* 2007 WL 1655783, at *6 (C.D. Cal. June 5, 2007) ("While Plaintiff contends both are attractive, likable, 30–year–old females that have escaped their humble past to pursue their dreams of working and living in the big city, these similarities are immaterial because they describe the female lead in almost every romantic comedy. Such stock characters are not protected by copyright law").

16    Plaintiff also argues that the names of the male lead characters ("Lucious Lyon" and "Prince Diamond") are similar. Similar sounding names, without more, do not support a finding of substantial similarity. *See Bernal,* 788 F. Supp. 2d at 1070 (noting that "[a]lthough the women have similar sounding names (Suzanne and Susan), the characters do not have much in common" and finding the female characters were not substantially similar). Plaintiff also contends that the male lead characters are similar because Newt is a furrier who is friends with the mayor in Plaintiff's works, and Lucious has a clothing line and is friends with the President in *Empire.* Although Newt is involved in the fur business in Plaintiff's Book (Newt is not portrayed as a furrier in Plaintiff's Screenplay or DVD), Lucious is not a furrier in *Empire*—Lucious has a clothing line for which he is told he needs to approve jacket designs. Furthermore, while Lucious references doing favors for President Obama in *Empire*, Newt is never friends with the mayor in Plaintiff's works. Moreover, a friendship with an unnamed mayor vs. the President is substantially different.

17    *See also Quaglia v. Bravo Networks,* 2006 WL 721545, at *3 (D. Mass. Mar. 21, 2006) (fact that works both have characters of similar age, race, gender, appearance, and "bright," "ditzy," "girl-next-door manner", are "generalized character types" that "simply are not copyrightable"), *aff'd,* 2006 WL 3691667 (1st Cir. Dec. 15, 2006); *Eaton v. Nat'l Broad. Co.,* 972 F. Supp. 1019, 1029 (E.D. Va. 1997) (finding no meaningful or substantial similarities between the two works even though both works included two female mechanics, two young boys, and two garage owners, reasoning that basic human traits that certain characters share, including age, sex, and occupation "are too general or too common to deserve copyright protection"), *aff'd sub nom. Eaton v. Nat'l Broad. Co.,* 145 F.3d 1324 (4th Cir. 1998).

18    The female character in Plaintiff's works never serves a long prison sentence nor serves a sentence for taking the blame for a drug deal involving her husband. In Plaintiff's Book, Newt is told that his wife will "do twenty years" if he fails to turn himself in for possession of a firearm by a felon, but Newt's wife is soon bailed out of jail. Similarly, in Plaintiff's Screenplay, Newt's wife takes the blame after Newt is arrested for possession of a handgun in order to prevent Newt from getting life in prison, but she is quickly bailed out of jail. The wife character in Plaintiff's DVD does not go to prison.

19    The fact that the sons in the works wear sunglasses and gold chains is not protectable because those accessories are commonly worn in the music industry, and are therefore not protectable. *See Kouf,* 16 F.3d at 1046 ("genius kid with thick-rimmed glasses" is "not distinctive enough to be a protectable character, and resembles the film character only in general, not in detail"); *Olson,* 855 F.2d at 1452-53 (characters that embody little more than an unprotected idea are not protectable).

20    Plaintiff argues that he has been precluded from conducting any discovery on the issue of access, and that the inverse-ratio rule requires denial of the Motions as to the copyright claim because Defendants have not contested access to

EXHIBIT 7 - PG 214

Plaintiff's works. Under the inverse-ratio rule, a lower standard of proof of substantial similarity is required when a high degree of access is shown. *Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 485 (9th Cir. 2000). Here, Plaintiff "would not be able to demonstrate unlawful copying even under a relaxed version of the substantial-similarity test." *Funky Films*, 462 F.3d at 1081 (affirming district court's denial of request for additional discovery on the issue of access so that appellants could satisfy the lower burden of proof under the inverse-ratio rule where there was no substantial similarity between the works).

21    Defendants do not dispute that Plaintiff's Book and DVD have been registered with the U.S. Copyright office. The parties dispute, however, whether Plaintiff's Screenplay has been registered. Having found that Plaintiff's Book, DVD, and Screenplay are not substantially similar to *Empire* as a matter of law, the Court does not reach the issue of whether Plaintiff's Screenplay has been registered.

---

**End of Document**                                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT 7 - PG 215

# EXHIBIT 8

EXHIBIT 8 - PG 216

KeyCite Blue Flag – Appeal Notification

Appeal Filed by JON ASTOR-WHITE v. DANIEL STRONG, ET AL, 9th Cir., April 19, 2016

2016 WL 1254221
Only the Westlaw citation is currently available.
United States District Court,
C.D. California.

Jon Astor-White
v.
Daniel Strong, et al.

CV 15-6326 PA (RAOx)
|
Signed 03/28/2016

**Proceedings**: IN CHAMBERS–MOTION TO DISMISS

PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

**\*1** Before the Court is a Motion to Dismiss filed by defendants Daniel Strong, Lee Daniels, Imagine Television, LLC, and Twentieth Century Fox Film Corp. (collectively "Defendants") (Docket No. 20). Defendants challenge the sufficiency of the First Amended Complaint ("FAC") filed by plaintiff Jon Astor–White ("Plaintiff"). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 715, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for March 21, 2016, is vacated, and the matter taken off calendar.

**I. *Factual and Procedural Background***
Plaintiff filed the FAC as a matter of right while he was appearing pro se, but since that time has retained counsel. Defendants are the producers and creators of the television series "Empire." Plaintiff alleges that "Empire" infringes his treatment for "King Solomon," which describes a concept for a television series centered on the story of a recording industry mogul and his family. The treatment, which is attached as an exhibit to the FAC, consists of one page of "suggested" actors for the key roles and little more than three pages describing the characters, their relationships, and some of the plot of the proposed television series. The FAC alleges that he faxed the treatment to his friend Nick Tulli in 2007, and, also in

2007 to the actor Richard Roundtree and Mr. Roundtree's manager. Mr. Roundtree's manager later told Plaintiff that Mr. Roundtree did not want to commit to the project. Plaintiff later created a website that listed "King Solomon" as a project he was developing. That website did not provide any details about "King Solomon." Plaintiff also alleges that he met Terrence Howard, who stars in "Empire," at an event in 2012. Plaintiff does not allege that he discussed "King Solomon" with Mr. Howard.

According to the treatment, the main character is King Solomon. King, who was educated at Harvard, started a small record label with one female singer and turned that into a billion dollar business with numerous subsidiaries. King's first wife died suddenly and he then married his childhood sweetheart Janet. Janet and King's three children are 20–year–old Jenny, an aspiring actress, Jack, aged 25, who has a college degree in business administration, and Joe, who is 23. Joe recently dropped out of college against his father's wishes to start a career as a hip hop artist with a Mafia-backed record company run by King's rival Jim Diamond. Plaintiff's treatment describes King's plans to host a birthday party for his daughter Jenny. Those plans are disrupted when King's half-brother Jake, who was just released from prison after serving a 20–year sentence for drug possession, arrives and threatens to reveal a secret he and King share. Jake has a teenaged daughter who is strung out on drugs and involved in prostitution.

The treatment says that actual recording artists will appear in each episode to perform their hits or introduce new material. "King Solomon" is set in Hollywood and, provides "an inside look into the billion dollar record business, through the eyes of a wealthy black family, struggling to balance family and business." Plaintiff's treatment describes "King Solomon" as having "the style and elegance of 'Dynasty' meets 'The Sopranos' with a sprink [l]ing of 'The Godfather'...."

**\*2** "Empire" chronicles the struggle of Lucious Lyon, a rapper and former drug dealer who is now a music mogul.[1] Lucious is diagnosed with a fatal disease in the show's premiere. "Empire" centers around Empire Entertainment, a privately held music and entertainment empire, which Lucious started with his ex-wife, Cookie. Cookie was recently released from prison after serving a 17–year sentence on drug charges. Lucious, Cookie, and their three sons–Andre, a married businessman

EXHIBIT 8 - PG 217

with bipolar disorder, Jamal, a gay singer rejected by the homophobic Lucious, and Hakeem, a talented but unfocused rapper–fight for future control over Empire Entertainment.

"Empire" takes place in present day New York City. Each episode includes the performance of original pop and hip hop songs. These songs are usually performed by the show's characters, including Jamal, Hakeem, and Hakeem's love interest Tiana, all of whom are Empire Entertainment artists. Defendants compare the shifting alliances within Lucious' family to Shakespeare's "King Lear" and prime-time television soap operas like Dynasty and Dallas, which "explored wealth, sex, intrigue, and power struggles within wealthy, powerful families."

The FAC alleges a single claim for copyright infringement. In their Motion to Dismiss, Defendants contend that Plaintiff has failed to allege facts showing that Defendants had access to his treatment and that the FAC fails to state a viable claim because Plaintiff's treatment and "Empire" are not substantially similar in ways protected by the Copyright Act.

## II. *Standard on Motion to Dismiss*

For purposes of a Motion to Dismiss brought pursuant to Federal Rule of Civil Procedure 12(b)(6), plaintiffs in federal court are generally required to give only "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a). While the Federal Rules allow a court to dismiss a cause of action for "failure to state a claim upon which relief can be granted," they also require all pleadings to be "construed so as to do justice." Fed.R.Civ.P. 12(b)(6), 8(e). The purpose of Rule 8(a)(2) is to " 'give the defendant fair notice of what the ... claim is and the grounds upon which it rests.' " *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555, 127 S.Ct. 1955, 1964, 167 L.Ed.2d 929 (2007) (quoting *Conley v. Gibson,* 355 U.S. 41, 47, 78 S.Ct. 99, 103, 2 L.Ed.2d 80 (1957)). The Ninth Circuit is particularly hostile to motions to dismiss under Rule 12(b)(6). *See, e.g., Gilligan v. Jamco Dev. Corp.,* 108 F.3d 246, 248–49 (9th Cir.1997) ("The Rule 8 standard contains a powerful presumption against rejecting pleadings for failure to state a claim.") (internal quotation omitted).

However, in *Twombly,* the Supreme Court rejected the notion that "a wholly conclusory statement of a claim would survive a motion to dismiss whenever the pleadings left open the possibility that a plaintiff might later establish some set of undisclosed facts to support recovery." *Twombly,* 550 U.S. at 561, 127 S.Ct. at 1968 (internal quotation omitted). Instead, the Court adopted a "plausibility standard," in which the complaint must "raise a reasonable expectation that discovery will reveal evidence of [the alleged infraction]." *Id.* at 556, 127 S.Ct. at 1965. For a complaint to meet this standard, the "[f]actual allegations must be enough to raise a right to relief above the speculative level." *Id.* at 555, 127 S.Ct. at 1965 (citing 5 C. Wright & A. Miller, *Federal Practice and Procedure* § 1216, pp. 235–36 (3d ed. 2004) ("[T]he pleading must contain something more ... than ... a statement of facts that merely creates a suspicion [of] a legally cognizable right of action") (alteration in original)); *Daniel v. County of Santa Barbara,* 288 F.3d 375, 380 (9th Cir.2002) (" 'All allegations of material fact are taken as true and construed in the light most favorable to the nonmoving party.' ") (quoting *Burgert v. Lokelani Bernice Pauahi Bishop Trust,* 200 F.3d 661, 663 (9th Cir.2000)). "[A] plaintiff's obligation to provide the grounds of his entitlement to relief requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Twombly,* 550 U.S. at 555, 127 S.Ct. at 1964–65 (internal quotations omitted). In construing the *Twombly* standard, the Supreme Court has advised that "a court considering a motion to dismiss can choose to begin by identifying pleadings that, because they are no more than conclusions, are not entitled to the assumption of truth. While legal conclusions can provide the framework of a complaint, they must be supported by factual allegations. When there are well-pleaded factual allegations, a court should assume their veracity and then determine whether they plausibly give rise to an entitlement to relief." *Ashcroft v. Iqbal,* 556 U.S. 662, 679, 129 S.Ct. 1937, 1950, 173 L.Ed.2d 868 (2009).

## III. *Analysis*

**\*3** The elements of copyright infringement are: (1) ownership of a valid copyright and (2) unauthorized copying by the defendant of protected elements of the work. *See Rice v. Fox Broadcasting Co.,* 330 F.3d 1170, 1174 (9th Cir.2003). "Copying may be established by showing that the infringer had access to plaintiff's copyrighted work and that the works at issue are substantially similar in their protected elements." *Cavalier v. Random House, Inc.,* 297 F.3d 815, 822 (9th Cir.2002) (citing *Shaw v. Lindheim,* 919 F.2d 1353, 1356 (9th Cir.1990)). In determining if two works are substantially

EXHIBIT 8 - PG 218

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.

similar, the Ninth Circuit's test contains both an extrinsic and an intrinsic component. *Funky Films, Inc. v. Time Warner Entm't Co.,* 462 F.3d 1072, 1077 (9th Cir.2006). When assessing substantial similarity as a matter of law, "courts apply only the extrinsic test." *Id.* "[T]he intrinsic test, which examines an ordinary person's subjective impressions of the similarities between two works, is exclusively the province of the jury." *Id.*

"The extrinsic test is an objective test based on specific expressive elements: the test focuses on articulable similarities between the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events in two works." *Benay v. Warner Bros. Entm't, Inc.,* 607 F.3d 620, 624 (9th Cir.2010). The court "compares, not the basic plot ideas for stories, but the actual concrete elements that make up the total sequence of events and the relationships between the major characters." *Berkic v. Crichton,* 761 F.2d 1289, 1293 (9th Cir.1985). In applying the extrinsic test, it is the plaintiff's burden to identify the sources of the alleged similarity between the plaintiff's work and the allegedly infringing work. *See Apple Computer, Inc. v. Microsoft Corp.,* 35 F.3d 1435, 1443 (9th Cir.1994). Once the plaintiff has identified the alleged similarities, "[u]sing analytic dissection, and, if necessary, expert testimony, the court must determine whether any of the allegedly similar features are protected by copyright." *Id.* In comparing these features, the Court must first filter out any "unprotectable elements." *Id.* According to the Ninth Circuit:

> Familiar stock scenes and themes that are staples of literature are not protected. In *Berkic,* we rejected finding substantial similarity based on scenes such as "depictions of the small miseries of domestic life, romantic frolics at the beach, and conflicts between ambitious young people on one hand, and conservative or evil bureaucracies on the other." Scenes-a-faire, or situations and incidents that flow necessarily or naturally from a basic plot premise, cannot sustain a finding of infringement.

*Cavalier,* 297 F.3d at 823 (quoting *Berkic,* 761 F.2d at 1294). "Even if a copied portion be relatively small in proportion to the entire work, if qualitatively important, the finder of fact may properly find substantial similarity." *Shaw,* 919 F.2d at 1363 (quoting *Baxter v. MCA, Inc.,* 812 F.2d 421, 425 (9th Cir.1987)). Under the "inverse ratio" rule, a plaintiff may show infringement based on a lesser degree of similarity between the copyrighted work and

the allegedly infringing work, if it can be shown that the defendant had access to the copyrighted work. *Id.* at 1361; *see also Rice v. Fox Broad. Co.,* 330 F.3d 1170, 1178 (9th Cir.2003).

A. *Access*

In the absence of direct evidence of copying, "[t]o prove access, a plaintiff must show a reasonable possibility, not merely a bare possibility, that an alleged infringer had the chance to view the protected work. Where there is no direct evidence of access, circumstantial evidence ban be used to prove access either by (1) establishing a chain of events linking plaintiff's work and the defendant's access, or (2) showing that plaintiff's work has been widely disseminated." *Art Attacks Ink, LLC v. MGA Entm't Ins.,* 581 F.3d 1138, 1143 (9th Cir.2009) (citing *Three Boys Music Corp. v. Bolton,* 212 F.3d 477, 481–82 (9th Cir.2000)). "Absent evidence of access, a 'striking similarity' between the works may give rise to a permissible inference of copying." *Baxter v. MCA, Inc.,* 812 F.2d 421, 423 (9th Cir.1987).

**\*4** Here, Plaintiff alleges that he provided his treatment to only three individuals, none of whom are alleged to have been involved in the creation of "Empire" or to otherwise have any relationship with Defendants. Plaintiff has alleged no facts supporting even an inference that Defendants had direct access to his treatment. Nor does the FAC allege facts that the treatment was widely disseminated. In fact, the only plausible inference to draw from the FAC's allegations is that the treatment was not widely disseminated. Indeed, all of the facts alleged in the FAC are inconsistent with even a "bare possibility," let alone a "reasonable possibility," that Defendants had access to the treatment. *Art Attacks Ink,* 581 F.3d at 1143. Finally, as will be discussed below in more detail when analyzing whether Plaintiff's treatment and "Empire" are substantially similar, the Court concludes that whatever similarities may exist between the two works are not so "striking" as to create a reasonable inference of copying to satisfy the access requirement. The Court therefore concludes that Plaintiff's failure to allege facts that plausibly show that Defendants had access to his work is fatal to his copyright infringement claim. *Id.* at 1145 ("A reasonable jury could not have concluded that there was more than a 'bare possibility' that [defendant had access to plaintiff's work.] Accordingly, we affirm the district court's grant of summary judgment to [defendant] on the copyright infringement claim.").

EXHIBIT 8 - PG 219

At a minimum, even if Plaintiff's implausible allegations stated enough facts to support an inference of access to survive this Motion to Dismiss, those allegations are so weak that Plaintiff does not benefit from the "inverse ratio" rule, and therefore does not have a reduced burden to show a "lesser degree of similarity" between his treatment and "Empire." *See Rice,* 330 F.3d at 1178 ("Under the 'inverse ratio rule,' we 'require a lower standard of proof of substantial similarity when a high degree of access is shown.' ").

**B.** *Substantial Similarity*
Because Defendants' Motion to Dismiss challenges the substantial similarities between Plaintiff's treatment and "Empire" as a matter of law, only the extrinsic test is applicable at this stage of the proceedings. *See Kouf v. Walt Disney Pictures & Television,* 16 F.3d 1042, 1045 (9th Cir.1994); *see also Shame on You Productions,* 120 F.Supp.3d 1123 (determining no substantial similarity under the extrinsic test on a combined Rule 12(c) Motion for Judgment on the Pleadings and Rule 12(b)(6) Motion to Dismiss).

**1.** *Plot, Sequence of Events, and Theme*

"No one can own the basic idea for a story. General plot ideas are not protected by copyright law; they remain forever the common property of artistic mankind." *Berkic,* 761 F.2d at 1293. As in *Berkic,* both Plaintiff's treatment and "Empire" have some similarities at "a very high level of generality." *Id.* Specifically, both stories involve a successful and wealthy African American entertainment mogul with three children involved in the recording industry. *See Shaw,* 919 F.2d at 1356 ("Copyright law protects an author's expression; facts and ideas within a work are not protected."); *see also Benay,* 607 F.3d at 625 ("The most important similarities involve unprotectable elements. They are shared historical facts, familiar stock scenes, and characteristics that flow naturally from the works' shared basic plot premise. Stripped of these unprotected elements, the works are not sufficiently similar to satisfy the extrinsic test."); *Cavalier,* 297 F.3d at 824 ("[The two works] share the general premise of a child, invited by a moon-type character, who takes a journey through the night sky and returns safely

to bed to fall asleep. But basic plot ideas, such as this one, are not protected by copyright law.").

Plaintiff's skeletal treatment provides very little detail concerning either a sequence of events or theme, but to the extent the treatment contains a sequence of events, it has almost nothing in common with the way the story of "Empire" develops. In his Opposition, Plaintiff identifies the themes shared by the two work as "music, family, extreme wealth, competition, excitement and power brought to life through the perspectives of a Black record label and his family as central characters...." But these "themes" are not well-developed in Plaintiff's treatment, and "to the extent the works share themes, those themes arise naturally from the premise ... [and] the works develop those themes in very different ways." *Benay,* 607 F.3d at 627. Moreover, the important themes in "Empire" involve familial conflict, inter-generational succession, homophobia, sexism, interracial marriage, the difficulties of mental illness, and terminal illness that are either absent from Plaintiff's treatment or explored in far more complex ways. That both works include musical performances is not protectable but instead flows from the basic premise of both ideas. *Berkic,* 761 F.2d at 1293.

**2.** *Characters*

**\*5** Plaintiff contends that many of the characters in the two works are similar. The Ninth Circuit has "allowed copyright protection for characters who are especially distinctive." *Olson v. Nat'l Broad. Co.,* 855 F.2d 1446, 1452 (9th Cir.1988). "[T]raits that flow naturally from the works' shared premises" do not "have significance under copyright law." *Id.* at 626. As with other aspects of the substantial similarity analysis, Plaintiff's underdeveloped treatment lacks detail about the characters

Among the similarities identified by Plaintiff are that King and Lucious "are Black record moguls who rise to power and become billionaires in the record industry" and have three children. But whereas King attended Harvard and began his recording industry career by signing a female singer and a band, Lucious' music career started when he became a performer and left a life of drug dealing and violent crime to found a media, fashion, and entertainment empire without any formal education. Moreover, one of the defining characteristics of Lucious,

EXHIBIT 8 - PG 220

his terminal illness, is completely absent from Plaintiff's treatment.

Plaintiff also alleges that the character of King's brother Jake and "Empire's" Cookie are similar because both appear in their respective stories after serving long prison sentences for drug offenses. But the relationship between Lucious and his ex-wife Cookie is very different from the relationship King has with Jake, and Jake does not appear to be the dramatic foil or professional rival that Cookie is. Nor is Jake described as the sort of charismatic and savvy businesswoman, music producer, and manager that Cookie is.

Plaintiff focuses on the fact that both King and Lucious have three children and that one of those children has a business degree, while the other two children are performers. In Plaintiff's treatment, King's younger two children are an aspiring singer, who King discourages and banishes, and an aspiring actress. Both of Lucious' younger sons are singers, neither of whom are threatened with banishment because of their chosen careers, and Lucious' business-minded son also struggles with bipolar disorder and the complexities of an inter-racial marriage. Although Plaintiff contends that Lucious' homosexual son Jamal is similar to King's daughter Jenny because "both [are] associated with the feminine gender," the Court rejects this outdated and offensive stereotype, and is disappointed that Plaintiff's counsel would so blithely make such an argument.

### 3. *Setting, Mood, Pace, and Dialogue*

Plaintiff's treatment is set in Hollywood, while "Empire" takes place in New York. Given that both stories involve an entertainment mogul living a lavish lifestyle, any similarities in the settings naturally flow from that unprotected idea and therefore do not support a finding of substantial similarity for purposes of copyright law.

*Berkic,* 761 F.2d at 1293. Similarly, that both works find inspiration for their mood and pacing in the prime-time soap operas of the 1980s flows naturally from the basic idea for the shows and is unprotected *scenes a faire. Id.* Finally, as Plaintiff concedes, his treatment has no dialogue, so there is no way to find a substantial similarity between the two works based on that element.

### Conclusion

For all of the foregoing reasons, the Court concludes that the FAC fails to state a viable claim for copyright infringement. Specifically, far from alleging facts that could support a reasonable basis for finding that Defendants could have accessed Plaintiff's work, the FAC instead pleads facts that are incompatible with access. No amendment that is consistent with the access allegations contained in the FAC could cure these deficiencies. Additionally, an objective extrinsic analysis of the two works reveals that they are not substantially similar in their protectable elements. Because Plaintiff's treatment is the sole basis for his infringement claim, and that treatment is not substantially similar to "Empire," the Court concludes that any amendment would be futile. The Court therefore grants Defendants' Motion to Dismiss and dismisses the FAC without leave to amend. *See Rutman Wine Co. v. E. & J. Gallo Winery,* 829 F.2d 729, 738 (9th Cir.1987) ("Denial of leave to amend is not an abuse of discretion where the pleadings before the court demonstrate that further amendment would be futile."). The Court will issue a Judgment consistent with this Order.

**\*6** IT IS SO ORDERED.

### All Citations

Not Reported in F.Supp.3d, 2016 WL 1254221

### Footnotes

1    Defendants have submitted DVD recordings of the first season of "Empire" and requested that the Court consider those recordings as if they are incorporated by reference into the FAC because the FAC references "Empire" repeatedly in its allegations. Plaintiff has not objected to Defendants' submission of the DVD recordings. *See Shame on You Productions, Inc. v. Elizabeth Banks,* 120 F.Supp. 1123, 1144 (C.D.Cal.2015) (considering screenplays and video recordings that were referenced in but not attached to a complaint, and the authenticity of which is not disputed, without converting a motion for judgment on the pleadings into a summary judgment motion).

EXHIBIT 8 - PG 221

**End of Document**

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT 8 - PG 222