ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ELAINE K. KIM (SBN 242066)
ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Debbie Allen
(erroneously sued as Debbie Allan)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT PANTON,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY STRONG, DEBBIE ALLAN, LEE DANIELS, BRIAN CRAZER, PETER RICE, and FOX STUDIO,<br><br>    Defendants. | CASE NO. 2:17-cv-00050-JFW (JEM)<br><br>Honorable John F. Walter<br><br>**DECLARATION OF MARY McGUIRE IN SUPPORT OF DEFENDANT DEBBIE ALLEN'S REQUEST FOR JUDICIAL NOTICE RE: MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 21) OR, IN THE ALTERNATIVE, SECOND AMENDED COMPLAINT (DKT. 49-1), WITH PREJUDICE PURSUANT TO FRCP 12(B)(6)**<br><br>Date: February 26, 2018<br>Time: 1:30 p.m.<br>Ctrm: 7A, 350 W. 1st Street |

Mitchell Silberberg & Knupp LLP

9645951.2

MCGUIRE DECL. IN SUPPORT OF DEFENDANT ALLEN'S REQUEST FOR JUDICIAL NOTICE

# DECLARATION OF MARY McGUIRE

1. I am Vice President, Copyright Administration, for Twentieth Century Fox Film Corporation. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as witness, I could and would competently testify thereto. I make this Declaration in support of Defendant Debbie Allen's Request for Judicial Notice ("Request for Judicial Notice"), pertaining to Defendant Allen's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 21) or, in the Alternative, Second Amended Complaint (Dkt. 49-1), with prejudice pursuant to FRCP 12(b)(6).

2. On or about June 28, 2017, I submitted a request to the U.S. Copyright Office for a copy of the *Can you cross over?* (130 p. screenplay) ("*CYCO*"), Registration No. PAu002032153, as deposited by the registrant with the Copyright Office for the purpose of registration. A true and correct copy of the deposit copy of *CYCO*, which I received from the U.S. Copyright Office on or about September 7, 2017, is attached as Exhibit 2 to Defendant Debbie Allen's Request for Judicial Notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2018, at Los Angeles, California.

_____
Mary McGuire