1  ROBERT H. ROTSTEIN (SBN 72452)
     rxr@msk.com
2  ELAINE K. KIM (SBN 242066)
     ekk@msk.com
3  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
4  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
5  Facsimile: (310) 312-3100

6  Attorneys for Defendants Debbie Allen
   (erroneously sued as Debbie Allan) and Lee
7  Daniels

8            UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT PANTON,<br><br>            Plaintiff,<br><br>      v.<br><br>DANNY STRONG, DEBBIE ALLAN, LEE DANIELS, BRIAN CRAZER, PETER RICE, and FOX STUDIO,<br><br>            Defendants. | CASE NO. 2:17-cv-00050-JFW (JEM)<br><br>**DEFENDANT LEE DANIELS'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 21) OR, IN THE ALTERNATIVE, SECOND AMENDED COMPLAINT (DKT. 49-1), WITH PREJUDICE PURSUANT TO FRCP 12(b)(6);**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**[[Proposed] Order and Request for Judicial Notice Filed Concurrently Herewith]**<br><br>Honorable John F. Walter<br><br>Date:        February 26, 2018<br>Time:        1:30 p.m.<br>Ctrm:        7A, 350 W. 1st Street |

Mitchell
Silberberg &
Knupp LLP

9739006.2

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

# NOTICE OF MOTION

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 26, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable John F. Walter in Courtroom 7A, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Lee Daniels ("Daniels") will and hereby does move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing, with prejudice, Plaintiff Robert Panton's First Amended Complaint (Dkt. 21) or, in the alternative, Second Amended Complaint (Dt. 49-1).

This Motion is made on the grounds that Plaintiff's claim for copyright infringement fails because: (1) Plaintiff has failed to allege facts demonstrating that the creators of the television series *Empire* had access to his purported screenplay before creating *Empire*; and (2) Plaintiff's purported screenplay and *Empire*, as a matter of law, are not substantially similar in copyrightable expression. Furthermore, Plaintiff's additional claim in the proposed Second Amended Complaint for a declaratory judgment of credit as the co-creator of *Empire* fails because Plaintiff cannot state a claim for copyright infringement. To the extent that Plaintiff is claiming that he is a co-author of *Empire*, such a claim also fails because Plaintiff has not alleged, and cannot allege, that he made an independently copyrightable contribution to *Empire*, that the parties had a shared intent to create a joint work, or that he exercised control over the creation of *Empire*. Moreover, Plaintiff does not claim that he is the co-author of any work with Daniels or that Daniels is an author or copyright owner of *Empire*.

This Motion is based upon this Notice of Motion; the attached Memorandum of Points and Authorities; the concurrently filed Request for Judicial Notice; the Motion to Dismiss and Memorandum of Points and Authorities filed in this action by Defendant Debbie Allen on January 24, 2018 (Dkt. 53); Defendant Debbie Allen's Request for Judicial Notice and exhibits thereto filed on January 24, 2018

1 (Dkt. 54, 55); the Declarations of Elaine K. Kim and Mary McGuire filed on
2 January 24, 2018 (Dkt. 54-1, 54-2); all pleadings and other records on file in this
3 action; and such further evidence and arguments as may be presented at or before
4 any hearing on this Motion.
5     This case is exempted from Local Rule 7-3 pursuant to Local Rule 16-12,
6 because Plaintiff Robert Panton is "appearing pro se, is in custody, and is not an
7 attorney." C.D. Cal. L.R. 16-12.

9 DATED: January 26, 2018       MITCHELL SILBERBERG & KNUPP LLP

11            By:  /s/ Elaine K. Kim
12                Robert H. Rotstein
               Elaine K. Kim
13                Attorneys for Defendants Debbie Allen
               and Lee Daniels

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Lee Daniels ("Daniels") brings this Motion to dismiss, with prejudice, all claims asserted against him in Plaintiff's First Amended Complaint (Dkt. 21) or, in the alternative, Second Amended Complaint (Dkts. 49-1).

Daniels's Motion should be granted for the same reasons set forth in the Motion to Dismiss and Memorandum of Points and Authorities filed by Defendant Debbie Allen ("Allen") (Dkt. 53), which is incorporated by reference herein. Because most of Daniels's arguments are identical to Allen's, Daniels will not repeat them in full here, for the convenience of the Court and Plaintiff.

As set forth in further detail in Allen's Motion, Plaintiff's copyright infringement claim against Daniels fails because he has pled neither that *Empire*'s creators—Daniels and Danny Strong—had access to his alleged screenplay *CYCO* before they created *Empire*, nor that *CYCO* and *Empire* are substantially similar in copyrightable expression. *See* Dkt. 53 (Mot. at 2-23, 24-25).

Plaintiff's claim in the proposed SAC for a declaratory judgment for credit fails because *Empire* does not infringe *CYCO*. Any claim of co-authorship fails because Plaintiff cannot allege that he made an independently copyrightable contribution to *Empire*, that the parties had a shared intent to create a joint work, or that he exercised control over the creation of *Empire*. *See* Dkt. 53 (Mot. at 23-25). Indeed, Plaintiff does not even claim that he was co-authors of any work with Daniels, nor does he allege that Daniels is an author or copyright owner of *Empire*. *See* SAC, p. 5.

Defendant Lee Daniels respectfully requests that Plaintiff's operative complaint against him be dismissed in its entirety, with prejudice.

DATED: January 26, 2018                MITCHELL SILBERBERG & KNUPP LLP

                                       By:  /s/ Elaine K. Kim
                                            Elaine K. Kim
                                            Attorneys for Defendants Debbie Allen
                                            and Lee Daniels

1

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

9739006.2