ROBERT H. ROTSTEIN (SBN 72452)
  rxr@msk.com
ELAINE K. KIM (SBN 242066)
  ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Debbie Allen (erroneously sued as Debbie Allan) and Lee Daniels

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| ROBERT PANTON, | CASE NO. 2:17-cv-00050-JFW (JEM) |
|---|---|
| Plaintiff, | **DECLARATION OF ELAINE K. KIM, LEAD TRIAL COUNSEL FOR DEFENDANT LEE DANIELS, RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| v. | |
| DANNY STRONG, DEBBIE ALLAN, LEE DANIELS, BRIAN CRAZER, PETER RICE, and FOX STUDIO, | |
| Defendants. | Honorable John F. Walter |

Mitchell Silberberg & Knupp LLP

9739042.1

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

1. I am an attorney at law licensed to practice before the Courts of the State of California and this Court.  I am a partner through my professional corporation in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for Defendant Lee Daniels.  I am the lead trial counsel on behalf of Defendant Lee Daniels in this matter.

2. I am registered as an ECF User, and I have consented to service and receipt of filed documents in this matter by electronic means.  My E-Mail Address of Record is ekk@msk.com.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of January, 2018, at Los Angeles, California.

/s/ Elaine K. Kim
Elaine K. Kim